QUEEN MOTHER LILLIE MAE JEFFERSON-QUEEN OF THE NORTHERN
HEMISPHERE OF THE MT. ZION SPIRITUAL TEMPLE, INC., OAKLAND-CALIFORNIA
INTERNATIONAL AND NATIONAL BOARD OF DIRECTORS MEMBER
CHIEF EXECUTOR OFFICER OF THE MT. ZION GETHSEMANE HOUSE OF PRAYER
AND SUBSIDIARY ENTITY OF THE HEADQUARTER MOTHER CHURCH MT. ZION
SPIRITUAL TEMPLE, INC., 1488 14TH STREET, OAKLAND, CALIFORNIA 94610
ARCHBISHOP OF THE MOTHER CHURCH MT. ZION SPIRITUAL TEMPLE, INC.
HEADQUARTERS, OAKLAND, CALIFORNIA 94610
QUEEN MOTHER CAROLYN CUNNINGHAM
ARCHBISHOP-QUEEN OF THE SOUTHERN HEMISPHERE-TENNESSEE
INTERNATIONAL-NATIONAL BOARD OF DIRECTORS MEMBER
OF THE HEADQUARERS MOTHER CHURCH MT. ZION SPIRITUAL TEMPLE, INC.,
OAKLAND, CALIFORNIA 1488 14th STREET, OAKLAND, CALIFORNIA 94610
ARCHBISHOP JACKIE WILLIAMS, NATIONAL INTERNATIONAL BOARD OF DIRECTORS
BISHOP GREGORY RICHARDSON, INTERNATIONAL-NATIONAL BOARD OF DIRECTORS
CHIEF ARCHBISHOP
KING DR. EDDIE C. WELBON-INTERNATIONAL CHAIRMAN-SUCCESSOR TO THE LATE
KING LOUIS H. NARCISSE-ELECTED SUPREME SPIRITUAL LEADER AND ELECTED KING,
AND SECCESSOR TO THE LATE KING LOUIS H. NARCISSE FOUNDER OF THE MT. ZION
SPIRITUAL TEMPLE, INC., OAKLAND, CALIFORNIA, HEADQUARTERS 1488 14TH, STREET,
OAKLAND, CALIFORNIA 94610
ARCHBISHOP GERALD PATTERSON, CLERK OF THE SUPEME COURT OF THE
MT. ZION SPIRITUAL TEMPLE, INC., OAKLAND, CALIFORNIA
1488 14th STREET, OAKLAND,C ALIFORNIA 94610
ARCHBISHOP PRINCE RAYFORD BULLOCK, SUPREME COURT-CHIEF JUSTICE OF THE
MT. ZION SPIRITUAL TEMPLE, INC., SUPREME COURT TRIBUBNAL, INC.
ARCHBISHOP WILLIA CANSON, INTERNATIONAL-NATIONAL BOARD OF DIRECTORS

PLAINTIFF IN PRO SE

UNITED STATES DISTRICT COURT
WESTERN-EASTERN DISTRICT OF CALIFORNIA TENNESSEE

)
) Case No._____
) Request For Declaratory Judgment,
) and Injunctive Relief, Objection to the
) Final Accounting and Report of Co-
) Administrator and Petition of the Estate
) Louis H. Narcisse Founder of the Mt. Zion
) Spiritual Temple, Inc. of Oakland, California
) Parent Church Body and National Headquarters
) of the Mt. Zion Spiritual Temple, Inc., and Petition
) for Settlement Thereof and Petition to Enforce
) Trust by the Federal Government of 501©(3) Church
) Properties, and to Settle Serious Disputes over
) which Institution have vesting title.
) Demand For Jury Trial
_____) 1.

**Plaintiff/Petitioners**
VS.
CLINTON KILLIAN
ATTORNEY
BOB CONNOR
REV. ARTHUR BURNETT
ELOISE MC DANIELS
FRANKLIN HARRIS JR.
LILLIAN ROBERTS
BANK OF AMERICA
INNOVATIVE BANK
BANK OF THE WEST
OAKLAND POST NEWSPAPER GROUP-MR. PAUL COBB PUBLISHER
THOMAS ORLOFF
ALAMEDA COUNTY DISTRICT
ATTORNEY
THE HON. JUDGE CECILIA
CASTELLANOS, ALAMEDA COUNTY
SUPERIOR COURT DEPT. 18
U.S. ATTORNEY
EDMUND G. BROWN, STATE ATTORNEY GENERAL
CALIFORNIA SECRETARY OF STATE
STEVEN H. BOVARNICK, ESQ. 99361, ATTY AT LAW
EST. LOUIS H. NARCISSE
REAL PARTIES IN INTEREST

```
                              )
                              )     _____
                              )     _____
                              )     _____
_____              )
Defendants/Respondent   )
_____)
```

U.S. CONSTITUTION:          FIRST AMENDMENT

1. First Amendment-Religion and Expression.

2. Congress shall make no law respecting an establishment of religion, or

Prohibiting the free exercise thereof; or abridging the freedom of speech, or of

The press; or the right of the people peaceably to assemble, and to petition the

Government for redress of grievance.

2.

3.  This court has jurisdiction over this complaint because it arises under

The laws of the United States of America.

JURISDICTION AND VENUE

4.  This is a Civil Rights action seeking a declaratory judgment, injunctive relief

and damages to vindicate and to safeguard rights of freedom of assembly and religion

by virtue of Amendments I, V, IX, VIV of the Constitution of the United States and the

State of California.  This Court has jurisdiction of this action pursuant to Title 28 U.S.C.

§§ 1331, 1343(3), 4 and § 1651, and Title 18 U.S.C.§ 241.  This action is authorized by

Title 42 U.S.C.§1981, 1982, 1983, 1985(3), and 1988.

5.  Venue is proper in the Northern District of California, pursuant to Title 28 U.S.C. §

1391(b), because the claims arose in he District.

PARTIES:

6.  The Plaintiff's Queen Mother Carolyn Cunningham Archbishop and Queen Mother of
the Southern Hemisphere and International –National Board of Directors Member of
the Mt. Zion Spiritual Temple, Inc., I participated and concurred with the Election of
April 28th, 2005, in Sacramento, California that elected Dr. Eddie C. Welbon, King-
Successor to the Late King Louis H. Narcisse and Chief Executive Officer.
my principal resident is 2439 Bridgeport Drive, Memphis, Tennessee 38114

7.  the Mt. Zion Spiritual Temple, Inc., Headquarters, Located at 1488th 14th Street,
Oakland, California 94610 the Mother Church, Bishop Gerald Patterson, King Bishop
Dr. Eddie C. Welbon, Chief Archbishop King Elected and Successor to the Late King
Louis H. Narcisse founder of the Mt. Zion Spiritual Temple, Inc., of Oakland,
California 94610.

Bishop Theo Frazier, Bishop Grace Jefferson, Bishop Betty Johnson, Bishop Gregory

Chief Justice Prince Bishop Rayford of the Mt. Zion Spiritual Temple Church Supreme Court

Tribunal all or ordained Bishops and is followers of Archbishop King Dr. Eddie C. Welbon",

Mt. Zion Spiritual Temple, Inc., is a church organized under the religious corporation laws of

The State of Tennessee with its principal location at 1488 14th Street, Oakland, California

94610.                                         3.

8. The Plaintiff's Bishop Gerald Patterson, Bishop King Dr. Eddie C. Welbon, Bishop Grace Jefferson, Bishop Queen Mother Lillie Mae Jefferson, Bishop Theo Frazier, Bishop Gregory Richardson and Prince Rayford Bullock, Chief Justice of the Mt. Zion Spiritual Temple, Inc., Supreme Court is, and all times pertinent herein were citizens of The United States of America and resident of the State of California and residing In Oakland, California, Sacramento, California, San Francisco, California and Hayward, California.

9. Defendant Clinton Killian is a resident of the City of Oakland, he is a Oakland Public Political Figure, Real-Estate Investor and speculator, he is also a weekly columnist And journalist for the Oakland Post Newspaper Group in Oakland, California, and former City Planning Commissioner for the City of Oakland, California, he is also a licensed California Attorney.

10. Defendant John Connor is an investigator for the Alameda County District Attorney's Office in the City of Oakland. He is sued in his official capacity, and at all relevant times, he Has a personal/friendly entanglement with Arthur B. Burnett and Eloise Mc Daniels. He is Not a member of Mt. Zion Spiritual Temple, Inc., nor is he a Bishop of the Church.

11. Defendant Arthur B. Burnett is a resident of Oakland, California. He is personally Entangled with Eloise Mc Daniels. He is a former member of the Mt. Zion Spiritual Temple, Inc., and at all relevant times was not a bishop of the church.

12. Defendant Eloise Mc Daniels is upon information and belief is employed as a police Officer of the City of Oakland in association with close personal entanglement with Defendant John Connor of the Alameda County District Attorney's Office, and at all relevant Times was not a member of the Mt. Zion Spiritual Temple, Inc., or a Bishop of the Church.

4.

1 The planning Commission if the legal entity in the Town of Oakland vested with the power, pursuant to the City of Oakland Ordinance, to Regulate, inter alia, within the limits of the Town of Oakland, the location and use of buildings, structures, and land for trade, industry, Residential or other purposes.

13. Defendant Franklin Harris, Jr. is/was an employee of Clinton Killian, and at all time Relevant times was not a member of Mt. Zion Spiritual Temple, inc., or a Bishop of the Church.

14. Defendant Nicole Hancock is/as an employee of Clinton Killian, and at all relevant Times was not a member of the Mt. Zion Spiritual Temple, Inc., or a Bishop of the Church.

15. Defendant Innovative Bank is a FDIC insured, and Federal Organized "Community Bank" in the Town of Oakland, California, with its principal place of Business in the Town of Oakland, and at relevant times maintained the church's business banking accounts.

16. Defendant Bank of America and Bank of the West Oakland, California is a Bank.

## SUMMARY OF ACTION

17. This action is brought pursuant to Title 42 U.S.C. 1981, 1982, 1983, 1985(3), and 1988. Plaintiffs seek damages and preliminary and permanent injunction enjoining defendants and its employees, successors and agents and all persons subject to its direction and control, from depriving plaintiffs of their constitutional rights as guaranteed by the First fourteen amendments of the United States Constitution. Plaintiff also seeks declaratory Judgment and Injunctive Relief pursuant to Title 42 U.S.C. § 2201 to determine an actual Controversy between the parties, and reasonable attorney's fees and costs in connection With this suit, pursuant to Title 42 U.S.C.§ 1988.

18. Pendant to the federal claims, this action seeks damages and preliminary and Permanent injunction enjoining defendant and its employees, successors and agents

5.

and all persons subject to its direction and control, from depriving plaintiffs of their constitutional and statutory rights, as guaranteed by Article 1,§§ 3, 8, 9 and 11 of the Constitution of the State of California, and by § 52 and 52(b) of the Civil Rights Law Of the State of California, and Government Code § 11135, and reasonable attorney's fees and cost in connection with this suit.

## FACTUAL HISTORY

19. In 1945, the internationally renown religious public figure, the Late Bishop Louis H. Narcisse founded Mt. Zion Spiritual Temple hereinafter "The Church" in Oakland, CA.. The Church is a Internationally hierarchical church consisting of a International Board Of Directors and National Board of Directors and a Corporation Sole.

20. "His Grace" King Dr. Eddie C. Welbon is the successor to the Late "His Grace King Louis H. Narcisse elected April 28th, 2005 as his Successor pursuant to the By-Laws and Constitution of the Church.

21. Plaintiff Bishop Gerald Patterson is a member of the Mt. Zion Spiritual Temple, Inc., and a ruling ECCLESIASTICAL Member of the Bishop's Council of the Mt. Zion Spiritual Temple.

22. It is an essential part of the Plaintiff's way of Life, as dictated by their sincerity held Religious beliefs and dedication to the ministry of the Gospels, to integrate their religious Lives through prayerful assembly, speech, ministry, contemplation and conversion with Others of the same religious persuasion.

23. In accordance with this religious and dedicated way of life and ministry to the Gospel,

King Dr. Eddie C. Welbon has assembled, and gathered together followers of the Late Bishop King Louis H. Narcisse, members of the church, and persons of the same or

6.

Religious persuasion for worship, study, prayerful assembly, monarch and spiritual

Contemplation.

24. On or about 1957, and in accordance with the Religious Nonprofit Corporation

Of the State of California, the Church was incorporated as a religious Nonprofit Corporation

Laws of the State of California, the Church as incorporated as a Religious Corporation, Mt.

Zion Spiritual Temple, Inc.

25. On or about 1964, and in accordance with the Religious Nonprofit Corporation Laws

of the State of California, His Grace King Bishop Louis H. Narcisse was incorporated as a

Corporation Sole of the Mt. Zion Spiritual Temple, Inc., a subsidiary and Corporation Sole

that had full and absolute control of the Mt. Zion Spiritual temple and Chief Executive

Officer of Corporation Sole to manage the business affairs of the Mt. Zion Spiritual Temple,

Inc

26. In accordance with the historical, public facts, customarily, policy and by the routine

Practices and customs of the Late King Narcisse, and the church, it is a hierarchical

Religious institution, with an ecclesiastical head, the "King".

27. King Louis H. Narcisse and the Church integrated into the religious institution's

Hierarchy a ruling body of local, national, international renowned and respected

Ecclestiastical House of Bishops which King Louis H. Narcisse served as Chief Bishop,

King and Chief Executive Officer of the Body and President of the Board of Directors

Of the Mt. Zion Spiritual Temple, Inc., and Corporation of the President of the Mt.

Zion Spiritual Temple, Inc., A Corporation Sole.

3 In the Septuagint(The Greek translation of the Old Testament), episkopos is used for overseer in various senses, for Example; Officers(Judges 9:28, Isaiah 60:17), Supervisors of funds(2 Chronicles 34:12, 17), overseers of priests and levites (Nehemiah 11:9, 2 Kings 11:18), and of temple and tabernacle functions(Numbers 4:16) God is called episkopos at Job 20:29, Referring to His Role as Judge, and Christ is an Episkopos in 1 Peter 2:25 (RVS: Shepherd and Guardian of Your Souls). The Council of Jerusalem (Acts 15 1-29) bears witness to a definite hierarchical, Episcopal structure of government in the early Church. St. Peter, the Chief elder(the office of Pope) of the entire church(1 Peter 5:1; cf John 21:15-17), presided and issue The authoritative pronouncements(15:17-11).

4. "A Consultative assembly of clergy and lay people from a diocese", Merriam Webster's Online dictionary

The "King" and the Spiritual Leader's Sole Corporation, Corporation of the President

Of the Mt. Zion Spiritual Temple, Inc.

28. In 1989, King Louis H. Narcisse died without a successor and a "King", the

The ecclesiastical head of the Church.

29. Since the death of King Louis H. Narcise, the church's ruling hierarchical

Ecclesiastical body were the bishops of the church.

30. In Mt. Zion Spiritual Temple Hierarchy, the Bishops, and Archbishops role

In the church is consistent with the historical role of bishops, and archbishops

In Christianity and the Doctrine of the Holy Bible they have spiritual and administrative
Authority over the church business, and they oversee priests or ministers.  They are

The successors to the twelve apostles of Christ.  Apostolic Succession' refers to the

Overseers – EPISKOPOS- The Office established by the Apostles to be their successors

(but not heir equals!) thereby ensuring the preservation of the Holy Catholic and Orthodox

Faith—The faith which was once delivered unto the saints(Judge 1:3).  In the Hierarchy

Of Order they possess powers and superior to those of priests and deacons; in the

Hierarchy of jurisdiction, by Christ's Will, the all agreed they all agreed that the power of

The bishops is twofold:  It included the capacity to sanctify(that is, to dispense the

Sacraments,e.g., to confirm and ordain priests) and the authority to govern the faithful
Called also Jurisdiction).

Control of church property, supervising ministry, membership disputes, personal
Religious freedoms and beliefs violates plaintiff's right to freely association, hold
Property for worship and charitable purposes, privacy, freedom from harassment,
and his right to due process and equal protection of the laws, as guaranteed by the
first, ninth, and fourteenth amendment of the United State Constitution.;

5.  Enter a declaratory judgment declaring that Judge Castellanos Oral Order on its
Face and as applied, is vague and overbroad in violation of plaintiff's right to due process
Of law, impermissibly entangle the State in matters of personal religious beliefs, exercise\of
religion, in violation of the Establishment Clause of the First Amendment, and violates
plaintiff's right to freely exercise his religion, freely associate with persons of his choosing,

8.

28. In accordance with the historical customarily policy and routine practices and Customs of the Late King Louis H. Narcisse and church, the real property of the church Church was held, possessed, and controlled by and through the benefit of the Laws, The "King" and the Spiritual Leader's Sole Corporation, Corporation of the President Of the Mt. Zion Spiritual Temple, Inc.

29. In 1989, King Louis H. Narcisse died without a successor and a "King", the The ecclesiastical head of the Church.

30. Since the death of King Louis H. Narcisse, the church's ruling hierarchical Ecclesiastical body were the bishops of the church.

31. In Mt. Zion Spiritual Temple Hierarchy, the Bishops, and Archbishops role In the church is consistent with the historical role of bishops, and archbishops In Christianity and the Doctrine of the Holy Bible they have spiritual and administrative Authority over the church business, and they oversee priests or ministers.  They are The successors to the twelve apostles of Christ.  Apostolic Succession' refers to the Overseers – EPISKOPOS- The Office established by the Apostles to be their successors (but not heir equals!) thereby ensuring the preservation of the Holy Catholic and Orthodox Faith—The faith which was once delivered unto the saints(Judge 1:3).  In the Hierarchy Of Order they possess powers and superior to those of priests and deacons; in the Hierarchy of jurisdiction, by Christ's Will, the all agreed they all agreed that the power of The bishops is twofold:  It included the capacity to sanctify(that is, to dispense the Sacraments,e.g., to confirm and ordain priests) and the authority to govern the faithful Called also Jurisdiction).

Control of church property, supervising ministry, membership disputes, personal Religious freedoms and beliefs violates plaintiff's right to freely association, hold Property for worship and charitable purposes, privacy, freedom from harassment, and his right to due process and equal protection of the laws, as guaranteed by the first, ninth, and fourteenth amendment of the United State Constitution.;

5.  Enter a declaratory judgment declaring that Judge Castellanos Oral Order on its

9.

His rights to privacy with the confines of the church, and his and their rights to equal Protection of the laws, as guaranteed by the First Ninth and Fourteenth Amendments to the United States Constitution. Judge Castellanos Oral Order took away all Insurance Protection the church's had by Ruling that Judge Brick Order of June 10th, 2005 did not give Our Leader King Dr. Eddie C. Authority to act in capacity as Successor and Spiritual Leader Of the Mt. Zion Spiritual Temple, Inc., and that he had no authority to be operating under such order and that he had not authority to be acting under the color of the law. Pursuant to Said order. See attached Order Marked as exhibit "A" and made a part of this instrument.

Judge Castellanos was given judicial notice that a fraud had taken place by the Cross-Complainant Lawyer Clinton Killian and Arthur Burnett by forging Lillian Roberts Name Judge Castellanos Order took away all of our Church Insurance Protection by Ordering that King Dr. Eddie C. Welbon had no authority to put insurance on church property which leaves the church properties unprotected and also leaves the bishops and chief Administrative unprotected and liable to law suits, foreclosures, unauthorized sales of church's properties and causes the Bishops and policy makers of the Mt. Zion Spiritual Temple, Inc., and the Corporation of the President and CEO King Dr. Eddie C. Welbon not

to be able to function under a previous Judge's order by overturning his order. Judge Castellanos invalidated a legal election held pursuant to the By-Laws and Constitution of the Mt. Zion Spiritual Temple, Inc., and Corporation of the President of the Mt. Zion Spiritual Temple-A-Corporation Sole Pursuant to California Corporation Code 100000. The election to choose King Dr. Eddie C. Welbon will be made available to the court under Separate covers.

6. Award Plaintiff's compensatory and punitive damages.
7. Award Plaintiff's costs and attorney's fees pursuant to 42 U.S.C.§ 1988.
8. Validate the Election held by the Mt. Zion Spiritual Temple, Inc. held on April 28th, 2005.
9. For such further relief as the Court finds proper.
10. Order a New Election and let the church determine who should be their Elected leaders.
11. Order the Secretary of State of California to determine if corporations formed by the National Board of Directors and Subsidary of the Mt. Zion Spiritual Tempe, Inc., are legal and Judge Castellanos Ruling to void all of the newly formed Corporations, established by the Board of Directors.

10.

1.2 Terminate the Permanent Injunction against the following members of the Mt. Zion Spiritual Temple, Inc. King Dr. Eddie C. Welbon, Successor/Ceo of Mt. Zion Spiritual Temple, Inc., Queen Mother Lillie Mae Jefferson, Prince Rayford Bullock, Orobo Osagie, Leon Roundtree and all Voided Corporations by Judge Cecilia Castellanos, by violating the Members of the Church 1st Amendment Rights under The Constitution of the United States of America.

1.3 Attached is a Certified List of Members and New Members of the Mt. Zion Spiritual Temple, Inc. Effective as of April 28th, 2005 to February 15th, 2007.

DATED: February 14th, 2007

QUEEN MOTHER LILLIE MAE JEFFERSON, QUEEN OF THE WESTERN HEMISPHERE MT. ZION SPIRITUAL TEMPLE, INC.

BISHOP GRACE JEFFERSON, SPECIAL ASSISTANT TO THE QUEEN OF THE WESTERN HEMISPHERE AND NATIONAL BOARD OF DIRECTOR MEMBER-MT. ZION SPIRITUAL TEMPLE, INC.

KING- ARCHBISHOP DR. EDDIE C. WELBON, CHIEF SPIRITUAL LEADER/SUCCESSOR/CEO OF ALL CORPORATIONS-CORPORATION SOLE.

ARCHBISHOP PRINCE RAYFORD BULLOCK/CHIEF JUSTICE MT. ZION SPIRITUAL TEMPLE, INC., SUPREME COURT OF THE MT. ZION SPIRITUAL TEMPLE, INC.-A-CORPORATION SOLE ENTITY.

Bishop Betty Johnson

QUEEN OF THE SOUTHERN HEMISPHERE
ARCHBISHOP CAROLYN CUNNINGHAM
INTERNATIONAL-NATIONAL BOARD OF DIRECTORS MEMBER
THE MT. ZION SPIRITUAL TEMPLE, INC., HEADQUARTERS
1488 14TH, STREET, OAKLAND, CALIFORNIA 94610

11.

1  ADDENDUM OF THE COMPLAINT

2     PENDANT JURISDICTION CONTINUED

3     (SLANDER)

4

5     1. The allegations in Paragraphs 1 through 46 of the complaint
         are incorporated    herein by reference the as though
6        pleaded in full.

7     2. The action of defendants PAUL COBB AND THE OAKLAND POST
         NEWSPAPER joined the conspiracy as alleged above violates
8        Government Code section 11135, because defendants are
         publishing slanderous articles in combination with
9        defendant Killian to deprive plaintiffs, solely because of
         his religion, free exercise of religion, and benefits of
10       the laws of California, and full access to property of the
         Church.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    PAGE 10(a) PENDANT JURISDICTION

26

27                                    -1-

Case 3:07-cv-02093-PJH   Document 1   Filed 02/22/2007   Page 13 of 51



KING
President/C.E.O.
SUCCESSOR

INTERNATIONAL & NATIONAL
CORPORATION SOLE

Board of Directors

OAKland, Ca

MT. ZION SPIRITUAL TEMPLE
MOTHER CHURCH

| QUEEN OF THE NORTH | QUEEN OF WESTERN HEMISHPERE | QUEEN OF THE SOUTH |
|---|---|---|
| QUEEN OF THE WEST | QUEEN OF EAST | QUEEN OF THE NORTH |
| | TEMPLES | |
| BATON ROUGE LOUISIANA | PHOENIX-ARIZ | LOS ANGELES CALIFORNIA |
| BAKERFIELD CALIFORNIA | RICHMOND CALIFORNIA | VALLEJO CALIFORNIA |
| | SACRAMENTO CALIFORNIA | ORLANDO FLORIDA |
| | HOUSTON TEXAS | DETRIOT MICHIGAN |
| | BISHOPS | DEPTS. |
| | PALACE SACTO PALACE OAK. | |

Attorney At Law                                         Taylor & Goins
Attn: Killian, Clinton                                  Attn: Goins II, Vernon Charles
1814 Franklin Street Suite 503                          1330 Broadway, #1701
Oakland, CA  94612-____                                 Oakland, CA   94612-0000

## Superior Court of California, County of Alameda
## Rene C. Davidson Alameda County Courthouse

| Welbon | | No. RG05199540 |
| --- | --- | --- |
| | Plaintiff/Petitioner(s) | Order |
| | vs. | Order to Show Cause re Preliminary Injunction Denied |
| Mount Zion Spiritual Temple, Inc., | | |
| | Defendant/Respondent(s) | |
| | (Abbreviated Title) | |

The Order to Show Cause re Preliminary Injunction was set for hearing on 06/10/2005 at 02:00 PM in Department 31 before the Honorable Steven A. Brick. The Tentative Ruling was published and was contested

The matter was argued and submitted, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

The tentative ruling is affirmed as follows: The Order to Show Cause Re: Preliminary Injunction ("OSC") of Defendant and cross-complainant Mt. Zion Spiritual Temple Inc. ("Mt. Zion") is DENIED. Mt. Zion has failed to present evidence adequate to demonstrate a) that it is likely to prevail on the merits of its cross-complaint against cross-defendants Dr. Eddie C. Welbon ("Welbon") et al., b) that it will suffer irreparable harm if Welbon and the other cross-defendants are not enjoined from using the name "Mt. Zion Spiritual Temple, Inc.," or c) that cross-defendants' use of the name is likely to result in confusion to interested parties. Welbon, as plaintiff in the case in chief, has alleged in the operative verified complaint (Second Amended Complaint, filed on May 13, 2005) that defendant Princess Lillian Roberts ("Roberts") is no longer empowered to act on Mt. Zion's behalf, and Welbon's evidentiary showing in opposition to the instant OSC is primarily aimed at supporting this allegation. Mt. Zion's evidence, on the other hand, demonstrates only that Welbon has performed acts that are consistent with his stated position that he is currently empowered to act on Mt. Zion's behalf, which evidence does not substantially refute Welbon's position. In fact, the current state of the evidentiary record is insufficient for the Court to determine if, and to what extent, it will have jurisdiction to rule on the underlying controversies. (See, e.g., Korean Philadelphia Presbyterian v. California Presbytery (2000) 77 Cal.App.4th 1069.)

Dated:  06/10/2005

Judge Steven A. Brick

Order

EXHIBIT B

①

**Farmers Agency Dashboard**

# e-Home |

Find a Customer: Name or Policy #    e-CMS

?

Go to Menu

Home Summary ▾    Household | Insured | Dwelling | Reconstruction Cost | Coverage

760 CALMAR AVE | 628 SOUTH AVE |
1552 ALCATRAZ AVE | 407 SAWYER ST
| 712-714 BLOSSOM WAY | 3636
SAINTSBURY DR

Bound: Yes ▾  Effective Date: 02/13/2007

select action ▾    ?

| Primary Insured | Residence Address | Phone | Household Number |
|---|---|---|---|
| EDDIE WELBON: | 760 CALMAR AVE, OAKLAND, CA 94610-1729 | 415-504-7813 | 1992661198 |

**Active**

| Policy | Property Address | Rating | Coverage | Details | Pay Plan |
|---|---|---|---|---|---|
| 930351133 96-58-302 Renewal Date: 06/22/2007 Inception Date: 03/10/2006 Inforce Date: 06/22/2006 Homeowners LANDLORD PROTECTOR , 1ST edition NON-OWNER OCCUPIED | 760 CALMAR AVE, OAKLAND, CA 94610-1729 | FIRE INSURANCE EXCHANGE PPC: 02 | DWELLING : 566000 PERS LIABILITY : 1000000 GUEST MEDICAL : 1000 All Perils: 1500 More Coverages | Year Built: 1912 Reconstruction Cost: 566000 Opt Out Status: Mailed Date: 02/06/2007 Status Date: Who Pays: INSURED Endorsements Discounts & Surcharges Mortgagee Losses Mailing Address print center action ▾ | Full Pay Full Term Premium: 1649.04 |
| 930351139 96-58-302 Renewal Date: 03/31/2007 Inception Date: 03/31/2006 Inforce Date: 03/31/2006 Homeowners LANDLORD PROTECTOR , 1ST edition NON-OWNER OCCUPIED | 407 SAWYER ST, SAN FRAN, CA 94134 | FIRE INSURANCE EXCHANGE PPC: 02 | DWELLING : 275000 PERS LIABILITY : 1000000 GUEST MEDICAL : 1000 All Perils: 1000 More Coverages | Year Built: 1948 Reconstruction Cost: 229000 Opt Out Status: Mailed Date: 02/06/2007 Status Date: Who Pays: Named Insured Endorsements Discounts & Surcharges Losses Mailing Address print center action ▾ | Full Pay Full Term Premium: 1348.76 |
| 930351148 96-58-302 Renewal Date: 04/17/2007 Inception Date: 04/17/2006 Inforce Date: | 3636 SAINTSBURY DR, SACRAMENTO, CA 95834-1043 | FIRE INSURANCE EXCHANGE PPC: 02 | DWELLING : 200000 PERS LIABILITY : 1000000 GUEST MEDICAL : 1000 All Perils: 1000 More Coverages | Year Built: 2000 Reconstruction Cost: 169000 Opt Out Status: Mailed Date: 02/06/2007 Status Date: Who Pays: Named Insured | Full Pay Full Term Premium: 822.38 |

Renewal 6-22-07

04/17/2006
Homeowners
LANDLORD
PROTECTOR , 1ST
edition
NON-OWNER
OCCUPIED

Endorsements
Discounts & Surcharges
Losses
Mailing Address

[ print center action ▾ ]

---

930351138
96-58-302
Renewal Date:
03/31/2007
Inception Date:
03/31/2006
Inforce Date:
03/31/2006
Homeowners
LANDLORD
PROTECTOR , 1ST
edition
NON-OWNER
OCCUPIED

[ select action ▾ ]

1552 ALCATRAZ AVE,
BERKELEY,
CA 94703-2610

FIRE INSURANCE
EXCHANGE
PPC: 02

DWELLING : 300000
PERS LIABILITY :
1000000
GUEST MEDICAL :
1000
All Perils: 1000
More Coverages

Year Built: 1949
Reconstruction Cost:
254000
Opt Out Status:
Mailed Date: 02/06/2007
Status Date:
Who Pays: Named Insured
Endorsements
Discounts & Surcharges
Losses
Mailing Address

[ print center action ▾ ]

Full Pay

Full Term
Premium:

1383.92

---

930351140
96-58-302
Renewal Date:
03/31/2007
Inception Date:
03/31/2006
Inforce Date:
03/31/2006
Homeowners
LANDLORD
PROTECTOR , 1ST
edition
NON-OWNER
OCCUPIED

[ select action ▾ ]

712-714 BLOSSOM
WAY,
HAYWARD,
CA 94541

FIRE INSURANCE
EXCHANGE
PPC: 02

DWELLING : 500000
PERS LIABILITY :
1000000
GUEST MEDICAL :
1000
All Perils: 1000
More Coverages

Year Built: 1919
Reconstruction Cost:
392000
Opt Out Status:
Mailed Date: 02/06/2007
Status Date:
Who Pays: Named Insured
Endorsements
Discounts & Surcharges
Losses
Mailing Address

[ print center action ▾ ]

Full Pay

Full Term
Premium:

1534.92

---

930351137
96-58-302
Renewal Date:
03/31/2007
Inception Date:
03/31/2006
Inforce Date:
03/31/2006
Homeowners
LANDLORD
PROTECTOR , 1ST
edition
NON-OWNER
OCCUPIED

[ select action ▾ ]

628 SOUTH AVE,
SACRAMENTO,
CA 95838-4232

FIRE INSURANCE
EXCHANGE
PPC: 02

DWELLING : 300000
PERS LIABILITY :
1000000
GUEST MEDICAL :
1000
All Perils: 1000
More Coverages

Year Built: 1959
Reconstruction Cost:
295000
Opt Out Status:
Mailed Date: 02/06/2007
Status Date:
Who Pays: Named Insured
Endorsements
Discounts & Surcharges
Losses
Mailing Address

[ print center action ▾ ]

Full Pay

Full Term
Premium:

1236.50

---

930351133 | 930351139 | 930351148 | 930351138 | 930351140 | 930351137 |

| Name | Age | Date of Birth | Relationship to Primary Insured | Details |
|---|---|---|---|---|
| EDDIE WELBON | 66 | 10/29/1940 | SELF | |

[ select action ▾ ]

[ Go to Menu ]

© 2002 Farmers Insurance -- All Rights Reserved.

Back to Top

Farmers Agency Dashboard

## e-Auto |

Find a Customer: Name or Policy #     e-CMS

Go to Menu

Auto Summary     Household | Driver | Vehicle | Usage | Coverages

Policy has levied. Changes will apply to the following renewal. (M40317)

Bound: Yes     Effective Date: 02/13/2007

select action

| Primary Insured | Residence Address | Phone | Household Number |
|---|---|---|---|
| RAYFORD BULLOCK: | 1488 16TH ST<br>OAKLAND, CA 94607-2024 | 415-504-7813 | 1996997717 |

**Active**     Inactive

| Policy | Vehicle | Rating | Coverage | Details | Pay Plan |
|---|---|---|---|---|---|
| 178489157<br>96-58-302<br>Renewal Date:<br>03/19/2007<br>Inception Date:<br>09/19/2006<br>Inforce Date:<br>11/16/2006<br>Term Length:<br>6 Months | 1995 CADILLAC<br>DEVILLE 4D<br>VIN: 144 | Mid Century<br>Standard<br>Driver Safety Level: 01<br>Points: 000<br>CA Band Inquiry<br>Vehicle Usage: Pleasure Use<br>Driver Classification: 72<br>Mileage: 12311 | BIPD: 500/500/100<br>UM BI: 500/500<br>UM/UIM PD:<br>MED: 10000/500<br>COMP: 500<br>COLL: 750<br>LOSS OF USE - K5<br>TOWING<br>More Coverages... | Rated Driver: RAYFORD B<br>Discounts/Surcharges<br>Lienholder<br>Accidents/Claims<br>Endorsement Forms<br>Mailing Address<br>Opt Out Status:<br>Mailed<br>Date: 02/05/2007<br>Status Date: | Full Pay<br><br>Full Term Premium $912.10 |

select action     print center action

**Drivers**

| Name | Driver Experience | Date of Birth | Relationship to Primary Insured | Details |
|---|---|---|---|---|
| RAYFORD BULLOCK<br>select action | 38 | 12/08/1946 | SELF | MALE, Single<br>Driver Added Date: 09/2006<br>MVR Receive Date |
| BENJAMIN CRISWELL<br>select action | 50 | 10/02/1926 | NON-RESIDENT DRIVER | MALE, Single<br>Driver Added Date: 10/2006<br>MVR Receive Date<br>10/06/2006 |

Go to Menu

© 2004 Farmers Insurance — All Rights Reserved     Back to Top

Farmers Agency Dashboard

**e-Auto |**

Find a Customer: | Name or Policy # | e-CMS | ▼ |

Goto Menu

Auto Summary ▼ | Household | Driver | Vehicle | Usage | Coverages

Policy has levied. Changes will apply to the following renewal. (M40317)

Bound: | Yes | ▼ | Effective Date: 02/13/2007

select action ▼

| Primary Insured | Residence Address | Phone | Household Number |
|---|---|---|---|
| RAYFORD BULLOCK: | 1488 16TH ST OAKLAND, CA 94607-2024 | 415-504-7813 | 1996997717 |

Active | Inactive

| Policy | Vehicle | Rating | Coverage | Details | Pay Plan |
|---|---|---|---|---|---|
| 178489219 | 1991 LINCOLN TOWN CAR SIGNATURE VIN: 938 | Mid Century Standard | BIPD: 500/500/100 UM BI: 500/500 | Named Insured:RAYFORD B Discounts/Surcharges | Full Pay |
| 96-58-302 Cancellation Date: 02/08/2007 Inception Date: 12/11/2006 Inforce Date: 12/11/2006 Term Length: 6 Months Type: Company Request Reason: Missing Information | | Driver Safety Level: 00 Points: 000 CA Band Inquiry Vehicle Usage: Pleasure Use Driver Classification: 72 Mileage:62354 | UM/UIM PD: MED: 10000/500 COMP: 500 CDLL: 750 LOSS OF USE - KS TOWING More Coverages... | Lienholder Endorsement Forms Underwriter Advisory: CVG INELIG IN ANY COMPANY Mailing Address Opt Out Status: Mailed Date: Status Date: | Full Term Premium $734.20 |

select action ▼

**Drivers**

| Name | Driver Experience | Date of Birth | Relationship to Primary Insured | Details |
|---|---|---|---|---|
| RAYFORD BULLOCK | 38 | 12/08/1946 | SELF | MALE, Single Driver Added Date: 09/2006 MVR Receive Date |
| BENJAMIN CRISWELL | 50 | 10/02/1926 | NON-RESIDENT DRIVER | MALE, Single Driver Added Date: 10/2006 MVR Receive Date 10/06/2006 |

Goto Menu

RE:5594 IM:240

NOV. 21. 2000 11:29AM   OLD REPUBLIC TITLE

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL TO

CORPORATION OF THE PRESIDENT
OF THE MT. ZION SPIRITUAL TEMPLE
c/o Valva Realty Co.
678 14th St.
Oakland, California

Title Order No. _____ Escrow No. 843915-XT

RECORDED at REQUEST of
Western Title Company Co.
OFFICIAL RECORDS OF
ALAMEDA COUNTY, CALIFORNIA
SEP 25 1978
NE G. DAVIDSON
COUNTY RECORDER

TAX PAID

CITY
TAX
PAID

185699

SPACE ABOVE THIS LINE FOR RECORDER'S USE

Documentary transfer tax $_____

☑ Computed on full value of property conveyed, or
☐ Computed on full value less liens and encumbrances remaining thereon at time of sale.

C-ITY OF OAKLAND

MAIL TAX BILLS TO

Same As Above

AP# 7-553-7 & 8

843915 (1)

## Individual Grant Deed
WESTERN TITLE FORM NO. 104

FOR VALUE RECEIVED, RAY W. FRASER and CECILE A. FRASER, his wife

GRANT____ to CORPORATION OF THE PRESIDENT OF THE MT. ZION SPIRITUAL TEMPLE,
a corporation,

all that real property situate in the    City of Oakland

County of    Alameda    , State of California, described as follows:

Portion of Lots 21 and 22, in Block 727B, as said lots and block are
shown on the "Map of Tract No. 382 of Whitcher's Official Map, Oakland,
August 1873", filed August 18, 1873, in Book 6 of Maps, at page 9,
in the office of the County Recorder of Alameda County, described
as follows:
Beginning at the intersection of the Western line of Peralta Street with
the Northern line of 14th Street, as said streets are shown on said
map; and running thence along said line of Peralta Street Northerly
53 feet; thence at right angles Westerly 50 feet; thence at right angles
Southerly 53 feet to said line of 14th Street; and thence along the
last named line Easterly 50 feet to the point of beginning.

SEE EXHIBIT "A" ATTACHED HERETO AND
MADE A PART HEREOF FOR THE DESCRIPTION

Dated    August   11,   19 78

_____
RAY W. FRASER

_____
CECILE A. FRASER

City of Oakland Tax $ 188.66

STATE OF CALIFORNIA
County of    Alameda
On August 11, 19 78, before me, the undersigned,
a Notary Public, in and for said State, personally appeared
RAY W. FRASER and CECILE FRASER,
known to me to be the person S. whose name S.
subscribed to the within instrument, and acknowledged to me that
he X executed the same.

_____
Harold A. Schneider
Notary Public

FOR NOTARY SEAL OR STAMP

MAIL TAX STATEMENTS AS DIRECTED ABOVE

RE:5594 IM:241

843915-1    16-185699

Those parcels of land in the City of Oakland, County of Alameda,
State of California, described as follows:

PARCEL 1:

Portion of Lots 21 and 22, Block 727B, Map of Tract No. 382 of
Whitcher's Official Map, filed August 18, 1873, Map Book 6,
page 4, Alameda County Records, described as follows:

Beginning at the intersection of the Western line of Peralta
Street with the Northern line of 14th Street, as said Streets
are shown on said map; thence along said line of Peralta Street
Northerly 53 feet; thence at right angles Westerly 50 feet; thence
at right angles Southerly 53 feet to said line of 14th Street;
and thence along the last named line Easterly 50 feet to the point
of beginning.

PARCEL 2:

The western 50 feet of the Eastern 100 feet of Lots 19, 20, 21,
and 22, Block 727-B, Map of Tract No. 382 of Whitchers Official
Map, filed August 18, 1873, Map Book 6, page 4, Alameda County
Records, described as follows:

Beginning at a point on the northern line of 14th Street, distant
thereon westerly 50 feet from the western line of Peralta Street,
as said streets are shown on said map; thence along said line of
14th Street westerly 50 feet; thence at right angles northerly
105.62 feet to the northern line of said Lot 19; thence at right
angles easterly along the last named line 50 feet; and thence at
right angles southerly 105.62 feet to the point of beginning.


(Continued)

RE:5594 IM:242

843915-1

78-185679

-2-

**PARCEL 3:**

Lot 25, Block 727-B, Map of the Re-division of portions of Blocks 726-B, 727-A, 727-B, filed May 2, 1887, Map Book 4, page 33, Alameda County Records, described as follows:

Commencing at a point on the western line of Peralta Street, distant thereon 80 feet, 7-1/2 inches southerly from the point of intersection thereof with the southern line of 19th Street; thence southerly along said line of Peralta Street 25 feet; thence at right angles westerly 110 feet; thence at right angles northerly 25 feet; and thence at right angles easterly 110 feet to the point of commencement.



LIST OF MT. ZION MEMBERSHIP WE USED TO GIVE LEGAL NOTICE
OF THE BUSINESS, ELECTION AND GENERAL MEMBERSHIP MEETING
OF APRIL 28TH, 2005

MOUNT ZION SPIRITUAL TEMPLE, INC., MEMBERSHIP REGISTRY

1. PRINCESS BABY GRACE JEFFERSON, 3400 12th STREET, SACRAMENTO,
CALIFORNIA .

2. QUEEN MOTHER LILLIE MAE JEFFERSON, V. CHAIRMAN OF ALL BOARDS
ENTITIES, DEPARTMENTS 3400 12TH STREET, SACRAMENTO, CALIFORNIA

3. CHIEF BISHOP CHESTER NELSON 740 CLAYTON STREET, SAN FRANCISCO, CA.
MEMBER, ALL BOARDS, ENTITIES, AND DEPARTMENTS

4. MOTHER MARY NELSON, MEMBER, ALL BOARDS, ENTITIES, DEPARTMENTS
740 CLAYTON STREET, SAN FRANCISCO, CALIFORNIA

5. ARCHBISHOP THEO FRAZIER, MEMBER ALL BOARDS, ENTITIES, DEPARTMENTS
714 BLOSSOM WAY, HAYWARD, CALIFORNIA 94541

6. ARCHBISHOP GERALD PATTERSON, MEMBER, ALL BOARDS, ENTITIES, DEPTS.
714 BLOSSOM WAY, HAYWARD, CALIFORNIA 94541

7. ARCHBISHOP DR. OROBO OSAGIE, MEMBER ALL BOARDS, ENTITIES, DEPTS.
714 BLOSSOM WAY, HAYWARD, CALIFORNIA 94541

8. ARCHBISHOP LOTHARIO LOTHO, BISHOP OF OAKLAND, MEMBER ALL BOARDS,
ENTITIES, DEPTS. 839 MAGNOLIA STREET, OAKLAND, CALIFORNIA 94606

9. ARCHBISHOP RAYFORD BULLOCK, 714 BLOSSOM WAY, HAYWARD, CA.
MEMBER, ALL BOARDS, ENTITIES, DEPTS., CHIEF JUSTICE OF THE MT. ZION
SUPREME TRIBUNAL COURT.

10. ARCHBISHOP COUNTESS MARIA LOVE, MEMBER ALL BOARDS, ENTITIES,
DEPARTMENTS, SECRETARY GENERAL OF THE GENERAL BODY 3636 SAINTSBURY DR.
SACRAMENTO, CALIFORNIA

11. BISHOP BRENDA GORE, 3636 SAINTSBURY DRIVE, SACRAMENTO, CA.
MEMBER, ALL BOARDS, ENTITIES, DEPARTMENTS.

1.

12. ARCHBISHOP MAC JATTO, DD. PHD. 714 BLOSSOM WAY, HAYWARD,
CALIFORNIA 94541, MEMBER OF ALL BOARDS, ENTITIES, DEPTS.

13. PRINCE CLARENCE R. STERN, REAL ESTATE BROKER, MEMBER ALL
BOARDS, ENTITIES, DEPTS. 714 BLOSSOM WAY, HAYWARD, CA. 94541
CHURCH CONSULTANT

14. PRINCE BENJAMIN, PHD. MEMBER OF ALL BOARDS, ENTITIES, DEPTS.
1241 PALOU AVENUE
SAN FRANCISCO, CA. 94124

15. ARCHBISHOP THEO FRAZIER, CHAIRMAN OF THE NORTHERN CALIFORNIA
FAITH BASED COALITION, ARCHBISHOP OF SAN FRANCISCO, CALIFORNIA,
MEMBER OF ALL BOARDS, ENTITIES, DEPTS.
1970 OCEAN AVENUE, SAN FRANCISCO, CA. 94112

16. PRINCE KENNETH JOHNSON, MEMBER ALL BOARDS, ENTITIES, DEPTS,
AND CHAIRMAN OF THE MT. ZION MEDIA AND COMMUNICATIONS DEPT.

17. PRINCE ADRENELE IPOSI, MT. ZION NEWSPAPER PUBLISHER, MEMBER
OF ALL BOARDS, ENTITIES, DEPT. 714 BLOSSOM WAY, HAYWARD, CA. 94541

18. PRINCE LEON ROUNTREE, JD., CONSULTANT, MEMBER OF ALL BOARDS,
ENTITIES, DEPTS., 714 BLOSSOM WAY, HAYWARD, CA. 94541

19. PRINCE REV. KENNETH LAWSON, 714 BLOSSOM WAY, HAYWARD, CA. 94541

20. PRINCE WENDELL BRADDOCK CRAIG, MEMBER OF ALL BOARDS, ENTITIES,
DEPT., 714 BLOSSOM WAY, HAYWARD, CA. 94541

21. REV. SHAD RIDDICK, ADVISOR 1682 NEWCOMB AVE, SAN FRANCISCO, CA. 94124

22. PRINCESS CLEASTER TERRY, MEMBER OF ALL BOARDS, ENTITIES, DEPTS.
4093 19TH AVENUE, SAN FRANCISCO, CALIFORNIA 94132

23. PRINCESS CARMEN KNIGHTON, 2158 19TH AVENUE, SAN FRANCISCO, CA. 94116

24. PRINCESS JUSTINE MCCULLUM 2158 19TH AVE, SAN FRANCISCO, CALIFORNIA 94116

25. PRINCESS AKILAH MCCULLUM 2158 19TH AVENUE, SAN FRANCISCO, CA. 94116

26. LADIE JACKIE NARCISSE, MEMBER OF ALL BOARDS, ENTITIES, DEPTS.
714 BLOSSOM WAY, HAYWARD, CALIFORNIA 94541

27. PRINCESS MERRY EULICEXY-JEFFERSON, 2512 EDISON STREET,
SACRAMENTO, CA.

2.

28. PRINCESS ANN UGWU, 1723 28TH AVENUE, OAKLAND, CALIFORNIA 94601

29. PRINCESS SANDRA HARRIS 2560 Y STREET, SACRAMENTO, CALIFORNIA

30. PRINCE GEORGE HAWKINS 6221 39TH STREET, SACRAMENTO, CALIFORNIA

31. LORD DEACON JOHN H. JOHNSON 3902 39TH STREET, SACRAMENTO, CA.
MEMBER, ALL BOARDS, ENTITIES, DEPTS.

32. LORD DEACONESS BETTY BETTY JOHNSON 3902 39TH STREET, SACRAMENTO, CA.

33. LADY HELEN BUTLER, MEMBER OF ALL BOARD, ENTITIES, DEPTS., 1925 CITRON
STREET, RENO, NEVEDA 89512

34. SIR. EARL BAPTISTE 1033 LOYOLA WAY, VALLEJO, CA. 94589

35. PRINCESS YOLANDA NARCISSE 938 SANDY COVE DRIVE, RODEO, CA. 94572

36. PRINCESS JOHANNA MORELAND 2201 BROADWAY, OAKLAND, CA. 94612

37. PRINCESS INETTA WOOLF, 2201 BROADWAY, OAKLAND, CALIFORNIA 94612

38. PRINCESS LILLIAN ROBERTS 1504 UNION STREET, OAKLAND, CA. 94607

39. REV. ARTHUR BURNETT, 760 CALMAR AVENUE, PIEDMONT, CALIFORNIA 94607

40. PRINCE AKINTUNDE KAMBON, 1430 FRANKLIN STREET, OAKLAND, CA. 94612

41. PRINCESS CINDY PACE, 2410 ARDEN WAY, SACRAMENTO, CALIFORNIA

42. PRINCE NAPOLEON RICHARDSON, 2512 EDISON, SACRAMENTO, CA. 95821

43. PRINCE DAVID E ISRUD, 587 15TH STREET, OAKLAND, CA. 94612

44. PRINCE WILLIAM WHITE 3520 Y STREET, SACRAENTO, CALIFORNIA

45. PRINCESS ROSE HAWKINS, 6221 39TH STREET, SACRAMENTO, CA.

46. BISHOP ROBERT HAND % 1430 FRANKLIN STREET, OAKLAND, CA.

47. PRINCE LARRY TAYLOR 2410 ARDEN WAY, # 37, SACRAMENTO, CA. 95825

48. PRINCE DR. EMENIKE ALLOW OFFU 1723 28TH AVENUE, OAKLAND, CA. 94601
3.

49. PRINCESS SANDRA LEWIS, 3520 Y STREET, SACRMENTO, CALIFORNIA

50. PRINCESS FELICIA GRAY, 3520 Y STREET, SACRAMENTO, CALIFORNIA 95817

51. PRINCE GREGORY BRIDGES, 6221 39TH STREET, SACRAMENTO, CALIFORNIA

52. PRINCE REV. GREGORY RICHARDSON, 401 VANNESS AVENUE, SAN FRANCISCO, CA. 100 BUSH STREET, SAN FRANCISCO, CALIFONIRA 94104

53. PRINCESS CONSTANCE WHITE, 1430 FRANKLIN STREET, OAKLAND, CA.

54. PRINCE SAMUEL FLYNN 3400 12 STREET, SACRAMENTO, CALIFORNIA

55. PRINCESS TALITHA DOUGLAS 3400 12TH STREET, SACRAMENTO, CALIFORNIA

56. ARCHBISHOP JACKIE A. MURPHY 2660 69TH AVENUE, SACRAMENTO, CA.

57. PRINCESS L. FIELDS, 3400 12TH STREET, SACFRAMENTO, CALIFORNIA

58. DUCHESS RUBY HILL 1605 LAKE AVENUE, PUEBLO, COLORADO, MEMBER OF ALL BOARDS, ENTITIES, DEPARTMENTS.

59. DUCHESS DOROTHY DAVIS 1605 LAKE AVENUE, PUEBLO, COLORDO, MEMBER OF ALL BOARD ENTITIES, DEPTS.

60. BISHOP DR. LEROY DOWD 5606 SO. BROADWAY STREET, LOS ANGELES, CA. 90037 INTERNATIONAL ADVISOR

61. PRINCE ALDIN M. BARRETT 3567 BENTON STREET, SANTA CLARA, CA. 95051

62. PRINCE JACKIE WILLIAMS, MEMBER OF ALL BOARDS, ENTITIES, DEPTS. 714 BLOSSOM WAY, HAYWARD, CALIFORNIA 94541

63. PRINCESS JELANI EVANS, 1430 FRANKLIN STREET, OAKLAND, CA. 94612

64. QUEEN MOTHER DR. C. CUNNINGHAM 2436 BRIDGEPORT DRIVE, MEMPHIS, TENN. MEMBER ALL BOARDS, ENTITIES, DEPTS.

65.PRINCE DARYL NORMAN 1001 LAGUNA, SAN FRANCISCO, CA. 94115

66. PRINCE EMMITT POWELL, POWELL PLACE FILLMORE AND EDDY STREET SAN FRANCISCO, CALIFORNIA 94116

67. PRINCE MARTHA AMACHREE 5 MARGARET AVENUE, SAN FRANCISCO, CA. 94112

4.

68. BISHOP BRENDA GORE, MEMBER OF ALL BOARDS, ENTITIES, DEPTS.3636 SAINTSBURY DRIVE, SACRAMENTO, CALIFORNIA.

69. LADY ESTHER MABRY 1724 7TH STREET, OAKLAND, CALIFORNIA 94607

70. PRINCESS ELIZABETH JATTO UNITY BAPTIST CHURCH, LONDON ENGLAND, MEMBER OF ALL BOARDS, ENTITIES, DEPARTMENT

71. ARCHBISHOP EZRA NERO, LANDMARK TEMPLE OF DELIVERANCE 13722 LYNWOOD, DETROIT, MICHIGAN, MEMBER ALL BOARDS, ENTITIES, DEPARTMENT.

72. BISHOP JAMES TENDELL, METROPOLITAN SPIRITUAL CHURCH, INC. 1231 GARFIELD AVENUE, KANSAS CITY, MO. 64127, MEMBER OF ALL BOARD, ENTITIES, DEPTS. ADVISOR

73. BISHOP DOMINIQUE WILSON 30120 WEST MARTIN LUTHER BLVD, LOS ANGELES, CALIFORNIA 90008.

74. PRINCESS CECELIA HATSHEPUDTH 1430 FRANKLIN STREET, OAKLAND. CALIFORNIA 94612.

75. PRINCESS LESLIE DEBIGUE, 1430 FRANKLIN STREET, OAKLAND, CALIFORNIA

76. ROYAL LADY CONTESS PINKIE SEXTON MT. ZION PRAYER TOWER 9615 INTERNATIONAL BLVD, OAKLAND, CALIFORNIA 94621

77. PRINCE CARLTON VINCIENT P.O. BOX 6282, CONCORD, CA. 94524, MEMBER OF ALL BOARDS, DNTITIES, DEPTS.

78. PRINCESS ABDOU TAVARE, 714 BLOSSOM WAY, HAYWARD, CALIFORNIA 94541

79. PRINCESS LINDA SCOTT, 1430 FRANKLIN STREET, OAKLAND, CALIFORNIA 94612

80. REV. BISHOP LABERTHA POTTS, ROYALD QUEEN MOTHER OF THE EAST, 9320 GENESSE STREET, DETROIT, MICHIGAN 48206

81. PRINCESS RAMATA DIALLO, 714 BLOSSOM WAY, HAYWEARD, CALIFORNIA 94541

82. PRINCE JOSEPH RUSSELL ESQ. CITY ATTORNEY 980 9TH STREET 10TH FLOOR SACRAMENTO, CALIFORNIA 95814

83. PRINCESS YOLANDA BYNUM 94 BRIDGE STREET, CHATTER, CAMB PE 16 6RN, LONDON, ENGLAND.

5.

84. PRINCE RASTA ANI, P.O. BOX 8766, EMERYVILLE, CA. 94662

85. PRINCESS ESTHER PURVIS, 3400 12TH STREET, SACRAMENTO,C ALIFORNIA

86. PRINCE JELEANA JOHNSON, 1430 FRANKLIN STREET, OAKLAND, CA. 94612

87. PRINCE NICHOLAS AGBABIAKA, 1488 14TH STREET, OAKLAND, CA. MEMBER ALL BOARDS, ENTITIES, DEPTS.

88. PRINCE TERRELL LOVE, 46247 QUENS PARK, FREMONT, CA. 94538

89. PRINCE GARY MCMAHAN, 8928 D STREET, OAKLAND, CALIFORNIA 94621

90. PRINCESS KAMILAH BEY, 125 JACKSON STREET, OAKLAND,. CA. 94612

91. PRINCE GERALD BOLDEN 124 EAST 18TH STREET, OAKLAND, CA. 94621

92. PRINCESS LINDA LAWRENCE 113 W. HILL CIRCLE, SEBASTOPAL, CA. 95472

93. PRINCE JUDITH ANN TYSON, 1601 165TH STREET, SAN LEANDRO, CA. 94578

94. PRINCE CHARLIE ELLIOT, 7436 LOCKWOOD STREET, OAKLAND, A. 94621

95. PRINCE JAMES GAYLOR, 904 WOOD STREET, OAKLAND, CA. 94607

96. PRINCESS RACHEL GEBERKIDAN, P.O. BOX 3453, OAKLAND, CA. 94609

97. PRINCE ADREW GORDON 2043 REDBUD WAY, ANTIOCH, CALIFORNIA 94509

98. PRINCE DIEDRE GORDON, 2043 REDBUD WAY, ANTIOCH, CA. 94509

99. PRINCESS GAIL GIFFORD, 1089 59TH STREET, OAKLAND, CA. 94609

100. PRINCE ARSEL HOPKINS 229 STARLING WAY, HERCULES, CA. 94547

101. PRINCESS ONGUE HOPKINS 229 STARLING WAY, HERCULES, CA. 94547

102. PRINCESS JEEBA ABBEY-QUAYE P.O. BOX 15123, SANF RANCISCO, CA. 94113

103. PRINCE YODIT ASEFAU, 354 VERNON STREET, OAKLAND, CA. 94610

104. PRINCE RUTHIE WORSHAM, 913 KIRKHAM WAY, OAKLAND, CA. 94610

105. PRINCESS CATHERINE WILLIAMS P.O. BOX 7789, MENLO PARK, CA. 94026

6.

106. MARQUISE WILLIA CANSON, MEMBER ALL BOARDS, ENTITIES, DEPTS., 20914 E. NIGHTINGALE, QUEEN CREEK, AZ. 85242

107. PRINCE RAY JACKSON 3143 62ND AVE, OAKLAND, CA. 94605

108 PRINCESS LISA BROWLAW, 3701 FRUITVALE AVE, OAKLAND, CA. 94621

109. PRINCE RASHEED OTEY, 1741, GENEVA AVE, SAN FRANCISCO, CA. 94134

110. SAINT CATHERINE BROWN 1632 AUSEON WAY, OAKLAND, CA. 94623

111. PRINCE WILLIAM BRANSON, 207 GOUGH STREET, SAN FRANCISCO, CA. 94102

112. PRINCE ORLESOR GRIFFIN 1280 98TH AVENUE, OAKLAND, CALIFORNIA 94603

113. PRINCESS CHIKODI B. OKORO 13700 SAN PABLO AVENUE, SAN PABLO, CALIFORNIA, RECORDING SECRETARY, MEMBER ALL BOARDS, ENTITIES, DEPTS,. RECORDING SECRETARY FOR THE MT. ZION SPIRITUAL TEMPLE, INC.(APPOINTED).

114. PRINCESS MARTSASHEA PRICE 4219 38TH STREET, SACRAMENTO, CALIFORNIA

115. RONECA WARDRICK 7705 18TH AVE, SACRAMENTO, CALIFORNIA

116. TIFFANY CLINES 4201 24TH STREET, SACRAMENTO, CALIFORNIA

117.PRINCESS M. JAMES 3619 19TH AVENUE, SACRAMENTO, CA.

118. PRINCESS S. JOHNSON 3331 16TH AVE, SACRAMENTO, CA.

119. PRICESS DEBORAH DUNCAN 1015 GRANDER WEST, SACRAMENTO, CA.

120. PRINCE ROBERT JOHNSON 7705 VALLEY HILL RD. SACRAMENTO, CA.

121. PRINCE MICHAEL JONES 4401 W. NICHOLAS, SACRAMENTO, CA.

122. PRINCESS FRANCIS HUNO 567 ROSLEY WAY, SACRAMENTO, CA.

123. PRINCESS LEROY MATHES 9257 21ST STREET, SACRAMENTO, CA.

124. PRINCESS ANTHONY HEGGONBODHAMS 7708 18TH STREET, SACRAMENTO, CA.

125. PRINCESS WENDY TORES 1050 FLORIN RD. SACRAMENTO, CA.

126. PRINCESS L. JONES 1243 MOTHERFIELD DR., SACRAMENTO, CA.

127. PRINCE CHAO SINAROM 9141 IRISH, SACRAMENTO, CA.

7.

128. PRINCE JON CHARSIE 2293 FENLEY ST., SACRAMENTO, CA.

129. PRINCE ANTHONY CHAPPELL 3545 MOTHERFIELD RD., SACRAMENTO, CA.

130. PRINCE GERALD JONES 8862 39TH ST, SACRAMENTO, CA.

131. PRINCE ANTHONY SMITH 2223 16TH AVENUE, SACRAMENTO, CA.

132. PRINCESS LASHELESE FIELD, 3400 12TH STREET, SACRAMENTO, CA.

133. PRINCESS CHALMAR BRIDGES 3400 12TH STREET, SACRAMENTO, CA.

134. PRINCESS MERRY EULEXCY 3400 12TH STREET, SACRAMENTO, CA.

135. PRINCESS MARKUS FIELD 3400 12TH STREET, SACRAMENTO, CA.

136. PRINCESS C. LEE 5413 SKY PARKWAY, SACRAMENTO, CA.

137. PRINCESS GINA REDMOND 2223 16TH AVE, SACRAMENTO, CA.

138. PRINCESS MERRIN COOPER 2819 37TH ST, SACRAMENTO, CA.

139. PRINCE GEORGE HAWKINS 6221 39TH STREET, SACRAMENTO, CA.

140. PRINCE MARKUS HWWKINS 4020 23RD ST., SACRAMENTO, CA.

141. PRINCESS HELEN WILLIAM 6221 39TH ST., SACRAMENTO, CA.

142. PRINCESS JAZZMIN LIMSCOMB 6221 39TH ST, SACRAMENTO, CA.

143. PRINCE EVAN LIMSCPMB 6221 39TH ST., SACRAMENTO,C A.

144. PRINCESS DIANNA THOMAS 6221 39TH STREET,S ACRAMENTO, CA.

145. PRINCESS ANTHONY PLUMMER 6203 39TH ST., SACRAMENTO, CA.

146. PRINCE JAMES GONZALES 6203 39TH STREET, SACRAMENTO, CA.

147. PRINE JAIME SOTO 6203 39TH STREET, SACRAMENETO, CA.

148. PRINCE ENRIQUE CHAVEZ 6203 39TH ST., SACRAMENTO, CA.

149. PRINCE REGGY KING 3903 42ND STREET, SACRAMENTO, CA.

150. PRINCE C. KING 3903 42ND ST, SACRAMENTO, CA.

8.

151. PRINCESS BONNIE IREGRA 6201 39TH STREET, SACRAMENTO, CA.

152. PRINCESS M. HERNANDEZ 6200 39TH ST, SACRAMENTO, CA.

153. PRINCESS ANGELA DUDLEY, 2044 BENITO DR. SACRAMENTO, CA.

154. PRINCE L. HARRISON 809 RIVER ST. SACRAMENTO, CA.

155. PRINCE O. CHILDS, 1818 1ST STREET, SACRAMENTO, CA.

156. PRINCE PORSCHE HUDSON 3840 9TH AVE, SACRAMENTO, CA.

157. PRINCE ROBIN CHARLES 5132 CORNENIO RYAL, SACRAMENTO, CA.

158. PRINCE QUINCY GRIMES 5132 CERRANO ROYAL, SACRAMENTO, CA.

159. PRINCE DWIGHT NICHOLS 2317 9TH STREET, SACRAMENTO, CA.

160. PRINCE ERIC MASON 793 8TH STREET, SACRAMENTO,C A.

161. PRINCE ALEXANDER THOMAS 3912 9TH AVE, SACRAMENTO,C A.

162. PRINCESS M. COLLINS 6231 39TH AVE, SACRAMENTO, CA.

163. PRINCESS IRMA CASEY 3911 44TH AVE, SACRAMENTO, CA.

164. PRINCE CHARLES HUDSON 5080 MCGLOTHAN ST, SACRAMENTO, CA.

165. PRINCES DONALD HAWKINS 3905 39TH SACRAMENTO, CA.

166. PRINCE P. HAWKINS 3905 39TH STREET, SACRAMENTO, CA.

167. PRINCESS SHERR ELLIS 38939 99TH AVE, SACRAMENTO, CA.

168. PRINCE KEITH WASHINGTON 3850 44TH AVE, SACRAMENTO,C A.

169. PRINCE YANCELLA HARRIS 6580 RANCHO MADERA WY, SACRAMENTO, CA.

170. PRINCESS CARMEN WATERS 3908 43RD AVE, SACRAMENTO, CA.

171. PRINCESS BRENDA BRYANT 3916 44TH ST, SACRAMENTO, CA.

172. PRINCE THOMAS BROUGHTON 3908 43RD AVE, SACRAMENTO, CA.

173. PRINCESS TATASHA PURVIS 6221 39TH ST, SACRAMENTO, CA.

10.

174. PRINCESS ROSE HAWKINS 622 39TH SACRAMENTO, CALIFORNIA

175. PRINCE ROSE HAWKINS 6221 39TH ST,S ACRAMENTO, CALIFORNIA

176. PRINCE GARY COOK 7464 24TH STREET, SACRAMENTO, CALIFORNIA

177. PRINCESS ARIANNE HAWKINS 6221 39TH ST., SACRAMENTO, CA.

178. PRINCE ROBERT JEFFERSON 2836 43RD STREET, SACRAMENTO, CA.

179. BISHOP EDDIE C. WELBON III, 712 BLOSSOM WAY, HAYWARD, CA. 94541

180. PRINCE ANTOISE NEAL 3130 FRNKLINS TREET, SACRAMENTO, CA.

181. PRINCESS CHERYL LEE 9015 COLOMBARDWAY, SACRAMENTO, CA.

182. LORD DEACONESS BETTY BETTY 3902 39TH STREET, SACRAMENTO, CA.

183. LORD DEACON JOHN D. JOHNSON 3902 39TH STREET, SACRAMENTO, CA.

184. PRINCE ANDRE ST. JOHN 3902 39TH STREET, SACRAMENTO, CA.

185. PRINCE GERALD ST. JOHN 3902 39TH ST, SACRAMENTO, CA.

186. PRINCE MARKUS ANTHONY FIELDS 3816 14TH AVE, SACRAMENTO, CA.

187. PRINCE WILIAM N. WHITE 9520 Y STREET, SACRAMENTO, CA.

188. PRINCESS RHONDA STRIBLING 3441 28TH AVE, SACRAMENTO, CALIFORNIA

189. PRINCESS MCDANIEL 760 CALMAR AVE, OAKLAND, CALIFORNIA

190. PRINCESS JACQUELINE BRADLEY P.O. BOX 73, BERKELEY, CA. 94701

191. PRINCESS ODESSA BEACHEM HONORARY 1552 ALCATRAZ AVE, BERKELEY, CA.

192. PRINCE JAMES STEVSNSON 7921 SURREY LANE, OAKLAND, CA.

193. PRINCE TYRELL LOVE 46247 QUEEN PARK, FREMONT, CALIFORNIA

194. PRINCE CHARLES ELLIOT, 7436 LOCKWOOD ST, OAKLAND, CA.

195. PRINCE ARSEL HOPKINS 229 STARLAY WAY, HERCULES, CA.

196. PRINCE TONGUE HOPKINS 229 STARLAY WAY, HERCULES, CA.

11.

197. PRINCE GARY MCKAHAN 8928 D. STREET, OAKLAND, CA.

198. PRINCE JAMES GAYLOR 904 WOOD STRET, OAKLAND, CA.

199. PRINCE JEEBA ABBEY QUAYE, P.O. BOX 15123, SAN FRANCISCO, CA. 94113

200. PRINCE KIMILAH BEY 1525 JACKSON ST, OAKLAND, CALIFORNIA 94612

201. PRINCE RAHEL GERBERKIDAN P.O. BOX 3453 OAKLAND, CA. 94609

202. PRINCE YODI ASEFAU 354 VERNON ST, OAKLAND, CALIFORNIA 94610

203. PRINCE G. BODLEY 824 EAST 18TH, OAKLAND, CALIFORNIA

204. PRINCE ANDREW GORDON 2043 RADBUD WAY, ANTIOCH, CA.

205. PRINCESS DEIDNE GODON 2043 RADBUD WAY, ANTIOCH, CA.

206. PRINCE RUTHIE WORSHAM 913 KIRKIM WAY, OAKLAND, CA. 94607

207. PRINCESS LINDA W. LAWRENCE 113 W. HILLS CIRCLE, SEBASTOPOL, CA. 95472

208. PRINCESS GAIL GIFFORD 1089 59TH STREET, OAKLAND, CA.

209. PRINCESS CATHERINE WILLIAMS P.O. BOX 7759, MENLO PARK, CALIFORNIA

210. PRINCE JUDITH ANN TYSON 1601 165TH AVE, SAN LEANDRO, CA. 94578

211. PRINCESS JOYCE NOBLE 811 B DELAWARE ST, BERKELEY, CA. 94710

212. PRINCE DR. IMHOTEP ISMAEL AL-BAISIEL 1388 HAIGHT STREET, SAN FRANCISCO, 94117

213. PRINCE I=ADEBISI AKINBSIRMISI P.O. BOX 13871, BERKELEY, CA. 94712

214. PRINCE GREG MCKKAY 921 CEDAR STREET, BERKEL;EY, CA.

215. PRINCESS TIANA PASTOR 1943 35TH AVE SAN FRANCISCO, CA. 94116

216. PRINCE SANDRA WHITE 3520 Y STREET, SACRAMENTO, CALIFORNIA

217. PRINCESS CONSTANCE WHITE "          "               "

218. PRINCE WILLIAM WHITE          "          "               "

219. PRINCE AKINTUNDE KAMBON 3864 14TH AVE, SACRAMENTO, CALIFORNIA

12.

220. REV ROBERT HAND 4008 40TH AVENUE, SACRAMENTO, CA. 95824

221. PRINCE SAMUEL FLYNN 3816 14TH AVE, SACRAMENTO, CALIFORNIA

222. PRINCESS MERRY EULICEX-JEFFERFSON 2512 EDISON AVE, SACRAMENTO, CA.

223. PRINCESS CINDY PACE 2410 ARDEN WAY, SACRAMENTO, CALIFORNIA      .

224. PRINCE LARRY TAYLOR 2410 ARDEN WAY, SACRAMENTO, CA.

225. PRINCES TALITHA DOUGLAS 8174 AUBERRY DR, SACRAMENTO, CALIFORNIA

226. ARCHBISHOP J.A. MURPHY 2660 69TH AVE, SACRAMENTO, CA.

227. PRINCESS LASHELES FIELDS 2512 EDISON AVE , SACRAMENTO, CA.

228. PRINCE JELANI EVANS 2512 EDISON AVE, SACRAMENTO, CA.

229. EVANGELIST BRENDA GORE 7665 PARK PKWY, SACRAMENTO, CALIFORNIA

230. MARQUISE WILLIA CANSON 20914 E NIGHTINGALE, QUEEN CREEK, ARIZONA

231. LADY NOBLE FIELDS P.O. BOX 124, DALY CITY, CA. 94014

232. LORD THOMAS STEVEN 3400 12TH STREET, SACRAMENTO, CA.

234. PRINCESS SANDRA HARRIS 3520 Y STREET, SACRAMENTO, CALIFORNIA

235. PRINCESS PAMELA OGLETREE 5411 WOODLAWN, CHICAGO, ILLINOIS
MEMBER OF ALL BOARDS, ENTITIES, DEPTS.

236. PRINCESS VALERIE REPRESS 115 ANDERSON AVENUE, ATLANTA, GA.
MEMBER OF ALL BOARDS, ENTITIES, DEPTS.

237. PRINCESS BARBARA REPRESS, 115 ANDERSON AVENUE, ATLANTA, GA.
MEMBER OF ALL BOARDS, ENTITIES, DEPTS.

238. PRINCESS DEBRA RESPRESS, 115 ANDERSON AVENUE, ATLANTA, GA.
MEMBER OF ALL BOARDS, ENTITIES, DEPTS.

240. ANNIE FAGAN 712 BLOSSOM WAY, HAYWARD, CALIFORNIA
MEMBER OF ALL BOARDS, ENTITIES, DEPTS.
13.

WE DECLARE UNDER THE PENALTY OF PERJURY THAT THIS IS THE MAILING
LIST WE USED TO SEND OUT LEGAL NOTICE TO THE INTERNATIONAL, NATIONAL,

STATE, LOCAL BOARDS OF TRUSTEES, DIRECTORS AND THE GENERAL MEMBERSHIP OF THE MOUNT ZION SPIRITUAL TEMPLE, INC., AND CORPORATION OF THE PRESIDENT OF THE MOUNT ZION SPIRITUAL TEMPLE, INC. FOR THE GENERAL BUSINESS MEETING, ELECTION OF OFFICERS, AND SUCCESSOR TO THE LATE KING LOUIS H. NARCISSE SPIRITUAL LEADER OF THE MOUNT ZION SPIRITUAL TEMPLE, INC., AND CORPORATION OF THE PRESIDENT OF THE MOUNT ZION SPIRITUAL TEMPLE-A-CORPORATION SOLE.

QUEEN MOTHER LILLIE MAE JEFFERSON, INTERNATIONAL VICE CHAIRPERSON OF ALL BOARDS/TRUSTEES,CORPORATIION ENTITIES AND DEPARTMENTS

COUNTESS MARIA LOVE, SECRETARY GENERAL, INTERNATIONAL AND ALL BOARDS TRUSTEES, CORPORATION ENTITIES AND DEPARTMENTS.

PRINCE RAYFORD BULLOCK, COMMITTEE MEMBER

PRINCESS BABY GRACE JEFFERSON, COMMITTEE MEMBER

MARQUISE WILLIA CANSON, COMMITTEE MEMBER

PRINCESS CHIKODI B. OKORO, COMMITTEE MEMBER/NEWLY APPOINTED RECORDING SECRETARY

14.

Sign in

Google          **Web**  Images  Video  News  Maps  **more »**

sacramento district u.s. courts          Search    Advanced Search
Preferences

---

**Web**          Results **1 - 10** of about **1,380,000** for <u>sacramento **district** u.s. **courts**</u>. (0.09 seconds)



**US District Court**
www.caeb.uscourts.gov

501 I St
Sacramento, CA 95814
(916) 930-4000

Get directions - More information

More local results »

**United States District Court**, Eastern California
**United States District Court, United States** California **District Court** Seal ...
**SACRAMENTO** - Due to ongoing construction around the Courthouse in **Sacramento**, ...
www.**caed**.**uscourts**.gov/ - 21k - Cached - Similar pages

SCBA: Federal **Courts**
**U.S. District Court**, Eastern **District** of California. Critically Important Daily Information;
Judges/Staff Phone Directory · Clerk's Office: **Sacramento** ...
www.sacbar.org/courtctr/fedcourt.asp - 44k - Cached - Similar pages

**Sacramento** Students to Get Jury Preview at **U.S. District Court**
at **U.S. District Court**. **SACRAMENTO** — More than 500 seniors from nine area high
schools will learn what it's like to be a juror deciding the guilt or ...
www.ce9.**uscourts**.gov/.../3cf90a23430db5a9852562840073ae37/
afd2fd5cbe5789418825710a006dcd67?OpenDocument - 7k - Cached - Similar pages

Document Library
**Sacramento** Students to Get Their Day in **U.S. District Court**. **SACRAMENTO** — Some
500 seniors from seven area high schools will learn first hand about law ...
www.ce9.**uscourts**.gov/.../504ca249c786e20f85256284006da7ab/
256d7bcf74716bcf8825727d00632ceb?OpenDocument - 7k - Feb 14, 2007 -
Cached - Similar pages

[PDF] **United States Court** of Appeals
File Format: PDF/Adobe Acrobat - View as HTML
As we explained in **Sacramento** Municipal Utility **District**. v. FERC, 428 F.3d 294 (D.C. Cir.
... Commission, 343 U.S. 414 (1952), in which the Supreme **Court** ...
pacer.cadc.**uscourts**.gov/docs/common/opinions/200701/05-1231a.pdf - Similar pages

[PDF] **United States Court** of Appeals
File Format: PDF/Adobe Acrobat - View as HTML
**United States Court** of Appeals. FOR THE **DISTRICT** OF COLUMBIA CIRCUIT ...
**Sacramento** Municipal Utility **District** v. Pacific Gas & Electric ...
pacer.cadc.**uscourts**.gov/docs/common/opinions/200511/04-1171a.pdf - Similar pages

Directory of **United States Courts**
Directory of **United States Courts**. District Courts ... Eastern **district**, 6, **Sacramento**, CA
95814. Central **district**, 27, Los Angeles, CA 90012 ...
www.**uscourts**.gov/understanding_**courts**/dcts2.htm - 9k - Cached - Similar pages

What's New (ASP)
Time Stamping and Depositing of Documents in the **Sacramento** Division Drop Box ...
American Bankruptcy Institute · **U.S. District Court**, Eastern **District** of ...
www.caeb.**uscourts**.gov/sitemap/sitemap.asp - 36k - Cached - Similar pages

Related Links (**Sacramento** County **District** Attorney's Office)
**U.S.** Federal **Courts** - The Administrative Office of the **U.S. Courts** Web page for ... 2007,
**Sacramento** County **District** Attorney | 901 G Street, **Sacramento**, ...
www.da.saccounty.net/main/links.htm - 40k - Cached - Similar pages

California Eastern Probation
**United States** Probation Office Eastern **District** of California ... FEDERAL **DISTRICT**
**COURTS** ARE LOCATED IN FRESNO AND **SACRAMENTO**, WITH MANY MAGISTRATE
**COURTS** ...
www.caep.**uscourts**.gov/ - 2k - Cached - Similar pages

Result Page:    1 2 3 4 5 6 7 8 9 10    **Next**

---

sacramento district u.s. courts    Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

---

Google Home - Advertising Programs - Business Solutions - About Google

©2007 Google



**Court Links**

**Print Circuit Map**
- Circuit Map (pdf)
- Circuit Map (eps)

- Return to USCourts.gov

### Tennessee Western District Court
### Main Office

**Street Address:**
242 Clifford Davis Federal Bldg
167 North Main Street
Memphis, TN 38103

**Phone:** 901-495-1200

**Internet Web Site:**
http://www.tnwd.uscourts.gov

**ECF link:**
https://ecf.tnwd.uscourts.gov



About The U.S. Courts | Newsroom |Library |Court Links |FAQs | Employment Opportunities |Contact Us| Search

**This page is maintained by the Administrative Office of the U.S. Courts on behalf of the U.S. Courts.**
The purpose of this site is to function as a clearinghouse for information from and about the Judicial Branch of the U.S. Government.

Privacy and Security Notices

PETITIONER HEREBY OBJECTS TO THE FINAL ACCOUNT AND REPORT
OF CO-ADMINISTRATORS, AND SEEK FEDERAL ENFORCEMENT OF TRUST IN
REAL AND PERSONAL PROPERTIES HELD IN TRUST FOR MT. ZION SPIRITUAL
TEMPLE, INC., AND CORPORATION OF THE PRESIDENT OF THE MT. ZION
SPIRITUAL TEMPLE A CORPORATION SOLE UNDER CALIFORNIA CODE 10000.
Petitioner King Dr. Eddie C. Welbon's First Amendment Rights of
The Constitution of the United States of America was elected to
suceed the Late King Louis H. Narcisse Founder and CEO of the
Mt. Zion Spiritual Temple, Inc., and Corporation of the President
of the Mt. Zion Spiritual Temple, Inc.. Petitioners are benefic
beneficiary of the Trust, and Trustees of the Mt. Zion Spiritual
Temple, Inc., a California Nonprofit Corporation/Religious
Corporation described herein, and seek Federal

2-1

SEE LISTING OF PROPERTIES ATTACHED.

**Internal Revenue Service**

Date: August 19, 2005

MT ZION SPIRITUAL TEMPLE INC
1488 14TH ST
OAKLAND          CA 94607-2028

**Department of the Treasury**
**P. O. Box 2508**
**Cincinnati, OH 45201**

**Person to Contact:**
   Kathy Masters ID# 31-04015
   Customer Service Representative
**Toll Free Telephone Number:**
   8:30 a.m. to 5:30 p.m. ET
   877-829-5500
**Fax Number:**
   513-263-3756
**Federal Identification Number:**
   94-1647815

Dear Sir or Madam:

This is in response to your request of August 19, 2005, regarding your organization's tax-exempt status.

In January 1973 we issued a determination letter that recognized your organization as exempt from federal income tax. Our records indicate that your organization is currently exempt under section 501(c)(3) of the Internal Revenue Code.

Our records indicate that your organization is also classified as a church under sections 509(a)(1) and 170(b)(1)(A)(i) of the Internal Revenue Code.

Our records indicate that contributions to your organization are deductible under section 170 of the Code, and that you are qualified to receive tax deductible bequests, devises, transfers or gifts under section 2055, 2106 or 2522 of the Internal Revenue Code.

If you have any questions, please call us at the telephone number shown in the heading of this letter.

Sincerely,

*Janna K. Skufca*

Janna K. Skufca, Director, TE/GE
Customer Account Services

Exhibit A

# State of California
## Secretary of State



I, BRUCE McPHERSON, Secretary of State of the State of California, hereby certify:

That the attached transcript of ___4___ page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California this day of

JAN 1 3 2006

_____

**BRUCE McPHERSON**
Secretary of State

*Sec/State Form CE 108 (REV 03/31/05)*

Exhibit B

OSP 05 92407

ROBERT C. KIRKWOOD, CHAIRMAN
STATE CONTROLLER
JOHN M. PEIRCE, VICE-CHAIRMAN
DIRECTOR OF FINANCE
ROBERT McDAVID
CHAIRMAN BOARD OF EQUALIZATION

JOHN J. CAMPBELL
EXECUTIVE OFFICER

1020 N STREET
SACRAMENTO 14



# State of California
# Franchise Tax Board

### March 28, 1957

Corporation of the President of the Mt.
Zion Spiritual Temple
c/o Erickson & Erickson, Attorneys at Law
1615 Broadway
Oakland 12, California

Gentlemen:

RE: Exemption from Franchise Tax

It is the opinion of this office, based upon the evidence presented, that you are exempt from State franchise tax under the provisions of Section 23701d of the Revenue and Taxation Code, as it is shown that you are organized and operated exclusively as **a religious organization.**

Accordingly, you will not be required to file franchise tax returns unless you change the character of your organization, the purposes for which you were organized, or your method of operation. Any such changes should be reported immediately to this office in order that their effect upon your exempt status may be determined.

You will, however, be required to file an information return Form 199 annually. This return is due on or before the 15th day of the fifth month following the close of your annual accounting period. You are excused from filing the return if your gross income is under $25,000, in which event you are required to file annually, on or before March 15th, a statement on Form FT-99. These forms will be mailed to you providing this Board is furnished with your current postal address.

However, if you have income that is taxable under the provisions of Section 23771 of the Revenue and Taxation Code, a return on Form 109 must be filed by the 15th day of the third month following the close of your fiscal year. These forms may be obtained from this office or any of its branches.

Contributions made to you are deductible by the donors in arriving at their taxable net income in the manner and to the extent provided by Sections 17214, 17215, 17216 and 24357 of the Revenue and Taxation Code.

If the organization is not yet incorporated or has not yet qualified to do business in California, this approval will expire within thirty days unless incorporation or qualification is completed within such period.

Very truly yours,
FRANCHISE TAX BOARD
John J. Campbell
Executive Officer

By *C M Gray*
C. M. Gray
Assistant Counsel

CMG:dhs
cc:Secretary of State
£

st copy available

# ARTICLES OF INCORPORATION
## OF THE
### PRESIDENT OF THE MT. ZION SPIRITUAL TEMPLE
#### A CORPORATION SOLE

KNOW ALL MEN BY THESE PRESENTS:

That the undersigned, having been duly chosen, appointed and sustained as President of the Mt. Zion Spiritual Temple, Oakland, California, in conformity with the rules, regulations and discipline of said Church, and being desirous of forming a corporation for the purpose of administering and managing the affairs, property and temporalities thereof, and particularly for the acquiring, holding and disposing of church property for the benefit of religion, for works of charity, and for public worship, under and pursuant to Part II or Title I of the Corporation Code of the State of California, pertaining to corporation sole, and all acts mandatory thereof and supplemental thereto, for that purpose do hereby make and subscribe the following ARTICLES OF INCORPORATION:

I

The name of this corporation shall be CORPORATION OF THE PRESIDENT OF THE MT. ZION SPIRITUAL TEMPLE.

II

The undersigned, President of the Mt. Zion Spiritual Temple, Oakland, California, is duly authorized by the rules, regulations and discipline of the said Church to take such action.

III

The County of this State where the principal office for the transaction of the business of the corporation is located is Alameda County.

IV

The manner in which a vacancy occurring in the office of the President of the Mt. Zion Spiritual Temple is required to be filled by the rules, regulations and practice of said Church is through appointment and nomination by the board of trustees of the said

-1-

1  Church to a duly in~ meeting of the members of s~'d Church, said

2  appointment and nomination being sustained by the affirmative

3  majority vote of the members present at said meeting.

4  The vacancy in the office of President in the Mt. Zion

5  Spiritual Temple shall exist upon the death or disability of the

6  incumbent President.

7  V

8  Among the objects of this corporation shall be that of ac-

9  quiring, holding, operating and disposing of such real and personal

10  property as may be conveyed to said corporation for the benefit of

11  the members of the Mt. Zion Spiritual Temple, a church and reli-

12  gious non-profit corporation, for the benefit of religion and works

13  of charity and for public worship. Such real and personal property

14  may be situated either within the State of California, or else-

15  where, and the corporation shall have power, without any authority

16  or authorization from the members of said Church and religious non-

17  profit Corporation to grant, sell, convey, rent, mortgage, exchange

18  or otherwise dispose of the same or any part thereof.

19  VI

20  The property owned or to be owned by the Corporation is hereby

21  irrevocably dedicated to religious and charitable purposes; upon

22  the liquidation, dissolution or abandonment of the Corporation, it

23  shall not inure to the benefit of any private person but shall pass

24  to the Mt. Zion Spiritual Temple, a California non-profit corpora-

25  tion, organized and operated for religious and charitable purposes;

26  or to a nominee of the latter, to be used by such nominee for such

27  purposes only.

28  DATED this 31st day of December, 1956.

29  CORPORATION OF THE PRESIDENT OF
   THE MT. ZION SPIRITUAL TEMPLE

30

31  BY: L H Narciss

32  President

1  STATE OF CALIFORNIA)
2  COUNTY OF ALAMEDA  ) ss.
3
4        L. H. NARCISSE, being first duly sworn, depose and says:
5        That he is the president of the Mt. Zion Spiritual Temple and
6  that as such is the presiding officer of said Church forming the
7  within Corporation Sole; that he has read the foregoing Articles
8  of Incorporation and knows the contents thereof and that the same
9  are true of his own knowledge.

10

11                                          *L. H. Narcisse*

12

13  Subscribed and sworn to before me
14  this       day of                , 1956.
15                *Donald H. Kincaid*
16  NOTARY PUBLIC in and for the said
    County of Alameda, State of California.
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

STEVEN H. BOVARNICK, ESQ.
MARY G. SANCIMINO, ESQ.
HUNTER AND BOVARNICK
Attorneys at Law
345 Grove Street
San Francisco, CA  94102
Telephone (415) 621-8700

Attorneys for LILLIAN ROBERTS, EARL BATISTE
and HELEN BUTLER as Personal Representatives of
the Estate of LOUIS H. NARCISSE, Deceased

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA

|  |  |
|---|---|
| MOUNT ZION SPIRITUAL TEMPLE, INC., etc., et al., | CASE NO. 657 863-9 |
| Plaintiffs, | SUPPLEMENTAL STATEMENT OF FACTUAL AND LEGAL CONTENTIONS REGARDING CASE MANAGEMENT CONFERENCE (LOCAL RULE 6.3) |
| -vs.- | |
| LILLIAN ROBERTS AND EARL BATISTE AS PERSONAL REPRESENTATIVES OF THE ESTATE OF LOUIS H. NARCISSE, etc., et al., | DATE:  JANUARY 23, 1991 TIME:  8:30 A.M. DEPT:  13 TRIAL DATE: OCT. 9, 1992 |
| Defendants. | |

Come now LILLIAN ROBERTS, EARL BATISTE and HELEN BUTLER,

as personal representatives of the Estate of Louis H. Narcisse,

deceased, who supplement their Statement of Factual and Legal

Contentions as follows.

//////

//////

1

**I.**

## TITLE TO ALL PROPERTIES IS EITHER HELD BY LOUIS H. NARCISSE INDIVIDUALLY OR BY HIS CORPORATION SOLE AND NOT BY MOUNT ZION SPIRITUAL TEMPLE

Mount Zion Spiritual Temple claims that the Personal Representatives are holding title as constructive trustee for the benefit of Mount Zion Spiritual Temple, essentially claiming that Louis H. Narcisse defrauded Mount Zion Spiritual Temple out of the title thereto during his lifetime.

As previously pointed out, this is not the case, nor has any evidence been presented to date by Mount Zion Spiritual Temple to support its spurious allegations. As can be documented, all payments for purchase of the properties and ownership of the properties (mortgage, tax and insurance payments) were made by Louis H. Narcisse or through his corporation sole.[1]

To facilitate an understanding of this matter, the Personal Representatives have put together an analysis of title to the properties in question so that it will become evident that Mount Zion Spiritual Temple has no claim that it can raise in this proceeding as presently framed and that this case should be dismissed.

---

[1] On March 26, 1957, Louis H. Narcisse formed a corporation sole with the California Secretary of State in accordance with Corporations Code §10000 et seq., known as Corporation of the President of Mt. Zion Spiritual Temple, Inc.. As discussed herein, titles to three of the properties as to which Mount Zion Spiritual Temple is making claim is held by the corporation sole and not by Louis H. Narcisse. It should be noted that Mount Zion Spiritual Temple has not made the corporation sole a party to this proceeding.

2

1       1.  <u>760 Calmar, Oakland</u>

2      This property was purchased by Louis H. Narcisse on

3  <u>December 24, 1956</u>.  Title was taken as "Louis H. Narcisse, a

4  single man."  See Deed attached hereto and incorporated herein

5  as Exhibit A.

6      On June 21, 1972, Louis H. Narcisse quitclaimed his

7  interest in 760 Calmar to his corporation sole, Corporation of

8  the President of Mt. Zion Spiritual Temple, Inc..  See

9  Quitclaim deed attached hereto and incorporated herein as

10  Exhibit B.

11      2.  <u>744 Calmar, Oakland</u>

12      This property was purchased by the corporation sole on

13  <u>November 30, 1959</u>.  At all times title thereto has been held as

14  "Corporation of the President of the Mt. Zion Spiritual

15  Temple".  See Deed attached hereto and incorporated herein as

16  Exhibit C.

17      3.  <u>1488 14th Street, Oakland</u>

18      This property was purchased by the corporation sole on

19  <u>March 11, 1964</u>.  At all times title thereto has been held as

20  "Corporation of the President of the Mount Zion Spiritual

21  Temple, a corporation sole".  See Grant Deed attached hereto

22  and incorporated herein as Exhibit D.

23      4.  <u>Unimproved Lot on Balfour, Oakland</u>

24      This property was purchased by Louis H. Narcisse on <u>June</u>

25  <u>9, 1964</u>.  At all times title thereto has been held as ""His

26  Grace" King Louis H. Narcisse, a single man."  See Grant Deed

27                       3

28

attached hereto and incorporated herein as Exhibit E.

   5.   3734 & 3736 Rio Linda, Sacramento

   This property was purchased by Louis H. Narcisse on February 9, 1968.  At all times title thereto has been held as "Louis H. Narcisse, a single man."  See Grant Deed attached hereto and incorporated herein as Exhibit F.

   6.   Unimproved Lots on South Ave, Sacramento

   This property was purchased by Louis H. Narcisse on September 21, 1970.  At all times title thereto has been held as "King L.H. Narcisse, a single man."  See Grant Deed attached hereto and incorporated herein as Exhibit G.

   7.   1480 14th Street, Oakland

   This property was purchased by the corporation sole on September 25, 1978.  At all times title thereto has been held as "Corporation of the President of the Mt. Zion Spiritual Temple, a corporation".  See Individual Grant Deed attached hereto and incorporated herein as Exhibit H.

                              II.

**WHILE THE EFFECT OF A VACANCY OCCURING IN THE OFFICE OF THE BISHOP OF A CORPORATION SOLE DEPENDS UPON THE ARTICLES OF INCORPORATION, THAT VACANCY DOES NOT CHANGE THE STATUS OF TITLE OF PROPERTIES HELD BY THE CORPORATION SOLE**

   A corporation sole may be formed by the bishop, chief priest, presiding elder or other presiding officer of any religious denomination, society or church, for the purpose of administering and managing the affairs, property and temporalities of the corporation sole.  Corporations Code

                              4

§10015.

To the knowledge of the Personal Representatives, there presently exists a vacancy in the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple.[2]  In order to determine what procedure is to be followed with regard to the continued operation of the corporation sole or its dissolution and disposition of real property held by it, it is necessary to obtain the articles of incorporation and any amendments thereto filed with the Secretary of State.  The Representatives are in the process of obtaining copies thereof.

### III.

### QUESTIONS HAVE BEEN RAISED AS TO WHO IS AUTHORIZED TO ACT ON BEHALF OF MOUNT ZION SPIRITUAL TEMPLE

Since the death of Louis H. Narcisse, two groups have arisen to compete for control of Mount Zion Spiritual Temple. To date in this proceeding, the Personal Representatives believed that they were dealing with the proper representatives of Mount Zion Spiritual Temple, represented by Joseph Russell.

However, last week, the Personal Representatives were

---

[2]. In preparation for this hearing, the Personal Representatives contacted the California Secretary of State to determine the status of the corporation sole. The Personal Representatives were informed that the corporation is in good standing. However, the Personal Representatives were also informed that a Statement by Domestic Stock Corporation was filed with the Secretary of State on March 14, 1990 stating that Princess Ann Williams was President of the corporation sole and that a Christine Wills was agent for service of process. The Personal Representatives are currently investigating the circumstances under which the Statement by Domestic Stock Corporation was filed.

6

provided with documents claiming that the membership of Mount Zion Spiritual Temple had elected a new Board of Trustees on or about March 17, 1989 and that said Board, represented by attorney Elizabeth Principato-Phipps, has not given Joseph Russell authority to pursue this lawsuit or to enter into any settlement with the Personal Representatives. Among the documents provided were documents indicating that Lindsay Garnett had been elected president of the corporation.

In preparation for hearing, the Personal Representatives contacted the Secretary of State to determine the corporate status of Mount Zion Spiritual Temple and the identity of its president. The Secretary of State indicated that Mount Zion Spiritual Temple is in good standing. The Secretary of State further indicated that on May 7, 1990, a Statement by Domestic Stock Corporation was filed in which Ann Williams was described as being president. It is believed that Ann Williams is part of the group being represented by Joseph Russell.

At this stage, the Personal Representatives cannot determine with whom they should be dealing in connection with title to the properties held by the corporation sole and potential settlement of this lawsuit. As indicated above, it is necessary to analyze the articles of incorporation of the corporation sole to determine how the death of Louis H. Narcisse impacts on the continued existence of the corporation sole and then determine with whom the Personal Representatives should be dealing on behalf of Mount Zion.

7

1    DATED: January 22, 1991

2                                  HUNTER AND BOVARNICK

3

4                                  BY: _____
                                   STEVEN H. BOVARNICK
5                                  Attorneys for The
                                   Personal Representatives

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                   8

# Deed

HENRY ORMOND and BEATRICE M. ORMOND

the first part ø s, hereby

Grant  to  LOUIS H. NARCISSE, a single man

the second part y  , all that real property situated in the City of Oakland

County of  Alameda  State of  California  described as follows:
LOTS 3 and 4 in Block "K", as said lots and block are
shown on the map of "East Piedmont Heights, Oakland, California,
1907", filed March 19, 1907, in book 22 of Maps, page 55, in the
office of the County Recorder of Alameda County.

DATED this  20th  day of  December  1956

Henry Ormond

Beatrice M. Ormond

STATE OF CALIFORNIA
COUNTY OF Alameda

Dec 20 1956

a Notary Public in and for said County and State, personally appeared

Henry Ormond and
Beatrice M. Ormond

known to me to be the person s  subscribed to the within
instrument  executed the same.

AT  132848
For Use of Recorder Only

RECORDED at REQUEST OF
Oakland Title Insurance Company

AT  10:49 A  M

DEC 24 1956
BOOK 8240 PAGE 23
OFFICIAL RECORDS OF
ALAMEDA COUNTY, CALIF.

COUNTY RECORDER

EXHIBIT A

Recorded at the request of:

_____

When recorded mail to:

MT. SION SPIRITUAL TEMPLE
c/o Robert E. Hunter, Esq.
345 Franklin Street
San Francisco, Ca 94102

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY, CALIF.

JUN 21 1972

AT     4:30 PM
JACK G. BLUE, County Recorder

72-83510

## QUITCLAIM DEED

LOUIS H. NARCISSE, a single man

hereby does remise, release and QUIT CLAIM unto

CORPORATION OF THE PRESIDENT OF MT. SION SPIRITUAL TEMPLE, INC.
a California corporation sole

all that real property situated in the City of Oakland, County

of Alameda, State of California, described as follows:

LOTS 3 and 4 in BLOCK "N" as said lots and block are shown
on the map of "EAST PIEDMONT HEIGHTS, OAKLAND, CALIFORNIA,
1907", filed March 19, 1907, in Book 22 of Maps, page 55
in the office of the County Recorder of Alameda County.

DATED:    6/21/72

_____
LOUIS H. NARCISSE

STATE OF CALIFORNIA   )
                      )  ss.
County of ALAMEDA     )

On    6/21/72          before me  R. D. Harrill

_____, personally appeared LOUIS H. NARCISSE, known

to me to be the person whose name is subscribed to the within

instrument and acknowledged to me that he executed the same.

WITNESS my hand and official seal.

R. D. HARRILL
NOTARY PUBLIC - CALIFORNIA
Alameda County
My commission expires Apr. 17, 1976

_____
Notary Public

EXHIBIT B

# Deed

604090

17-197-B

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

GEORGE L. RICE and MARY L. RICE, his wife,

E - 84

hereby

GRANT to CORPORATION OF THE PRESIDENT OF THE MT. ZION

SPIRITUAL TEMPLE

all that real property situated in the City of Oakland, County of Alameda,

State of California, described as follows:

Lot 39 in Block E of East Piedmont Heights, according to the
map thereof, filed March 19, 1907 in the office of the County
Recorder of said Alameda County, and of record in Map Book 22,
page 55.

DATED November 16th, 1959

George L. Rice

Mary L. Rice

STATE OF CALIFORNIA
COUNTY OF XXXXXX } ss.
Los Angeles

On before me, the undersigned AQ140596

a Notary Public in and for said County and State, personally appeared

George L. Rice , and

Mary L. Rice

known to me to be the person B whose name are subscribed to the
within instrument, and acknowledged to me that he y executed the same.

(SEAL)

Lillian Rafsky

Notary Public in and for said County and State

MY COMMISSION EXPIRES SEPTEMBER 22, 1960

When recorded mail to:

Name Mt Zion Spiritual Temple

Address 1488 - 14th St

City Oakland State Calif.

Appl. No. 604090 N/c

FORM 70 RM

FOR RECORDER'S USE ONLY

RECORDED at REQUEST OF
Western Title
Guaranty Company
at 8:30 a.m.

NOV 3 0 1959
BOOK 9225 PAGE 423
OFFICIAL RECORDS OF
ALAMEDA COUNTY, CALIFORNIA

Thomas K. Fitzsimmons
COUNTY RECORDER

Case 3:07-cv-02023-CRB Document 1-2 Filed 05/22/2007 Page 4 of 47

RECORDING REQUESTED BY

WHEN RECORDED MAIL TO

Corporation of the President of
Mount Zion Spiritual Temple
1488 14th Street
Oakland, California

RECORDED AT REQUEST OF
North American Title Ins. Co.
At ___ 11 ___ A ___ M.

MAR 11 1964

OFFICIAL RECORDS OF
ALAMEDA COUNTY, CALIFORNIA
JACK G. BLUE
COUNTY RECORDER

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

(Escrow No. 431284)

By this instrument dated __March 4, 1964__ for a valuable consideration,

GEORGE J. SCHOMAKER, as his separate property,

hereby GRANTS to

CORPORATION OF THE PRESIDENT OF THE MOUNT ZION SPIRITUAL TEMPLE,
a Corporation Sole,

the following described Real Property in the State of California, County of __Alameda__,

In the State of California, County of Alameda, City of Oakland,
and being:

COMMENCING at a point in the northerly line of West 14th Street,
distant thereon 149 feet westerly from the point of intersection
of said northerly line of said West 14th Street with the westerly
line of Center Street as said West 14th Street and said Center
Street are shown on the map of "Map of Peralta and Center Street
Lands", etc., hereinafter referred to; and running thence wester-
ly along said northerly line of said West 14th Street 80.05 feet
to the point of intersection of said northerly line of said West
14th Street with the easterly line of Peralta Street as said Peralta
Street now exists since the widening thereof by that certain Deed
from the Realty Syndicate, a corporation, to City of Oakland, a
municipal corporation, dated September 13, 1910, recorded October
10, 1910, in the office of the County Recorder of said County of
Alameda, thence northerly along said easterly line of said Peralta
Street 25 feet to the point of intersection of said easterly line
of said Peralta Street with the southeasterly line of Peralta Street
as said Peralta Street is shown on the map of "Map of Peralta and
Center Street Lands", etc., hereinafter referred to; thence northeast-
erly along said southeasterly line of said Peralta Street, 78.15 feet
to the southerly boundary line of lot 23 in block 581, as said lot
23 and said block 581 are shown on the map of "Map of Peralta and
Center Street Lands", etc., hereinafter referred to; thence easterly
along said southerly boundary line of said lot 23 and parallel with
said northerly line of said West 14th Street 60.57 feet; thence
southerly in a direct line to the point of commencement.

BEING portions of Lots 19, 20, 21 and 22 in Block 581, as said lots
and block are shown on the map of "Map of Peralta and Center Street
Lands", etc., filed March 3, 1877, in the office of the County Re-
corder of said County of Alameda.

Being Assessor's Arb No. 5-370-7

AW39887

STATE OF ___
COUNTY OF Alameda

Subscribed to the within instrument, and acknowledged to me that ___ he ___ executed the same.

NOTARY PUBLIC in and
for said County and State

Notary's Signature __Barbara J. Seaver__

Type or Print Notary's Name __Barbara J. Seaver__

Form No. 340 Revised 11-60

1-431284 ed

RE: 1-26 IM-119

RECORDED at REQUEST OF
North American Title Ins. Co.
At 9.30 A.M.

AW92148

JUN - 9 1954

OFFICIAL RECORDS OF
ALAMEDA COUNTY, CALIFORNIA
JACK G. BLUE
COUNTY RECORDER

RECORDING REQUESTED BY

WHEN RECORDED MAIL TO
"HIS GRACE"
King Louis H. Narcisse
760 Cimar
Oakland; California

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

(Escrow No. 370980cp)

By this instrument dated   June 6, 1964   for a valuable consideration,

LEON H. ROUNTREE and MARGRETT ROUNTREE, his wife

hereby GRANTS to   "HIS GRACE"
King Louis H. Narcisse, a single man

The following described Real Property in the State of California, County of   Alameda

City of   Oakland,

Lot 10 in Block "N", as said lot and block are shown
on the map of "East Piedmont Heights, Oakland. California,
1907", filed March 19, 1907, in Book 22 of Maps, page 55,
in the office of the County Recorder of Alameda County.

Being Assessor's Arb No. 11 868 29

*Leon H. Rountree*
Leon H. Rountree

*Margrett Rountree*
Margrett Rountree

STATE OF CALIFORNIA
COUNTY OF   Alameda

On   June 8   , 1964   before me, the undersigned, a Notary Public in and for said County
and State, personally appeared   Leon H. Rountree and Margrett
Rountree
known to me to be the
persons   whose name   subscribed to the within instrument, and acknowledged to me that   t he y   executed the same.

Notary's Signature   *Crawford J. Neals*

CRAWFORD J. NEALS, Notary Public
Type or Print Notary's Name   My Commission expires March 6th 1966

EXHIBIT

BOOK 68-02 PAGE 699

AMERICAN TITLE COMPANY

OFFICIAL RECORDS
SACRAMENTO COUNTY, CALIF.

FEB 9 2 42 PM 1968

$2.00

WHEN RECORDED,
PLEASE MAIL THIS INSTRUMENT TO

King L. M. Marciese
628 South Avenue
Sacramento, California

Order No.
Escrow No. 204440-XXX
Loan No. A.P.J.251-093-25
                 251-093-33

COUNTY RECORDER

9699

SPACE ABOVE THIS LINE FOR RECORDER'S USE

PLACE INTERNAL REVENUE STAMPS IN THIS SPACE

## GRANT DEED

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

TOM MILLER, as his separate property                    do hereby

GRANT to    KING L. M. MARCIESE, a single man

the real property in the        City of Sacramento        County of Sacramento
State of California, described as:

Lots 2 and 3 in Block 6 of Plat of Del Paso Heights;
according to the official plat thereof, filed in the office of the
Recorder of Sacramento County, California, on February 7, 1911,
in Book 12 of Maps, Map No. 1.

| $11.00 FEB 0 9 1968 | $4.40 FEB 0 9 1968 | $4.40 FEB 0 9 1968 | $ .55 FEB 0 9 1968 |
|---|---|---|---|

Dated  February 1, 1968

STATE OF CALIFORNIA
COUNTY OF
Sacramento

On  Feb 7 1968
before me, the undersigned, a Notary Public in and for said
State, personally appeared  Tom Miller

known to me to be the person whose name is
subscribed to the within instrument and acknowledged that
he executed the same.

WITNESS my hand and official seal.

Signature

Name (Typed or Printed)

Tom Miller

OFFICIAL SEAL
THOMAS W. LORIS
NOTARY PUBLIC CALIFORNIA
PRINCIPAL OFFICE IN
SACRAMENTO COUNTY

My Commission Expires Nov. 3, 1971

MAIL TAX STATEMENTS TO  King L. M. Marciese
628 South Avenue - Sacramento, California

EXHIBIT F

09 21     4 0 1

RECORDING REQUESTED BY

BOOK 70-09-21 PAGE 401     70859

OFFICIAL RECORDS
SACRAMENTO COUNTY CALIF.
Sep 21 3 06 PM 1970

$2.00

King L. H. Narcisse
828 - South Avenue
Sacramento, CA. 95838

King L. H. Narcisse
828 - South Avenue
Sacramento, CA. 95838

SPACE ABOVE THIS LINE FOR RECORDER'S USE

J. Robert Philpot

## Grant Deed

THIS FORM FURNISHED BY TITLE INSURANCE AND TRUST COMPANY

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

    I, THELMA B. BABINO, a widow,

hereby GRANT(S) to

    KING L. H. NARCISSE, a single man

the following described real property in the     City of Sacramento
County of   Sacramento       , State of California:

    Lots 23 and 24 in Block 31 as shown on the official
"Amended Plat of West Del Paso Heights", recorded in
the office of the County Recorder of Sacramento
County December 5, 1911, in Book 12 of Maps, Map
No. 58.

SACRAMENTO COUNTY DOCUMENTARY TAX = 01.10

Dated   September 4, 1970

Thelma B. Babino

STATE OF CALIFORNIA
COUNTY OF   Sacramento
On   September 10, 1970   before me, the under-
signed, a Notary Public in and for said State, personally appeared
    Thelma B. Babino

known to me
to be the person  whose name  is   subscribed to the within
instrument and acknowledged that   she   executed the same.
WITNESS my hand and official seal.

Signature   J. Robert Philpot

J. ROBERT PHILPOT
Name (Typed or Printed)

J. ROBERT PHILPOT
NOTARY PUBLIC - CALIFORNIA
Principal Office in SACRAMENTO County
My Commission Expires April 23, 1974

Title Order No.      Escrow or Loan No.

MAIL TAX STATEMENTS AS DIRECTED ABOVE

Case 2.08-cv-02201-JF Document 2-2 Filed 05/24/2007 Page 8 of 47

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL TO

Name: CORPORATION OF THE PRESIDENT OF THE MT. ZION SPIRITUAL TEMPLE
Address: c/o Valva Realty Co.
City & State: 678 14th St.
Oakland, California

Title Order No. _____ Escrow No. 843915-KT

R-185699

SEP 25 1978
OFFICIAL RECORDS OF
ALAMEDA COUNTY, CALIFORNIA
RENE C. DAVIDSON
COUNTY RECORDER

TAX PAID

SPACE ABOVE THIS LINE FOR RECORDER'S USE

Documentary transfer tax $ ___ 27.50
☒ Computed on full value of property conveyed, or
☐ Computed on full value less liens and encumbrances
remaining thereon at time of sale.

Signature of Declarant or Agent Determining tax — firm name

CITY OF OAKLAND

MAIL TAX STATEMENTS TO

Name: Same As Above

APN 7-553-7 & 8

843915(1)

## Individual Grant Deed
WESTERN TITLE FORM NO. 104

FOR VALUE RECEIVED, RAY W. FRASER and CECILE A. FRASER, his wife

GRANT to CORPORATION OF THE PRESIDENT OF THE MT. ZION SPIRITUAL TEMPLE,
a corporation,

all that real property situate in the     City of Oakland

County of    Alameda                                    , State of California, described as follows:

Portion of Lots 21 and 22, in Block 727B, as said lots and block are
shown on the "Map of Tract No. 382 of Whitcher's Official Map, Oakland,
August 1873", filed August 18, 1873, in Book 6 of Maps, at page 4,
in the office of the County Recorder of Alameda County, described
as follows:
Beginning at the intersection of the Western line of Peralta Street with
the Northern line of 14th Street, as said streets are shown on said
map; and running thence along said line of Peralta Street Northerly
53 feet; thence at right angles Westerly 50 feet; thence at right angles
Southerly 53 feet to said line of 14th Street; and thence along the
last named line Easterly 50 feet to the point of beginning.

SEE EXHIBIT "A" ATTACHED HERETO AND
MADE A PART HEREOF FOR THE DESCRIPTION

Dated     August   11,   19 78

_Ray W. Fraser_
RAY W. FRASER

_Cecile A. Fraser_
CECILE A. FRASER

City of Oakland Tax $ 188.00

STATE OF CALIFORNIA
County of     Alameda     } ss.
On August 11, 19 78 before me, the undersigned,
a Notary Public, in and for said State, personally appeared
RAY W. FRASER and CECILE FRASER,
known to me to be the person S whose name S     are
subscribed to the within instrument, and acknowledged to me that
they executed the same.

_Harold A. Schneider_
Notary Public
Harold A. Schneider

FOR NOTARY SEAL OR STAMP

OFFICIAL SEAL
HAROLD A. SCHNEIDER
NOTARY PUBLIC - CALIFORNIA
COUNTY OF ALAMEDA

EXHIBIT

MAIL TAX STATEMENTS AS DIRECTED ABOVE

RE:5.__.4 IM:241

843915-1    78-185679

Those parcels of land in the City of Oakland, County of Alameda,
State of California, described as follows:

PARCEL 1:

Portion of Lots 21 and 22, Block 727B, Map of Tract No. 382 of
Whitcher's Official Map, filed August 18, 1873, Map Book 6,
page 4, Alameda County Records, described as follows:

Beginning at the intersection of the Western line of Peralta
Street with the Northern line of 14th Street, as said streets
are shown on said map; thence along said line of Peralta Street
Northerly 53 feet; thence at right angles Westerly 50 feet; thence
at right angles Southerly 53 feet to said line of 14th Street;
and thence along the last named line Easterly 50 feet to the point
of beginning.

PARCEL 2:

The western 50 feet of the Eastern 100 feet of Lots 19, 20, 21,
and 22, Block 727-B, Map of Tract No. 382 of Whitchers Official
Map, filed August 18, 1873, Map Book 6, page 4, Alameda County
Records, described as follows:

Beginning at a point on the northern line of 14th Street, distant
thereon westerly 50 feet from the western line of Peralta Street,
as said streets are shown on said map; thence along said line of
14th Street westerly 50 feet; thence at right angles northerly
105.62 feet to the northern line of said Lot 19; thence at right
angles easterly along the last named line 50 feet; and thence at
right angles southerly 105.62 feet to the point of beginning.

(Continued)

CREDITOR'S CLAIM

ATTORNEY OR CREDITOR WITHOUT ATTORNEY *(Name and Address):*

**ANN GRANT WILLIAMS**
**IN PRO PER**
**744 CALMAR AVENUE**
**OAKLAND, CA 94610**

TELEPHONE NO.:

FOR COURT USE ONLY

ATTORNEY FOR *(Name):*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **ALAMEDA**

STREET ADDRESS: **1225 FALLON STREET**
MAILING ADDRESS:
CITY AND ZIP CODE: **OAKLAND, CA 94612**
BRANCH NAME: **ALAMEDA SUPERIOR COURT**

ESTATE OF *(NAME):*

**LOUIS H. NARCISSE**                              DECEDENT

CREDITOR'S CLAIM
(for estate administration proceedings filed after June 30, 1988)

CASE NUMBER:

**235161-6**

> You must file this claim with the court clerk at the court address above before the LATER of (a) four months after the date letters (authority to act for the estate) were first issued to the personal representative, or (b) thirty days after the date Notice of Administration was given to the creditor, if notice was given as provided in Probate Code section 9051. Mail or deliver a copy of this claim to the personal representative. A proof of service is on the reverse.

1. Total amount of the claim: $ **150,000.00**
2. Claimant *(name):* **ANN GRANT WILLIAMS**
   a. [ XX ] an individual.
   b. [ ] an individual or entity doing business under the fictitious name of *(specify):*
   c. [ ] a partnership. The person signing has authority to sign on behalf of the partnership.
   d. [ ] a corporation. The person signing has authority to sign on behalf of the corporation.
   e. [ ] other *(specify):*
3. Address of claimant *(specify):* **744 CALMAR AVENUE, OAKLAND, CA 94610**

4. Claimant is [ XX ] the creditor [ ] a person acting on behalf of creditor *(state reason):*

5. [ ] Claimant is [ ] the personal representative [ ] the attorney for the personal representative.
   (Claims against the estate by the personal representative and the attorney for the personal representative must be filed within the claim period allowed in Probate Code section 9100. See the notice box above.)
6. I am authorized to make this claim which is just and due or may become due. All payments on or offsets to the claim have been credited. Facts supporting the claim are [ XX ] on reverse [ ] attached.

I declare under penalty of perjury under the laws of the State of California that this creditor's claim is true and correct.

Date: **JULY 24, 1989**

**ANN GRANT WILLIAMS**
(TYPE OR PRINT NAME AND TITLE)

*[signature]*
(SIGNATURE OF CLAIMANT)

INSTRUCTIONS TO CLAIMANT

A. On the reverse, itemize the claim and show the date the service was rendered or the debt incurred. Describe the item or service in detail, and indicate the amount claimed for each item. Do not include debts incurred after the date of death, except funeral claims.
B. If the claim is not due or contingent, or the amount is not yet ascertainable, state the facts supporting the claim.
C. If the claim is secured by a note or other written instrument, the original or a copy must be attached (state why original is unavailable). If secured by mortgage, deed of trust, or other lien on property that is of record, it is sufficient to describe the security and refer to the date or volume and page, and county where recorded. (See Probate Code section 9152.)
D. Mail or take this original claim to the court clerk's office for filing. If mailed, use certified mail, with return receipt requested.
E. Mail or deliver a copy to the personal representative. Complete the Proof of Mailing or Personal Delivery on the reverse.
F. The personal representative will notify you when your claim is allowed or rejected.

(Continued on reverse)

*Exhibit D*

* See instructions before completing. Use Creditor's Claim form No. DE-170 for estates filed before July 1, 1988.

| ESTATE OF (NAME): | CASE NUMBER |
|---|---|
| LOUIS H. NARCISSE, DECEDENT | 235161-6 |

## FACTS SUPPORTING THE CREDITOR'S CLAIM

☐ See attachment (if space is insufficient)

| Date of Item | Item and Supporting Facts | Amount Claimed |
|---|---|---|
| UNKNOWN | DECEDENT PROMISED TO TRANSFER HIS INTERESTS IN PROPERTY LOCATED AT 744 CALMAR AVENUE, OAKLAND, CA 94610, TO ME DURING HIS LIFETIME. | $150,000.00 |
| | TOTAL | $ 150,000.00 |

## PROOF OF ☐ MAILING ☐ PERSONAL DELIVERY TO PERSONAL REPRESENTATIVE
*(Be sure to mail or take the original to the court clerk's office for filing)*

1. I am the creditor or a person acting on behalf of the creditor. At the time of mailing or delivery I was at least 18 years of age.

2. My residence or business address is (specify):

3. I mailed or delivered a copy of this Creditor's Claim to the personal representative as follows (check either a or b below):
   a. ☐ First-class mail. I deposited a copy of the claim with the United States Postal Service, in a sealed envelope with postage fully prepaid. I used first-class mail. I am a resident of or employed in the county where the mailing occurred. The envelope was addressed and mailed as follows:
      (1) Name of personal representative served:
      (2) Address on envelope:

      (3) Date of mailing:
      (4) Place of mailing (city and state):
   b. ☐ Personal delivery. I personally delivered a copy of the claim to the personal representative as follows:
      (1) Name of personal representative served:
      (2) Address where delivered:
      (3) Date delivered:
      (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____    ▶    _____
(TYPE OR PRINT NAME OF CLAIMANT)          (SIGNATURE OF CLAIMANT)

CREDITOR'S CLAIM
(Probate)

Page two

ATTORNEY OR CREDITOR WITHOUT ATTORNEY (Name and Address):
**JOSEPH L. RUSSELL**
**ATTORNEY AT LAW**
**3101 FIRST AVENUE**
**SACRAMENTO, CA 95817**
TELEPHONE NO.: **(916)456-8032**

ATTORNEY FOR (Name): **MT. ZION SPIRITUAL TEMPLE**

FOR COURT USE ONLY

ENDORSED
**FILED**
**JUL 24 1989**
RENE C. DAVIDSON, County Clerk
By CARLOTA TAYLOR, Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: **1225 FALLON STREET**
MAILING ADDRESS: **1225 FALLON STREET**
CITY AND ZIP CODE: **OAKLAND, CA 94612**
BRANCH NAME: **ALAMEDA SUPERIOR COURT**

ESTATE OF (NAME):

**LOUIS H. NARCISSE**

DECEDENT

**CREDITOR'S CLAIM**
(for estate administration proceedings filed after June 30, 1988)

CASE NUMBER:
**235161-6**

You must file this claim with the court clerk at the court address above before the LATER of (a) four months after the date letters (authority to act for the estate) were first issued to the personal representative, or (b) thirty days after the date Notice of Administration was given to the creditor, if notice was given as provided in Probate Code section 9051. Mail or deliver a copy of this claim to the personal representative. A proof of service is on the reverse.

1. Total amount of the claim: $ **150,000.00**
2. Claimant (name): **CORPORATION OF THE PRESIDENT, MOUNT ZION SPIRITUAL TEMPLE, INC**
   a. ☐ an individual.
   b. ☐ an individual or entity doing business under the fictitious name of (specify):
   c. ☐ a partnership. The person signing has authority to sign on behalf of the partnership.
   d. ☒ a corporation. The person signing has authority to sign on behalf of the corporation.
   e. ☐ other (specify):
3. Address of claimant (specify): **744 CALMAR AVENUE, OAKLAND, CA 94610**
4. Claimant is ☒ the creditor ☐ a person acting on behalf of creditor (state reason):
5. ☐ Claimant is ☐ the personal representative ☐ the attorney for the personal representative.
   (Claims against the estate by the personal representative and the attorney for the personal representative must be filed within the claim period allowed in Probate Code section 9100. See the notice box above.)
6. I am authorized to make this claim which is just and due or may become due. All payments on or offsets to the claim have been credited. Facts supporting the claim are ☒ on reverse. ☐ attached.

I declare under penalty of perjury under the laws of the State of California that this creditor's claim is true and correct.

Date: **JULY 24, 1989**

**PRINCESS ANN GRANT-JAMES**
**CHAIR, BOARD OF DIRECTORS**
**MT. ZION SPIRITUAL TEMPLE, INC**
(TYPE OR PRINT NAME)

ORIGINAL SIGNED
(SIGNATURE OF CLAIMANT)

**INSTRUCTIONS TO CLAIMANT**
A. On the reverse, itemize the claim and show the date the service was rendered or the debt incurred. Describe the item or service in detail, and indicate the amount claimed for each item. Do not include debts incurred after the date of death, except funeral claims.
B. If the claim is not due or contingent, or the amount is not yet ascertainable, state the facts supporting the claim.
C. If the claim is secured by a note or other written instrument, the original or a copy must be attached (state why original is unavailable). If secured by mortgage, deed of trust, or other lien on property that is of record, it is sufficient to describe the security and refer to the date or volume and page, and county where recorded. (See Probate Code section 9152.)
D. Mail or take this original claim to the court clerk's office for filing. If mailed, use certified mail, with return receipt requested.
E. Mail or deliver a copy to the personal representative. Complete the Proof of Mailing or Personal Delivery on the reverse.
F. The personal representative will notify you when your claim is allowed or rejected.

(Continued on reverse)

*Exhibit C*

* See instructions before completing. Use Creditor's Claim form No. DE-170 for estates filed before July 1, 1988.
Form Approved by the
Form Approved by the

ALLOWANCE OR REJECTION OF CREDITOR'S CLAIM

Probate Code, § 9000 et seq., 9250

ESTATE OF (NAME):

**LOUIS H. NARCISSE**

CASE NUMBER: **235161-6**

## FACTS SUPPORTING THE CREDITOR'S CLAIM

☐ See attachment (if space is insufficient)

| Date of Item | Item and Supporting Facts | Amount Claimed |
|---|---|---|
| UNKNOWN | DECEDENT HELD REAL AND PERSONAL PROPERTY LOCATED AT 744 CALMAR AVENUE, OAKLAND CA IN TRUST, AND AS TRUSTEE FOR MOUNT ZION SPIRITUAL TEMPLE, INC. | IN EXCESS OF $150,000.00 |
| | | |
| | **TOTAL** | **$150,000.00** |

PROOF OF ☒ MAILING ☐ PERSONAL DELIVERY TO PERSONAL REPRESENTATIVE

(Be sure to mail or take the original to the court clerk's office for filing)

1. I am the creditor or a person acting on behalf of the creditor. At the time of mailing or delivery I was at least 18 years of age.

2. My residence or business address is (specify): 3101 FIRST AVENUE, SACRAMENTO, CA 95817

3. I mailed or delivered a copy of this Creditor's Claim to the personal representative as follows (check either a or b below):

a. ☒ First-class mail. I deposited a copy of the claim with the United States Postal Service, in a sealed envelope with postage fully prepaid. I used first-class mail. I am a resident of or employed in the county where the mailing occurred. The envelope was addressed and mailed as follows:

(1) Name of personal representative served: HUNTER & BOVARNICK - ATTN. ROBERT E. HUNTER

(2) Address on envelope: 345 GROVE STREET
SAN FRANCISCO, CA 94102-4493

(3) Date of mailing: JULY 24, 1989

(4) Place of mailing (city and state): SACRAMENTO, CA 95817

b. ☐ Personal delivery. I personally delivered a copy of the claim to the personal representative as follows:

(1) Name of personal representative served:

(2) Address where delivered:

(3) Date delivered:

(4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: JULY 24, 1989

TINA L. WRIGHT
(TYPE OR PRINT NAME OF CLAIMANT)

▶ _(signature)_
(SIGNATURE OF CLAIMANT)

DE-172 [Rev. July 1, 1988]

**CREDITOR'S CLAIM**
(Probate)

Page two

B-24.3

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

Robert E. Hunter
Hunter and Bovarnick
345 Grove St.,
San Francisco, Ca. 94102
TELEPHONE NO.: 1-415 621 8700

ATTORNEY FOR *(Name)*:

SUPERIOR COURT OF CALIFORNIA, COUNTY OF    ALAMEDA
STREET ADDRESS:
MAILING ADDRESS:  1229 Fallon Street
CITY AND ZIP CODE:  Oakland, CA 94612
BRANCH NAME:  ALAMEDA SUPERIOR COURT

ESTATE OF *(NAME)*:

Louis H. Narcisse

DECEDENT

**ALLOWANCE OR REJECTION OF CREDITOR'S CLAIM**
(for estate administration proceedings filed after June 30, 1988)

FOR COURT USE ONLY

Personal representative's ... filed:

**ENDORSED**
**F I L E D**
*(date)*              (Deputy)

No court approval required.

AUG - 8 1989

IRENE C. DAVIDSON, County Clerk
By MATTIE L. ROGERS, Deputy
*(date)*              (Deputy)

CASE NUMBER:
235161-6

NOTE: Attach a copy of the creditor's claim.

## PERSONAL REPRESENTATIVE'S ALLOWANCE OR REJECTION

1. Name of creditor *(specify)*: Mt. Zion Spiritual Temple, Inc.
2. The claim was filed on *(date)*: July 24, 1989
3. Date of first issuance of letters: March 27, 1989
4. Date of Notice of Administration: None required - cliam filed
5. Date of decedent's death:     February 3, 1989
6. Estimated value of estate:   $1,000,000.00
7. Total amount of the claim: $  150,000.00
8. ☐ Claim is allowed for: $
9. ☒ Claim is rejected for: $   150,000.00          *(The court must approve certain claims before they are paid.)*
                                                    *(A creditor has three months to act on a rejected claim. See box below.)*
10. Notice of allowance or rejection given on *(date)*:
11. ☒ The personal representative is authorized to administer the estate under the Independent Administration of Estates Act.

Date:

Lillian Roberts
Earl Babtisse

*(TYPE OR PRINT NAME)*                              *(SIGNATURE OF PERSONAL REPRESENTATIVE)*

**REJECTED CLAIMS:** From the date notice of rejection is given, the creditor must act on the rejected claim (e.g., file a lawsuit) as follows:
a. Claim due: within three months after the notice of rejection.
b. Claim not due: within three months after the claim becomes due.

## COURT'S APPROVAL OR REJECTION

12. ☐ Approved for: $

13. ☐ Rejected for: $

Date:

14. ☐ Number of pages attached:

*Exhibit E*

SIGNATURE OF ☐ JUDGE    ☐ COMMISSIONER
☐ Signature follows last attachment.

*(Proof of Service on reverse)*

Form Approved by the                                         Probate Code, § 9000 et seq., 9250

## PROOF OF ☒ MAILING ☐ PERSONAL DELIVERY TO CREDITOR

At the time of mailing or personal delivery I was at least 18 years of age and not a party to this proceeding.

1. My residence or business address is (specify): (business)

   345 Grove Street
   San Francisco, Ca. 94102

3. I mailed or personally delivered a copy of the Allowance or Rejection of Creditor's Claim as follows (complete either a or b):

   a. ☒ Mail. I am a resident of or employed in the county where the mailing occurred.
      (1) I enclosed a copy in an envelope AND
         (i) ☒ deposited the sealed envelope with the United States Postal Service with the postage fully prepaid.
         (ii) ☐ placed the envelope for collection and mailing on the date and at the place shown in items below following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.
      (2) The envelope was addressed and mailed first-class as follows:
         (i) Name of creditor served: Mt. Zion Spiritual Temple, Inc.
         (ii) Address on envelope: c/o Joseph L. Russel
                                     3101 First Ave
                                     Sacramento, CA 95817
         (iii) Date of mailing: 8/4/89
         (iv) Place of mailing (city and state): San Francisco, California

   b. ☐ Personal delivery. I personally delivered a copy to the creditor as follows:
      (1) Name of creditor served:
      (2) Address where delivered:

      (3) Date delivered:
      (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/4/89

...... Yolibeth Escobar ......                    ▶ _(signature)_
          (TYPE OR PRINT NAME OF DECLARANT)                    (SIGNATURE OF DECLARANT)

DE-174 [New July 1, 1988]        **ALLOWANCE OR REJECTION OF CREDITOR'S CLAIM**        Page two
                                              (Probate)

Attention Rosalie

Enclosed is a copy of the last
Appraisal we could find in
the Kings files at that time its
value was 11,500.00 May 14, 1980.
I'm sorry I could not locate
the original sale contract for the
coat or the ring. I have a copy
of the certificate for the ring it
was valued at        Princess Lillian
895.00 instead         452-3800
of 1,250.00

☐ UNIGARD INSURANCE COMPANY     ☐ JOHN HANCOCK INDEMNITY COMPANY
☐ UNIGARD INDEMNITY COMP

UNIGARD INSURANCE COMPANY
P.O. BOX 49004
SAN JOSE, CA 95161-9004
(408) 279-2100

APRIL 27, 1989

LOUIS NARCISSE
760 CALMAR AVENUE
OAKLAND, CA 94610

| DATE OF LOSS |
| --- |
| 2/13/89 |
| **INSURED** |
| NARCISSE |
| **CLAIM NO** |
| B034102 |
| **POLICY NO** |
| IIR126240 |

YOUR HELP IS NEEDED TO PROCESS THE ABOVE LOSS WHICH THIS OFFICE IS HANDLING. PLEASE COMPLY WITH THE ITEMS CHECKED AND RETURN IN THE ENCLOSED ENVELOPE.

☐ REPORT FORM  COMPLETE, SIGN AND RETURN.

☐ ATTACH 2 COMPETITIVE ESTIMATES COVERING THE LOSS.

☒ STATEMENT OF LOSS  COMPLETE THIS FORM, LISTING THE ITEMS DAMAGED OR STOLEN AND OTHER REQUESTED INFORMATION, INCLUDING RECEIPTS. THEFT LOSSES MUST BE REPORTED TO THE POLICE.

☐ REPORT OF INJURIES  COMPLETE, SIGN AND RETURN.

☐ AUTHORIZATION FOR MEDICAL/EMPLOYER INFORMATION  SIGN AND RETURN.

☐ MEDICAL REPORT AND AUTHORIZATION  SIGN THE TOP PORTION OF THIS FORM AND HAVE YOUR DOCTOR COMPLETE AND RETURN TO THIS OFFICE.

☐ MEDICAL BILLS/RECEIPTS  OBTAIN ITEMIZED BILLS FOR TREATMENT AND MAIL TO THIS OFFICE.

☐ WAGE REPORT AND AUTHORIZATION  SIGN AS INDICATED AND HAVE YOUR EMPLOYER COMPLETE AND RETURN TO THIS OFFICE.

☐ PROOF OF LOSS  SIGN WHERE INDICATED AND RETURN.

☐ RELEASE  COMPLETE ENTIRE LOWER PORTION OF FORM, SIGN AND RETURN.

☐ DRAFT ATTACHED.

PLEASE RETURN THE COPY OF THIS LETTER WITH ENCLOSURES AND KEEP THE ORIGINAL FOR YOUR REFERENCE.

IF YOU HAVE ANY QUESTIONS, PLEASE CALL ME.

ROSALIE MIRANDA/KG
SENIOR CLAIMS REPRESENTATIVE

*Thank You*

I-9030 REV 6-86 (USE F2-ENVELOPE)

## STATEMENT OF LOSS

SECURITY INSURANCE COMPANY
INSURANCE COMPANY
INDEMNITY COMPANY

☐ JOHN HANCOCK PROPERTY AND CASUALTY CO.
☐ JOHN HANCOCK INDEMNITY COMPANY
☐

Attach sales slips, receipts or invoices to support cost. Give date and place of purchase. For gifts, give name and address of donor.
Items and marks of identification, if any. DO NOT COMPLETE SHADED AREAS.

| 3 DESCRIPTION OF ARTICLES Make, Model, Size, Serial Number | 4 From Whom Purchased or Received Name and Address | 5 Date Purchased or Received | 6 Original Cost | 7 Replacement or Repair Cost | 8 Minimum Replacement Cost Source | 9 Amount | 10 Dep. % |
|---|---|---|---|---|---|---|---|
| White Ermine Mink Coat | | | 10,000 $14,500.00 | | | | |
| Bel Shoe Shape diamond ring | | | 895.00 $1,355.00 | | | | |
| mn's Diamond ring | | | | | | | |
| | | | | | | | |

FOR COMPANY US

*Enter allowed replacement cost

Totals

CLAIM FILE

## PROPERTIES NOT CONFIRMED FOR SALE

### 628 South Avenue – APN 250-0150-008-0000

Appraised Value          $75,000

### Lot on South Avenue – APN 251-0150-007-000

Appraised Value          $28,000

### 650 South Avenue – APN 250-0150-009-0000

Appraised Value          $13,000

### 700 South Avenue – APN 250-150-10

Appraised Value          $22,000

### 655 Hayes Street – APN 250-0150-038-0000

Appraised Value          $44,000

### 3734 Rio Linda Boulevard – APN 251-0093-022-0000

Appraised Value          $10,000

### 3736 Rio Linda Boulevard – APN 251-093-023-0000

Appraised Value          $60,000

*[handwritten notes: "274 Morey ltr"; "Drop $25 a note about 655 Hayes"; "646-1891"]*

Estate of Louis H. Narcisse
Sale of Property

628 South Avenue
Sacramento, CA

Legal Description:

    Real property sitated in the City of Sacramento, County of
Sacramento, State of California, described as follows:

    Lot 18, in Block 33, as shown on the "Amended Plat of West
Del Paso Heights", recorded in the office of the County
Recorder of Sacramento County on December 5, 1911, in Book
12 of Maps, Map No. 52.

    Assessor's Parcel No. 250-0150-008-0000.

Bids Received:

| BIDDER | DATE REC'D | APPRAISED VALUE | AMOUNT OF BID |
|---|---|---|---|
| Plimpton Chr. Trust | 5/4/90 | $75,000 | |

No CONF

Estate of Louis H. Narcisse
Sale of Property

Lot on South Avenue
Sacramento, CA

Legal Description:

    Real property sitated in the City of Sacramento, County of
Sacramento, State of California, described as follows:

    Lot 19, as shown on the "Amended Plat of West Del Paso
Heights", recorded in the office of the Recorder of
Sacramento County on December 5, 1911, in Book 12 of Maps,
Map No. 52

    Assessor's Parcel No. 251-0150-007-000.

Bids Received:

| BIDDER | DATE REC'D | APPRAISED VALUE | AMOUNT OF BID |
|--------|------------|-----------------|---------------|
| Bruce Hotchkiss | 4/24/90 | $28,000 | $20,000 |
| Plimpton Chr. Trust | 5/4/90 | $28,000 | |

No, Conf

Estate of Louis H. Narcisse
Sale of Property

3736 Rio Linda Boulevard
Sacramento, CA

Legal Description:

Real property sitated in the City of Sacramento, County of
Sacramento, State of California, described as follows:

Lots 2 and 3 in Block 6 of Plat of Del Paso Heights;
according to the official plat thereof, filed in the office
of the Recorder of Sacramento County on February 7, 1911, in
Book 12 of Maps, Map No. 1.

Assessor's Parcel No. 251-0093-023-0000.

Bids Received:

| BIDDER | DATE REC'D | APPRAISED VALUE | AMOUNT OF BID | |
|--------|-----------|-----------------|---------------|---|
| Bruce Hotchkiss | 4/24/90 | $60,000 | $10,000 | No Cof. |



Property
Search

## PROPERTIES

| No. | Parcel No | Address | Owner |
|---|---|---|---|
| 1 | 226-1210-007-0000 | 3838 SAINTSBURY DR SACRAMENTO, CA 95834-1043 | MT ZION SPIRITUAL TEMPLE INC |
| 2 | 260-0100-004-0000 | 629 SOUTH AVE SACRAMENTO, CA 95838-4232 | MT ZION SPIRITUAL TEMPLE INC |
| 3 | 260-0060-007-0000 | 700 WILLIAMS AVE SACRAMENTO, CA 95838-3309 | MT ZION SPIRITUAL TEMPLE INC |
| 4 | 260-0113-012-0000 | 725 SOUTH AVE SACRAMENTO, CA 95838-4233 | MT ZION SPIRITUAL TEMPLE INC |
| 5 | 260-0114-010-0000 | 621 SOUTH AVE SACRAMENTO, CA 95838-4231 | MT ZION SPIRITUAL TEMPLE INC |
| 6 | 260-0114-022-0000 | 603 SOUTH AVE SACRAMENTO, CA 95838-4231 | MT ZION SPIRITUAL TEMPLE INC |
| 7 | 260-0114-009-0000 | 613 SOUTH AVE SACRAMENTO, CA 95838-4231 | MT ZION SPIRITUAL TEMPLE INC |
| 8 | 260-0110-010-0000 | 625 SOUTH AVE SACRAMENTO, CA 95838-4231 | MT ZION SPIRITUAL TEMPLE INC |
| 9 | 260-0114-021-0000 | 606 SOUTH AVE SACRAMENTO, CA 95838-4231 | MT ZION SPIRITUAL TEMPLE INC |
| 10 | 260-0230-038-0000 | 751 CARROLL AVE SACRAMENTO, CA 95838-4244 | MT ZION SPIRITUAL TEMPLE INC |
| 11 | 260-0234-005-0000 | 632 KESNER AVE SACRAMENTO, CA 95838-4223 | MT ZION SPIRITUAL TEMPLE INC |
| 12 | 260-0180-028-0000 | 891 HAYES AVE SACRAMENTO, CA 95838-4214 | MT ZION SPIRITUAL TEMPLE INC |
| 13 | 260-0150-019-0000 | 706 SOUTH AVE SACRAMENTO, CA 95838-4234 | MT ZION SPIRITUAL TEMPLE INC |
| 14 | 260-0111-006-0000 | 829 MOREY AVE SACRAMENTO, CA 95838-3354 | MT ZION SPIRITUAL TEMPLE INC |
| 15 | 260-0114-012-0000 | SOUTH AVE SACRAMENTO, CA 95838 | MT ZION SPIRITUAL TEMPLE INC |
| 16 | 260-0114-013-0000 | SOUTH AVE SACRAMENTO, CA 95838 | MT ZION SPIRITUAL TEMPLE INC |
| 17 | 260-0100-002-0000 | 690 SOUTH AVE SACRAMENTO, CA 95838-4232 | MT ZION SPIRITUAL TEMPLE INC |
| 18 | 260-0100-007-0000 | SOUTH AVE SACRAMENTO, CA 95838 | MT ZION SPIRITUAL TEMPLE INC |
| 19 | 260-0180-038-0000 | 867 HAYES AVE SACRAMENTO, CA 95838-4214 | MT ZION SPIRITUAL TEMPLE INC |
| 20 | 260-0114-019-0000 | 629 SOUTH AVE SACRAMENTO, CA 95838-4231 | MT ZION SPIRITUAL TEMPLE INC |
| 21 | 260-0114-017-0000 | 633 SOUTH AVE SACRAMENTO, CA 95838-4231 | MT ZION SPIRITUAL TEMPLE INC |
| 22 | 260-0180-032-0000 | 865 HAYES AVE SACRAMENTO, CA 95838-4214 | MT ZION SPIRITUAL TEMPLE INC |
| 23 | 237-0083-038-0000 | 3734 RIO LINDA BLVD SACRAMENTO, CA 95838-3437 | MT ZION SPIRITUAL TEMPLE INC |

3

## Estate of Louis H. Narcisse
### 760 Calmar Avenue
### Oakland, CA 94612

### Real Property Log

| Property Address | County | State | *Manner of Title Held |
|---|---|---|---|
| ???? Balfour Street<br>Oakland, CA<br>(vacant lot) | Alameda<br>Need # | CA | NEED DEED |
| 760 Calmar Avenue<br>Oakland, CA 94607<br>(Palace - Rev. Reed) | Alameda<br>Need # | CA | Louis H. Narcisse, a<br>single man<br>*Corp Quitclaim-6/5/84 |
| 1504 Union Street<br>Oakland, CA<br>(Home - Princess Lillian) | Alameda<br>Need # | CA | NEED DEED |
| 751 Carroll Street<br>Sacramento, CA<br>(vacant lot) | Sacramento<br>250-023-038-0000 | CA | King Louis H. Narcisse<br>a single man<br>*Grant Deed 11/28/66 |
| 655 Hayes Street<br>Sacramento, CA<br>(vacant lot-Mortgage) | Sacramento<br>need #<br>250-0150-038 | CA | NEED DEED |
| 661 Hayes Street<br>Sacramento, CA<br>(vacant lot) | Sacramento<br>250-0150-037-0000 | CA | NEED DEED |
| 667 Hayes Street<br>Sacramento, CA<br>(vacant lot) | Sacramento<br>250-0150-035-0000 | CA | NEED DEED |
| 681 Hayes Street<br>Sacramento, CA<br>(vacant lot) | Sacramento<br>250-0150-009-0000 | CA | NEED DEED |
| 632 Kesner Avenue<br>Sacramento, CA<br>(vacant lot) | Sacramento<br>250-0114-014-0000 | CA | King Louis H. Narcisse<br>an unmarried man<br>*Indv. Grant Deed 11/6/7 |
| 274 Morey Avenue<br>Sacramento, CA<br>(vacant lot) | Sacramento<br>250-0342-010-0000 | CA | NEED DEED |
| 628 Morey Avenue<br>Sacramento, CA<br>(vacant lot) | Sacramento<br>250-0111-08-0000 | CA | Holiday Homes, Inc.<br>a corporation<br>*Grant Deed 6/11/65 |

1

**Estate of Louis H. Narcisse**
760 Calmar Avenue
Oakland, CA 94612

Real Property Log (cont'd)

| | | |
|---|---|---|
| 3732 Rio Linda Blvd.<br>Sacramento, CA | Sacramento    CA | Louis H. Narcisse<br>a single man<br>*Grant Deed 4/11/67 |
| 3734 Rio Linda Blvd.<br>Sacramento, CA<br>(Dining Room) | Sacramento    CA<br>251-0093-022-0000 | **NEED DEED** |
| 3737 Rio Linda Blvd.<br>Sacramento, CA | Sacramento    CA | King L.H. Narcisse<br>a single man<br>*Grant Deed 10/5/67 |
| 3736 Rio Linda Blvd.<br>Sacramento, CA<br>(Church) | Sacramento    CA<br>251-0093-023-0000 | King Louis H. Narcisse<br>a single man<br>*Indv. Grant Deed 6/8/67 |
| 601 South Avenue<br>Sacramento, CA<br>(vacant lot) | Sacramento    CA<br>250-0114-023-0000 | **NEED DEED** |
| 605 South Avenue<br>Sacramento, CA<br>(vacant lot) | Sacramento    CA<br>250-0114-022-0000 | Louis H. Narcisse<br>a single man<br>*Grant Deed 12/8/67 |
| 613 South Avenue<br>Sacramento, CA<br>(vacant lot) | Sacramento    CA<br>250-0114-020-0000 | **NEED DEED** |
| 625 South Avenue<br>Sacramento, CA<br>(vacant lot) | Sacramento    CA<br>250-0114-019-0000 | Louise H. Narcisse<br>a single man<br>*Grant Deed 4/5/66 |
| 627 South Avenue<br>Sacramento, CA<br>(vacant lot) | Sacramento    CA<br>250-0114-018-0000 | **NEED DEED** |
| 628 South Avenue<br>Sacramento, CA<br>(Palace/House) | Sacramento    CA<br>250-0150-008-0000 | **NEED DEED** |
| 629 South Avenue<br>Sacramento, CA<br>(vacant lot) | Sacramento    CA<br>250-0114-016-0000 | **NEED DEED** |
| 633 South Avenue<br>Sacramento, CA<br>(vacant lot) | Sacramento    CA<br>250-0114-017-0000 | **NEED DEED** |

2

## Estate of Louis H. Narcisse
### 760 Calmar Avenue
### Oakland, CA 94612

### Real Property Log (cont'd)

| | | | |
|---|---|---|---|
| 650 South Avenue<br>Sacramento, CA<br>(vacant lot) | Sacramento    CA<br>250-0150-009-0000 | | **NEED DEED** |
| 700 South Avenue<br>Sacramento, CA<br>(vacant lot) | Sacramento    CA<br>250-0150-010-0000 | | **Louis H. Narcisse**<br>a singel man<br>*Grant Deed 7/1/66 |
| 725 South Avenue<br>Sacramento, CA<br>(vacant lot) | Sacramento    CA<br>250-0113-018-0000 | | **King Louis H. Narcisse**<br>a single man<br>*Grant Deed 10/28/66 |
| ??? South Avenue<br>Sacramento, CA<br>(vacant lot) | Sacramento    CA<br>250-0150-007-0000<br>Rec# 750116-235 | | King Louis H. Narcisse,<br>a single man<br>*Indv Grant Deed 1/16/80 |
| ??? South Avenue<br>Sacramento, CA<br>(vacant lot) | Sacramento    CA<br>250-0114-014-0000 | | **NEED DEED** |
| ??? South Avenue<br>Sacramento, CA<br>(vacant lot) | Sacramento    CA<br>250-0114-013-0000 | | **NEED DEED** |
| Address Unknown<br>Sacramento, CA<br>(vacant lot) | Sacramento    CA<br>Rec# 660812-109<br>Doc# 64549 | | Louis H. Narcisse, an<br>unmarried man<br>*Grant Deed-8/12/80 |
| Address Unknown<br>Sacramento, CA | Sacramento    CA<br>Rec# 820318-0427<br>Doc# 39231 | | King Louis H. Narcisse,<br>a single man<br>*Grant Deed-3/18/82 |
| 2254 Chicago Blvd.<br>Detroit, MI<br>(home-foreclosure?) | Wayne | MI | **NEED DEED** |
| 2295 Chicago Blvd.<br>Detroit, MI<br>(home-sold?) | Wayne | MI | **NEED DEED** |
| 2705 Joy Road<br>Detroit, MI<br>(Church) | Wayne | MI | **NEED DEED** |
| 1791 Wellesley Drive<br>Detroit, MI<br>(Palace/House) | Wayne | MI | **NEED DEED** |
| Address Unknown<br>Arizona | Maricopa | AZ | **CALL RECORDER** |

Address Unknown　　　　　??　　　　　LA　　　　　**CALL RECORDER**

RECORDING REQUESTED BY

Placer Title Company

Escrow Number: 803-5937

**AND WHEN RECORDED MAIL TO**

JOHN EARLE STRONG
3020 EL CERRITO PLAZA, #536
EL CERRITO, CA 94530

2002551537 11/25/2002 08:30 AM
OFFICIAL RECORDS OF          RECORDING FEE: 20.00
ALAMEDA COUNTY               COUNTY TAX:    107.80
PATRICK O'CONNELL            CITY TAX:     1470.00
                                                  2  PGS

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## GRANT DEED

The undersigned grantor(s) declare(s):
Documentary transfer tax is $107.80  City Transfer Tax: $1,470.00
(X)  computed on full value of property conveyed, or
()  computed on full value less value of liens and encumbrances remaining at time of sale.

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, **CORPORATION OF THE PRESIDENT OF THE MT. ZION SPIRITUAL TEMPLE, A CORPORATION**

Hereby GRANT(S) to JOHN EARLE STRONG , A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY

THE LAND DESCRIBED HEREIN IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF ALAMEDA, CITY OF OAKLAND, AND IS DESCRIBED AS FOLLOWS:

PARCEL ONE:

THE WESTERN 50 FEET OF THE EASTERN 100 FEET OF LOTS 19, 20, 21 AND 22, BLOCK 727-B, MAP OF TRACT NO. 382 OF WHITCHERS OFFICIAL MAP, FILED AUGUST 18, 1873, MAP BOOK 6, PAGE 4 ALAMEDA COUNTY RECORDS, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE NORTHERN LINE OF 14TH STREET, DISTANT THEREON WESTERLY 50 FEET FROM THE WESTERN LINE OF PERALTA STREET, AS SAID STREETS ARE SHOWN ON SAID MAP; THENCE ALONG SAID LINE OF 14TH STREET WESTERLY 50 FEET; THENCE AT RIGHT ANGLES NORTHERLY 105.62 FEET TO THE NORTHERN LINE OF SAID LOT 19; THENCE AT RIGHT ANGLES EASTERLY ALONG THE LAST NAMED LINE 50 FEET; AND THENCE AT RIGHT ANGLES SOUTHERLY 105.62 FEET TO THE POINT OF BEGINNING.

PARCEL TWO:

LOT 25, BLOCK 727-B, MAP OF THE RE-DIVISION OF PORTIONS OF BLOCKS 726-B, 727-A, 727-B, FILED MAY 2, 1887, MAP BOOK 4, PAGE 33, ALAMEDA COUNTY RECORDS, DESCRIBED AS FOLLOWS:

COMMENCING AT A POINT ON THE WESTERN LINE OF PERALTA STREET, DISTANT THEREON 80 FEET, 7-1/2 INCHES SOUTHERLY FROM THE POINT OF INTERESECTION THEREOF WITH THE SOUTHERN LINE OF 15TH STREET; THENCE SOUTHERLY ALONG SAID LINE FO PERALTA STREET 25 FEET; THENCE AT RIGHT ANGLES WESTERLY 110 FEET; THENC AT RIGHT ANGLES NORTHERLY 25 FEET; AND THENCE AT RIGHT ANGLES EASTERLY 110 FEET TO THE POINT OF COMMENCEMENT.

APN: 007-0553-004  AND  007-0553-008

MAIL TAX STATEMENTS TO PARTY SHOWN ON FOLLOWING LINE: IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE

SAME AS ABOVE

| Name | Street Address | City & State |
|------|---------------|--------------|

PARCEL TWO:

LOT 25, BLOCK 727-B, MAP OF THE RE-DIVISION OF PORTIONS OF BLOCKS 726-B, 727-A, 727-B, FILED MAY 2, 1887, MAP BOOK 4, PAGE 33, ALAMEDA COUNTY RECORDS, DESCRIBED AS FOLLOWS:

COMMENCING AT A POINT ON THE WESTERN LINE OF PERALTA STREET, DISTANT THEREON 80 FEET, 7-1/2 INCHES SOUTHERLY FROM THE POINT OF INTERSECTION THEREOF WITH THE SOUTHERN LINE OF 15TH STREET; THENCE SOUTHERLY ALONG SAID LINE FO PERALTA STREET 25 FEET; THENCE AT RIGHT ANGLES WESTERLY 110 FEET; THENC AT RIGHT ANGLES NORTHERLY 25 FEET; AND THENCE AT RIGHT ANGLES EASTERLY 110 FEET TO THE POINT OF COMMENCEMENT.

A.P.N. 007-0553-004

_Mattana Yongrayoen_
MATTANA YONGRAYOON

Dated: November 18, 2002

STATE OF CALIFORNIA          )
COUNTY OF _Alameda_          )

On _11-22-02_ before me, _Maureen McCarthy_ _____ Notary Public in and for said County and State, personally appeared _MATTANA YONGRAYOON_

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

_signature_

Notary Public in and for said County and State

[Space above for official notarial area.]

MAIL TAX STATEMENTS TO PARTY SHOWN ON FOLLOWING LINE; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE

SAME AS ABOVE

| NAME | STREET ADDRESS | CITY, STATE AND ZIP |
|------|----------------|---------------------|

RECORDING REQUESTED BY:

AND WHEN RECORDED MAIL TO:
Mt. Zion Spiritual Temple, Inc.,
Sole Board Corporation Kingdom Headquarters, Inc.
1430 Franklin Street, Suite 204
Oakland, CA 94612



2005362102    08/23/2005 04:29 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
PATRICK O'CONNELL
RECORDING FEE:        13.00

3  PGS

_SPACE ABOVE THIS LINE IS FOR RECORDER'S USE_

A.P.N.: 7-553-7&8        Order No.: n/a        Escrow No.: n/a

## CORPORATION QUITCLAIM DEED

DOCUMENTARY TRANSFER TAX $ 0
___Computed on the consideration or value of property conveyed, OR        Signature of Declarant or Agent determining tax - Firm Name
___Computed on the consideration or value less liens or encumbrances remaining at time of sale.

PURSUANT TO REVENUE AND TAXATION CODE 11925(d)
PROPORTIONAL OWNERSHIP INTEREST REMAIN THE SAME.
Cal. Corporation Code §§ 10002, 10007, 10008-Corporation Sole

FOR A VALUABLE CONSIDERATION, (receipt of which is hereby acknowledged,

**Mt. Zion Spiritual Temple, Inc., Sole Corporation Board Inc.        Royal Congress of Title Holding & Trust Company,**

a corporation organized under the laws of the State of California do(es) hereby REMISE, RELEASE AND FOREVER QUITCLAIM to

**Mt. Zion Spiritual Temple, Inc., Sole Board Corporation Kingdom Headquarters, Inc.**

the real property in the City of Oakland, County of Alameda, State of California, described as:

SEE DESCRIPTION ATTACHED        Mt. Zion Spiritual Temple, Inc. Sole Board Corporation Kingdom Headquarters, Inc.
Dr. Eddie C. Welbon II, Successor/President        Rayford T. Bullock, Secretary

Dated: 8/22/05

STATE OF CALIFORNIA
COUNTY OF Alameda }SS
                   Jason Willie Mitchell
On 8/22/05 before me, _____, personally appeared Dr. Eddie
C. Welbon II, Rayford T. Bullock, personally known to me (or
proved to me on the basis of satisfactory evidence) to be the
person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies),
and that by his/her/their signature(s) on the instrument the
person(s) or the entity upon behalf of which the person(s)
acted, executed the instrument.

His Royal Highness His Grace King Dr. Eddie C. Welbon II,
Successor
President

Rayford T. Bullock, Secretary to Mt. Zion Spiritual Temple, Inc., Sole
Corporation Board of Royal Congress of Title Holding & Trust
Company, etc.
Secretary

WITNESS my hand and official seal.

Signature _____

8/22/05

JASON WILLIE MITCHELL
Commission # 1514091
Notary Public - California
Alameda County
My Comm. Expires Jul 18, 2008

9/18/2005

Mail Tax Statements to Mt. Zion Spiritual Temple, Inc., Sole Bd. Corp. Kingdom. Hdqtrs. 1430 Franklin St., #204, Oakland, CA 94812

Those parcels of land in the City of Oakland, County of Alameda, State of California, described as follows:

PARCEL 1:

Portion of Lots 21 and 22, Block 727B, Map of Tract No. 382 of Whitcher's Official Map, filed August 18, 1873, Map Book 6, Page 4, Alameda County Records, described as follows:

Beginning at the intersection of the Western line of Peralta Street with the Northern line of 14th Street, as said streets are shown on said map; thence along said line of Peralta Street Northerly 53 feet; thence at right angles Westerly 50 feet; thence at right angles Southerly 53 feet to said line of 14th Street; and thence along the last named line Easterly 50 feet to the point of beginning.

PARCEL 2

The Westerly 50 feet of Eastern 100 feet of Lots 19, 20, 21 and 22, Block 727B, Map of Tract No. 382 of Whitcher's Official Map, filed August 18, 1873, Map Book 6, Page 4, Alameda County Records, described as follows:

Beginning at the intersection of the northern line of 14th Street, distant thereon westerly 50 from the western line of Peralta Street, as said streets are shown on said map; thence along the line of 14th Street westerly 50 feet; thence at right angles northerly 105.62 feet to the Northern line of said Lot 19; thence at right angles along said line easterly along the last name line of 50 feet; thence at right angles easterly along the last line 50 feet; and thence at right angles southerly 105.62 feet to the point of beginning.

(Continued)

-2-

## PARCEL 3:

Lots 25, Block 727B, Map of the Re-division of portions of Blocks 726-B, 727-A, 727-B, filed May 2, 1887, Map Book 6, Page 4, page 33, Alameda County Records, described as follows:

Commencing at a point of the western line of Peralta Street, distant thereon 80 feet, as 7-1/2 inches, southerly form the point of intersection thereof with the southern line of 15 Street, thence southerly along the line of Peralta Street 25 feet; thence at right angles Westerly 110 feet; thence at right angles northerly 25 feet; and thence at right angles easterly 110 feet to the point of commencement.

RECORDING REQUESTED BY:



2005362102        08/23/2005 04:29 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
PATRICK O'CONNELL
RECORDING FEE:        13.00

AND WHEN RECORDED MAIL TO:
Mt. Zion Spiritual Temple, Inc.,
Sole Board Corporation Kingdom Headquarters, Inc.
1430 Franklin Street, Suite 204
Oakland, CA 94612

3    PGS

SPACE ABOVE THIS LINE IS FOR RECORDERS USE

A.P.N.: 7-553-786          Order No.: n/a          Escrow No.: n/a

# CORPORATION QUITCLAIM DEED

DOCUMENTARY TRANSFER TAX $ 0

___Computed on the consideration or value of property conveyed; OR

___Computed on the consideration or value less liens or encumbrances remaining at time of sale.

Signature of Declarant or Agent determining tax - Firm Name

PURSUANT TO REVENUE AND TAXATION CODE 11925(d)
PROPORTIONAL OWNERSHIP INTEREST REMAIN THE SAME.
Cal. Corporation Code, §§ 10002, 10007, 10008-Corporation Sole

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Mt. Zion Spiritual Temple, Inc., Sole Corporation Board     Royal Congress of Title Holding & Trust Company, Inc.

a corporation organized under the laws of the State of California do(es) hereby REMISE, RELEASE AND FOREVER QUITCLAIM to

Mt. Zion Spiritual Temple, Inc., Sole Board Corporation Kingdom Headquarters, Inc,

the real property in the City of Oakland, County of Alameda, State of California, described as:

SEE DESCRIPTION ATTACHED     Mt. Zion Spiritual Temple, Inc. Sole Board Corporation Kingdom Headquarters, Inc.
Dr. Eddie C. Welbon II, Successor/President     Rayford T. Bullock, Secretary

Dated: 8/22/05

STATE OF CALIFORNIA
COUNTY OF Alameda }SS
Jason William tchell
On 8/22/05 before me,_____ personally appeared Dr. Eddie
C. Welbon II, Rayford T. Bullock, personally known to me (or
proved to me on the basis of satisfactory evidence) to be the
person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies),
and that by his/her/their signature(s) on the instrument the
person(s) or the entity upon behalf of which the person(s)
acted, executed the instrument.

His Royal Highness" His Grace King Branddie C. Welbon II,
Successor
President

Rayford T. Bullock, Secretary to Mt. Zion Spiritual Temple, Inc., Sole
Corporation Board of Royal Congress of Title Holding & Trust
Company, Inc.
Secretary

WITNESS my hand and official seal.

Signature _____



JASON WILLIS MITCHELL
Commission # 1514091
Notary Public - California
Alameda County

9/18/2005

5/23/05

Mail Tax Statements to Mt. Zion Spiritual Temple, Inc. Sole Bd. Corp. Kingdom. Hdqtrs. 1430 Franklin St., #204, Oakland, CA 94612

Those parcels of land in the City of Oakland, County of Alameda, State of California, described as follows:

PARCEL 1:

Portion of Lots 21 and 22, Block 727B, Map of Tract No. 382 of Whitcher's Official Map, filed August 18, 1873, Map Book 6, Page 4, Alameda County Records, described as follows:

Beginning at the intersection of the Western line of Peralta Street with the Northern line of 14th Street, as said streets are shown on said map; thence along said line of Peralta Street Northerly 53 feet; thence at right angles Westerly 50 feet; thence at right angles Southerly 53 feet to said line of 14th Street; and thence along the last named line Easterly 50 feet to the point of beginning.

PARCEL 2

The Westerly 50 feet of Eastern 100 feet of Lots 19, 20, 21 and 22, Block 727B, Map of Tract No. 382 of Whitcher's Official Map, filed August 18, 1873, Map Book 6, Page 4, Alameda County Records, described as follows:

Beginning at the intersection of the northern line of 14th Street, distant thereon westerly 50 from the western line of Peralta Street, as said streets are shown on said map; thence along the line of 14th Street westerly 50 feet; thence at right angles northerly 105.62 feet to the Northern line of said Lot 19; thence at right angles along said line easterly along the last name line of 50 feet; thence at right angles easterly along the last line 50 feet; and thence at right angles southerly 105.62 feet to the point of beginning.

(Continued)

RECORDING REQUESTED BY:

AND WHEN RECORDED MAIL TO:
Mt. Zion Spiritual Temple, Inc. Sole Corporation Board
Royal Congress of Title Holding & Trust Company, Inc.
1430 Franklin Street, Suite 402
Oakland, CA 94612


2005282154    07/07/2005 10:05 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
PATRICK O'CONNELL
RECORDING FEE:    13.00
3    PGS

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE

A.P.N.: 7-553-788          Order No.: N/A          Escrow No.: N/A

## CORPORATION QUITCLAIM DEED

DOCUMENTARY TRANSFER TAX $ ___

— Computed on the consideration or value of property conveyed; OR

— Computed on the consideration or value less liens or encumbrances remaining at time of sale.

*Signature of Declarant or Agent determining tax - Firm Name*

*Pursuant to R+T Code 11925(d) "Proportional ownership interest Remain the Same"*

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**Corporation of the President of the Mount Zion Spiritual Temple, a Corporation Sole**

a corporation organized under the laws of the State of California do(es) hereby REMISE, RELEASE AND FOREVER QUITCLAIM to

**Mt. Zion Spiritual Temple, Inc. Sole Corporation Board Royal Congress of Title Holding & Trust Company, Inc,**

the real property in the City of Oakland, County of Alameda, State of California, described as:

See Description Attached

Dated: May 6, 2005

STATE OF CALIFORNIA
COUNTY OF Alameda )SS.

On 7/6/05 before me, ___ personally appeared ___
personally known to me (or proved to me on the basis of
satisfactory evidence) to be the person(s) whose name(s)
is/are subscribed to the within instrument and acknowledged
to me that he/she/they executed the same in his/her/their
authorized capacity(ies), and that by his/her/their signature(s)
on the instrument the person(s) or the entity upon behalf of
which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature ___

*Dr. Eddie C. Welton    Mt. Zion Spiritual Temple, Inc.*
*Rayford T. Bobeck*
*Dr. Saghomila Orobo Osagie*

Dr. Eddie C. Welton
President    7/6/05

Rayford T. Bobeck
Secretary    7/6/05

Dr. Saghomila Orobo Osagie, Trustee    7/6/05

(This area for official notarial seal)

JASON WILLIE MITCHELL
Commission # 1354091
Notary Public - California
Alameda County
My Comm. Expires Sep 16, 2008

Mail Tax Statements to Mt. Zion Spiritual Temple, Inc. Sole
Corporation Board Royal Congress of
Title Holding & Trust Company, Inc.
1430 Franklin Street, Suite 402
Oakland, CA 94612

CSases 078v02/283PWRBv DoStamenst 132-1808 02120067 Pagge86ofat4

AND WHEN RECORDED MAIL TO

CORPORATION OF THE PRESIDENT
OF THE MT. ZION SPIRITUAL TEMPLE
c/o Valva Realty Co.
678 14th St.
Oakland, California

This Order No. _____ Escrow No. 843915-KT

RECORDED AT REQUEST OF
Western Title Co.
At 10:00 A.M.
**SEP 25 1978**
OFFICIAL RECORDS OF
ALAMEDA COUNTY, CALIFORNIA
**RENE C. DAVIDSON**
COUNTY RECORDER

B-185699

**TAX PAID**

MAIL TAX STATEMENTS TO

Same As Above

AP# 7-553-7 & 8

· SPACE ABOVE THIS LINE FOR RECORDER'S USE ·

Documentary transfer tax $ ...................

☑ Computed on full value of property conveyed, or
☐ Computed on full value less liens and encumbrances remaining thereon at time of sale.

Signature of declarant or agent determining tax—firm name

CITY OF OAKLAND

843915(1)

---

## Individual Grant Deed
### WESTERN TITLE FORM NO. 104

FOR VALUE RECEIVED, RAY W. FRASER and CECILE A. FRASER, his wife

GRANT ___ to CORPORATION OF THE PRESIDENT OF THE MT. ZION SPIRITUAL TEMPLE, a corporation,

all that real property situate in the     City of Oakland

County of     Alameda     , State of California, described as follows:

Portion of Lots 21 and 22, in Block 727B, as said lots and block are shown on the "Map of Tract No. 382 of Whitcher's Official Map, Oakland, August 1873", filed August 18, 1873, in Book 6 of Maps, at page 4, in the office of the County Recorder of Alameda County, described as follows:

Beginning at the intersection of the Western line of Peralta Street with the Northern line of 14th Street, as said streets are shown on said map; and running thence along said line of Peralta Street Northerly 53 feet; thence at right angles Westerly 50 feet; thence at right angles Southerly 53 feet to said line of 14th Street; and thence along the last named line Easterly 50 feet to the point of beginning.


                SEE EXHIBIT "A" ATTACHED HERETO AND
                MADE A PART HEREOF FOR THE DESCRIPTION


Dated     August    11,    1978

_RAY W. FRASER_
RAY W. FRASER

_Cecile A. Fraser_
CECILE A. FRASER

City of Oakland Tax $ 188.00

STATE OF CALIFORNIA
            County of     Alameda        } ss.
On August 11, 19 78 , before me, the undersigned,
a Notary Public, in and for said State, personally appeared
RAY W. FRASER and CECILE FRASER,
known to me to be the person S whose name S    are
subscribed to the within instrument, and acknowledged to me that
t he Y executed the same.

_Harold A. Schneider_
            Notary Public
Harold A. Schneider

FOR NOTARY SEAL OR STAMP

OFFICIAL SEAL
HAROLD A. SCHNEIDER
NOTARY PUBLIC · CALIFORNIA
COUNTY OF ALAMEDA

EXHIBIT

MAIL TAX STATEMENTS AS DIRECTED ABOVE

RECORDING REQUESTED BY
ALLIANCE TITLE

**RECORDING REQUESTED BY**

Alliance Title Company

AND WHEN RECORDED MAIL TO

Name: Abdolreza Abdi
Street Address: CHEE COOPER
1606 14th STREET
OAKLAND, CALIFORNIA 94607

Order No. 11344908-503-GMM

05/02/2005 08:30 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
City of Oakland
Conveyance Tax is $975.00
Parcel No. 007-0533-007

Documentary Transfer Tax is $975.00

☒ computed on full value of interest or property conveyed, or
☐ full value less value of liens or encumbrances remaining at the time of sale. The Undersigned

Declarant or Agent Determining Tax

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, Mt. Zion Spiritual Temple, Inc. who acquired title as: Corporation of the President of the, Mt. Zion Spiritual Temple, a corporation

hereby GRANT(s) to

Abdolreza Abdi , A MARRIED MAN, AS TO AN UNDIVIDED 50% INTEREST

and Chee Cooper, A MARRIED WOMAN, AS TO AN UNDIVIDED 50% INTEREST

the following real property in the city of Oakland

county of Alameda, state of California:

See Exhibit A attached hereto and made a part hereof.

Mt. Zion Spiritual Temple, Inc.

Dated: May 24, 2005

STATE OF CALIFORNIA
COUNTY OF Alameda

S.S. Lillian Roberts Chairman

Catherine Brown, Executive Secretary

On May 25, 2005 before me,

Bruce R. Chambers

a Notary Public in and for said County and State, personally appeared
Lillian Roberts and
Catherine Brown
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

(This area for official notarial seal)

MAIL TAX STATEMENTS TO PARTY SHOWN ON THE FOLLOWING LINE; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE

RECORDING REQUESTED BY

CITY
TAX
PAID

RECORDED at REQUEST OF
Western Title Guaranty Co.
At 10:30 A.M.

SEP 25 1978

OFFICIAL RECORDS OF
ALAMEDA COUNTY, CALIFORNIA

RENE C. DAVIDSON
COUNTY RECORDER

AND WHEN RECORDED MAIL TO

NAME: CORPORATION OF THE PRESIDENT
OF THE MT. ZION SPIRITUAL TEMPLE
ADDRESS: c/o Valva Realty Co.
CITY & 678 14th St.
STATE: Oakland, California

D-185699

TAX PAID
TRANSFER
ALAMEDA COUNTY

Title Order No. _____ Escrow No. 843915-KT

$5.00

MAIL TAX STATEMENTS TO

NAME: Same As Above
ADDRESS:
CITY &
STATE:

AP# 7-553-7 & 8

SPACE ABOVE THIS LINE FOR RECORDER'S USE

Documentary transfer tax $ ...27.50...
[x] Computed on full value of property conveyed, or
[ ] Computed on full value less liens and encumbrances remaining thereon at time of sale.

_G. Den W.T._
Signature of declarant or agent determining tax — firm name
C-17-1 OF OAKLAND

843915 (1)

# Individual Grant Deed

WESTERN TITLE FORM NO. 104

FOR VALUE RECEIVED,   RAY W. FRASER and CECILE A. FRASER, his wife

GRANT____to  CORPORATION OF THE PRESIDENT OF THE MT. ZION SPIRITUAL TEMPLE,
a corporation,

all that real property situate in the      City of Oakland

County of    Alameda                                    , State of California, described as follows:

Portion of Lots 21 and 22, in Block 727B, as said lots and block are
shown on the "Map of Tract No. 382 of Whitcher's Official Map, Oakland,
August 1873", filed August 18, 1873, in Book 6 of Maps, at page 4,
in the office of the County Recorder of Alameda County, described
as follows:
Beginning at the intersection of the Western line of Peralta Street with
the Northern line of 14th Street, as said streets are shown on said
map; and running thence along said line of Peralta Street Northerly
53 feet; thence at right angles Westerly 50 feet; thence at right angles
Southerly 53 feet to said line of 14th Street; and thence along the
last named line Easterly 50 feet to the point of beginning.

SEE EXHIBIT "A" ATTACHED HERETO AND
MADE A PART HEREOF FOR THE DESCRIPTION

Dated   August   11,   1978

_Ray W. Fraser_
RAY W. FRASER

_Cecile A. Fraser_
CECILE A. FRASER

City of Oakland Tax $ 188.00

STATE OF CALIFORNIA
County of     Alameda     } ss.
On  August 11,  19 78  before me, the undersigned,
a Notary Public, in and for said State, personally appeared
RAY W. FRASER and CECILE/FRASER,
known to me to be the person_s_ whose name_s_ are
subscribed to the within instrument, and acknowledged to me that
_the y_ executed the same.

_Harold A. Schneider_
Notary Public
Harold A. Schneider

FOR NOTARY SEAL OR STAMP

OFFICIAL SEAL
HAROLD A. SCHNEIDER
NOTARY PUBLIC

MAIL TAX STATEMENTS AS DIRECTED ABOVE

AW39887

RECORDING REQUESTED BY

RECOR.. at REQUEST OF
North American Title Ins. Co.
At _____ 11:30 A. _____ M.

MAR 1 1 1964

WHEN RECORDED MAIL TO

Corporation of the President of
Mount Zion Spiritual Temple
2488 14th Street
Oakland, California

OFFICIAL RECORDS OF
ALAMEDA COUNTY, CALIFORNIA
JACK G. BLUE
COUNTY RECORDER

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

(Escrow No. 431284 )

By this instrument dated ____March 4, 1964____, for a valuable consideration,

GEORGE J. SCHOMAKER, as his separate property,

hereby GRANTS to

CORPORATION OF THE PRESIDENT OF THE MOUNT ZION SPIRITUAL TEMPLE,
a Corporation Sole,

the following described Real Property in the State of California, County of ____Alameda,____

City of Oakland and being:

DESCRIPTION:

In the State of California, County of Alameda, City of Oakland, and being:

COMMENCING at a point in the northerly line of West 14th Street, distant thereon 149 feet westerly from the point of intersection of said northerly line of said West 14th Street with the westerly line of Center Street as said West 14th Street and said Center Street are shown on the map of "Map of Peralta and Center Street Lands", etc., hereinafter referred to; and running thence westerly along said northerly line of said West 14th Street 80.05 feet to the point of intersection of said northerly line of said West 19th Street with the easterly line of Peralta Street as said Peralta Street now exists since the widening thereof by that certain Deed from the Realty Syndicate, a corporation, to City of Oakland, a municipal corporation, dated September 13, 1910, recorded October 10, 1910, in the office of the County Recorder of said County of Alameda, thence northerly along said easterly line of said Peralta Street 25 feet to the point of intersection of said easterly line of said Peralta Street with the southeasterly line of Peralta Street as said Peralta Street is shown on the map of "Map of Peralta and Center Street Lands", etc., hereinafter referred to; thence northeasterly along said southeasterly line of said Peralta Street, 78.15 feet to the southerly boundary line of lot 23 in Block 581, as said lot 23 and said block 581 are shown on the map of "Map of Peralta and Center Street Lands", etc., hereinafter referred to; thence easterly along said southerly boundary line of said lot 23 and parallel with said northerly line of said West 14th Street 60.57 feet; thence southerly in a direct line to the point of commencement.

BEING portions of Lots 19, 20, 21 and 22 in Block 581, as said lots and block are shown on the map of "Map of Peralta and Center Street Lands", etc., filed March 3, 1877, in the office of the County Recorder of said County of Alameda.

Being Assessor's Arb No. 5-370-7

AW39887

STATE OF
COUNTY OF Alameda

person _____ subscribed to the within instrument, and acknowledged to me that ____ he ____ executed the same.

Notary's Signature ____Barbara J. Seaver____

NOTARY PUBLIC in and for said County and State

Type or Print Notary's Name ____Barbara J. Seaver____

Form No. 340 Revised 11-59

1-431284 ed

CREDITOR'S CLAIM

ATTORNEY OR CREDITOR WITHOUT ATTORNEY *(Name and Address)*

**ANN GRANT WILLIAMS
IN PRO PER
744 CALMAR AVENUE
OAKLAND, CA 94610**

TELEPHONE NO:

FOR COURT USE ONLY

ATTORNEY FOR *(Name):*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **ALAMEDA**

STREET ADDRESS:

MAILING ADDRESS: **1225 FALLON STREET**
CITY AND ZIP CODE: **OAKLAND, CA 94612**
BRANCH NAME: **ALAMEDA SUPERIOR COURT**

ESTATE OF (NAME):

**LOUIS H. NARCISSE**
DECEDENT

**CREDITOR'S CLAIM**
(for estate administration proceedings filed after June 30, 1988)

CASE NUMBER:

**235161-6**

You must file this claim with the court clerk at the court address above before the LATER of (a) four months after the date letters (authority to act for the estate) were first issued to the personal representative, or (b) thirty days after the date Notice of Administration was given to the creditor, if notice was given as provided in Probate Code section 9051. Mail or deliver a copy of this claim to the personal representative. A proof of service is on the reverse.

1. Total amount of the claim: $ **150,000.00**
2. Claimant *(name):* **ANN GRANT WILLIAMS**
   a. [XX] an individual.
   b. [ ] an individual or entity doing business under the fictitious name of *(specify):*

   c. [ ] a partnership. The person signing has authority to sign on behalf of the partnership.
   d. [ ] a corporation. The person signing has authority to sign on behalf of the corporation.
   e. [ ] other *(specify):*
3. Address of claimant *(specify):* **744 CALMAR AVENUE, OAKLAND, CA 94610**

4. Claimant is [XX] the creditor [ ] a person acting on behalf of creditor *(state reason):*

5. [ ] Claimant is [ ] the personal representative [ ] the attorney for the personal representative.
   (Claims against the estate by the personal representative and the attorney for the personal representative must be filed within the claim period allowed in Probate Code section 9100. See the notice box above.)
6. I am authorized to make this claim which is just and due or may become due. All payments on or offsets to the claim have been credited. Facts supporting the claim are [XX] on reverse [ ] attached.

I declare under penalty of perjury under the laws of the State of California that this creditor's claim is true and correct.

Date: **JULY 24, 1989**

**ANN GRANT WILLIAMS**

(TYPE OR PRINT NAME AND TITLE)

*(signature)*

(SIGNATURE OF CLAIMANT)

**INSTRUCTIONS TO CLAIMANT**

A. On the reverse, itemize the claim and show the date the service was rendered or the debt incurred. Describe the item or service in detail, and indicate the amount claimed for each item. Do not include debts incurred after the date of death, except funeral claims.
B. If the claim is not due or contingent, or the amount is not yet ascertainable, state the facts supporting the claim.
C. If the claim is secured by a note or other written instrument, the original or a copy must be attached (state why original is unavailable). If secured by mortgage, deed of trust, or other lien on property that is of record, it is sufficient to describe the security and refer to the date or volume and page, and county where recorded. (See Probate Code section 9152.)
D. Mail or take this original claim to the court clerk's office for filing. If mailed, use certified mail, with return receipt requested.
E. Mail or deliver a copy to the personal representative. Complete the Proof of Mailing or Personal Delivery on the reverse.
F. The personal representative will notify you when your claim is allowed or rejected.

*Exhibit D*

(Continued on reverse)

* See instructions before completing. Use Creditor's Claim form No. DE-170 for estates filed before July 1, 1988.

| ESTATE OF (NAME): | | CASE NUMBER: |
|---|---|---|
| LOUIS H. NARCISSE DECEDENT | | 235161-6 |

## FACTS SUPPORTING THE CREDITOR'S CLAIM

| Date of item | ☐ See attachment *(if space is insufficient)* Claim and Supporting Facts must also be stated. | Amount Claimed |
|---|---|---|
| UNKNOWN | DECEDENT PROMISED TO TRANSFER HIS INTERESTS IN PROPERTY LOCATED AT 744 CALMAR AVENUE OAKLAND, CA 94610, TO ME DURING HIS LIFETIME. | $150,000.00 |
| | | |
| | | **TOTAL** $ 150,000.00 |

## PROOF OF ☐ MAILING ☒ PERSONAL DELIVERY TO PERSONAL REPRESENTATIVE

*(Be sure to mail or take the original to the court clerk's office for filing)*

1. I am the creditor or a person acting on behalf of the creditor. At the time of mailing or delivery I was at least 18 years of age.

2. My residence or business address is *(specify):*

3. I mailed or delivered a copy of this Creditor's Claim to the personal representative as follows *(check either a or b below):*

   a. ☐ **First-class mail.** I deposited a copy of the claim with the United States Postal Service, in a sealed envelope with postage fully prepaid. I used first-class mail. I am a resident of or employed in the county where the mailing occurred. The envelope was addressed and mailed as follows:

   (1) Name of personal representative served:

   (2) Address on envelope:

   (3) Date of mailing:

   (4) Place of mailing *(city and state):*

   b. ☐ **Personal delivery.** I personally delivered a copy of the claim to the personal representative as follows:

   (1) Name of personal representative served:

   (2) Address where delivered:

   (3) Date delivered:

   (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(TYPE OR PRINT NAME OF CLAIMANT)

▶

_____
(SIGNATURE OF CLAIMANT)

## CREDITOR'S CLAIM
*(Probate)*

Page two

ATTORNEY OR CREDITOR WITHOUT ATTORNEY (Name and Address):
JOSEPH L. RUSSELL
ATTORNEY AT LAW
3101 FIRST AVENUE
SACRAMENTO, CA 95817

TELEPHONE NO: (916)456-8032

Attorney for (Name): MT ZION SPIRITUAL TEMPLE

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 1225 FALLON STREET
MAILING ADDRESS:
CITY AND ZIP CODE: OAKLAND, CA 94612
BRANCH NAME: ALAMEDA SUPERIOR COURT

ESTATE OF (NAME):

LOUIS H. NARCISSE

DECEDENT

FOR COURT USE ONLY

ENDORSED
FILED
JUL 24 1989
RENE C. DAVIDSON, County Clerk
By CARLOTA ████, Deputy

CREDITOR'S CLAIM
(for estate administration proceedings filed after June 30, 1988)

CASE NUMBER: 235161-6

You must file this claim with the court clerk at the court address above before the LATER of (a) four months after the date letters (authority to act for the estate) were first issued to the personal representative, or (b) thirty days after the date Notice of Administration was given to the creditor. If notice was given as provided in Probate Code section 9051. Mail or deliver a copy of this claim to the personal representative. A proof of service is on the reverse.

1. Total amount of the claim: $ 150,000.00
2. Claimant (name): CORPORATION OF THE PRESIDENT, MOUNT ZION SPIRITUAL TEMPLE, INC
   a. ☐ an individual.
   b. ☐ an individual or entity doing business under the fictitious name of (specify):
   c. ☐ a partnership. The person signing has authority to sign on behalf of the partnership.
   d. ☒ a corporation. The person signing has authority to sign on behalf of the corporation.
   e. ☐ other (specify):
3. Address of claimant (specify): 744 CALMAR AVENUE, OAKLAND, CA 94610

4. Claimant is ☒ the creditor ☐ a person acting on behalf of creditor (state reason):

5. ☐ Claimant is ☐ the personal representative ☐ the attorney for the personal representative.
   (Claims against the estate by the personal representative and the attorney for the personal representative must be filed within the claim period allowed in Probate Code section 9100. See the notice box above.)

6. I am authorized to make this claim which is just and due or may become due. All payments on or offsets to the claim have been credited. Facts supporting the claim are ☒ on reverse ☐ attached.

I declare under penalty of perjury under the laws of the State of California that this creditor's claim is true and correct.

Date: JULY 24, 1989

PRINCESS ANN GRANT-JAMES
CHAIR, BOARD OF DIRECTORS
MT. ZION SPIRITUAL TEMPLE, INC
(TYPE OR PRINT NAME)

ORIGINAL SIGNED
(SIGNATURE OF CLAIMANT)

INSTRUCTIONS TO CLAIMANT
A. On the reverse, itemize the claim and show the date the service was rendered or the debt incurred. Describe the item or service in detail, and indicate the amount claimed for each item. Do not include debts incurred after the date of death, except funeral claims.
B. If the claim is not due or contingent, or the amount is not yet ascertainable, state the facts supporting the claim.
C. If the claim is secured by a note or other written instrument, the original or a copy must be attached (state why originals is unavailable). If secured by mortgage, deed of trust, or other lien on property that is of record, it is sufficient to describe the security and refer to the date or volume and page, and county where recorded. (See Probate Code section 9152.)
D. Mail or take this original claim to the court clerk's office for filing. If mailed, use certified mail, with return receipt requested.
E. Mail or deliver a copy to the personal representative. Complete the Proof of Mailing or Personal Delivery on the reverse.
F. The personal representative will notify you when your claim is allowed or rejected.

(Continued on reverse)

Exhibit D

* See instructions below completing. Use Creditor's Claim form No. DE 170 for estates filed before July 1, 1988.
Form Approved by the ...
Form Approved by the

ALLOWANCE OR REJECTION OF CREDITOR'S CLAIM

Probate Code, § 9000 et seq. 9250

| ESTATE OF (NAME): | | CASE NUMBER: |
|---|---|---|
| LOUIS H. NARCISSE | | 235161-6 |

FACTS SUPPORTING THE CREDITOR'S CLAIM

☑ See attachment (if space is insufficient)

| Date of Item | Item and Supporting Facts | Amount Claimed |
|---|---|---|
| UNKNOWN | DECEDENT HELD REAL AND PERSONAL PROPERTY LOCATED AT 744 CALMAR AVENUE, OAKLAND, CA IN TRUST AND AS TRUSTEE FOR MOUNT ZION SPIRITUAL TEMPLE, INC. | IN EXCESS OF $150,000.00 |
| | **TOTAL** | **$150,000.00** |

PROOF OF ☒ MAILING ☐ PERSONAL DELIVERY TO PERSONAL REPRESENTATIVE
(Be sure to mail or take the original to the court clerk's office for filing)

1. I am the creditor or a person acting on behalf of the creditor. At the time of mailing or delivery I was at least 18 years of age.

2. My residence or business address is (specify): 3101 FIRST AVENUE, SACRAMENTO, CA 95817

3. I mailed or delivered a copy of this Creditor's Claim to the personal representative as follows (check either a or b below):

   a. ☒ First-class mail. I deposited a copy of the claim with the United States Postal Service, in a sealed envelope with postage fully prepaid. I used first-class mail. I am a resident of or employed in the county where the mailing occurred. The envelope was addressed and mailed as follows:

   (1) Name of personal representative served: HUNTER & BOVARNICK — ATTN. ROBERT E. HUNTER
   (2) Address on envelope: 345 GROVE STREET
      SAN FRANCISCO, CA 94102-4493
   (3) Date of mailing: JULY 24, 1989
   (4) Place of mailing (city and state): SACRAMENTO, CA 95817

   b. ☐ Personal delivery. I personally delivered a copy of the claim to the personal representative as follows:
   (1) Name of personal representative served:
   (2) Address where delivered:
   (3) Date delivered:
   (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: JULY 24, 1989

TINA L. WRIGHT
(TYPE OR PRINT NAME OF CLAIMANT)

▶ _[signature]_
(SIGNATURE OF CLAIMANT)

DE-172 [Rev. July 1, 1988]

CREDITOR'S CLAIM
(Probate)

Page two

| ESTATE OF (NAME) | | CASE NUMBER |
|---|---|---|
| LOUIS H. NARCISSE | DECEDENT | 235161-6 |

## FACTS SUPPORTING THE CREDITOR'S CLAIM

See attachment *(if space is insufficient)*

| Date of Item | Item and Supporting Facts | Amount Claimed |
|---|---|---|
| UNKNOWN | DECEDENT PROMISED TO TRANSFER HIS INTERESTS IN PROPERTY LOCATED AT 744 CALMAR AVENUE, OAKLAND, CA 94610, TO ME DURING HIS LIFETIME. | $150,000.00 |
| | TOTAL | $ 150,000.00 |

## PROOF OF ☐ MAILING ☐ PERSONAL DELIVERY TO PERSONAL REPRESENTATIVE

*(Be sure to mail or take the original to the court clerk's office for filing)*

1. I am the creditor or a person acting on behalf of the creditor. At the time of mailing or delivery I was at least 18 years of age.

2. My residence or business address is *(specify)*:

3. I mailed or delivered a copy of this Creditor's Claim to the personal representative as follows *(check either a or b below)*:

   a. ☐ First-class mail. I deposited a copy of the claim with the United States Postal Service, in a sealed envelope with postage fully prepaid. I used first-class mail. I am a resident of or employed in the county where the mailing occurred. The envelope was addressed and mailed as follows:

   (1) Name of personal representative served:

   (2) Address on envelope:

   (3) Date of mailing:

   (4) Place of mailing *(city and state)*:

   b. ☐ Personal delivery. I personally delivered a copy of the claim to the personal representative as follows:

   (1) Name of personal representative served:

   (2) Address where delivered:

   (3) Date delivered:

   (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(TYPE OR PRINT NAME OF CLAIMANT)

_____
(SIGNATURE OF CLAIMANT)

CREDITOR'S CLAIM
(Probate)

Page two

8-24.3

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Robert E. Hunter<br>Hunter and Bovarnick<br>345 Grove St.,<br>San Francisco, Ca. 94102 | 1-415-621-8700 | |

ATTORNEY FOR (Name):

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ALAMEDA

STREET ADDRESS:

MAILING ADDRESS: 1229 Fallon Street

CITY AND ZIP CODE: Oakland, CA 94612

BRANCH NAME: ALAMEDA SUPERIOR COURT

ESTATE OF (NAME):

Louis H. Narcisse

**DECEDENT**

**ENDORSED FILED**

Personal representative _____ tion filed:

_____ (date) _____ (Deputy)

☐ No court approval required.

**AUG - 8 1989**

IRENE C. DAVIDSON, County Clerk

By MATTIE L. ROGERS, Deputy

_____ (date) _____ (Deputy)

**ALLOWANCE OR REJECTION OF CREDITOR'S CLAIM**
**(for estate administration proceedings filed after June 30, 1988)**

CASE NUMBER:

**235161-6**

> NOTE: Attach a copy of the creditor's claim.

## PERSONAL REPRESENTATIVE'S ALLOWANCE OR REJECTION

1. Name of creditor (specify): Mt. Zion Spiritual Temple, Inc.
2. The claim was filed on (date): July 24, 1989
3. Date of first issuance of letters: March 27, 1989
4. Date of Notice of Administration: None required - cliam filed
5. Date of decedent's death: February 3, 1989
6. Estimated value of estate: $1,000,000.00
7. Total amount of the claim: $ 150,000.00
8. ☐ Claim is allowed for: $
9. ☒ Claim is rejected for: $ 150,000.00      *(The court must approve certain claims before they are paid.)*
10. Notice of allowance or rejection given on (date):      *(A creditor has three months to act on a rejected claim. See box below.)*
11. ☒ The personal representative is authorized to administer the estate under the Independent Administration of Estates Act.

Date:

Lillian Roberts
Earl Babtisse

*(TYPE OR PRINT NAME)*

*(signature)* Lillian Roberts
*(signature)* Earl Babtisse

(SIGNATURE OF PERSONAL REPRESENTATIVE)

> **REJECTED CLAIMS:** From the date notice of rejection is given, the creditor must act on the rejected claim (e.g., file a lawsuit) as follows:
> a. Claim due: within three months after the notice of rejection.
> b. Claim not due: within three months after the claim becomes due.

## COURT'S APPROVAL OR REJECTION

12. ☐ Approved for: $
13. ☐ Rejected for: $

Date:                                    ▶

14. ☐ Number of pages attached:      SIGNATURE OF ☐ JUDGE   ☐ COMMISSIONER
                                      ☐ Signature follows last attachment.

Exhibit E

(Proof of Service on reverse)

Form Approved by the

Probate Code, § ___ et seq., 9250

**PROOF OF** [xx] **MAILING** [ ] **PERSONAL DELIVERY — TO CREDITOR**

At the time of mailing or personal delivery I was at least 18 years of age and not a party to this proceeding.

1. My residence or business address is (specify): (business)
345 Grove Street
San Francisco, Ca. 94102

3. I mailed or personally delivered a copy of the Allowance or Rejection of Creditor's Claim as follows (complete either a or b):

a. [xx] Mail. I am a resident of or employed in the county where the mailing occurred.

  (1) I enclosed a copy in an envelope AND

    (i) [xx] deposited the sealed envelope with the United States Postal Service with the postage fully prepaid.

    (ii) [ ] placed the envelope for collection and mailing on the date and at the place shown in items below following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

  (2) The envelope was addressed and mailed first-class as follows:

    (i) Name of creditor served:

    (ii) Address on envelope:
    Mt. Zion Spiritual Temple, Inc.
    c/o Joseph L. Russel
    3101 First Ave
    Sacramento, CA 95817

    (iii) Date of mailing: 8/4/89

    (iv) Place of mailing (city and state):
    San Francisco, California

b. [ ] Personal delivery. I personally delivered a copy to the creditor as follows:

  (1) Name of creditor served:

  (2) Address where delivered:

  (3) Date delivered:

  (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/4/89

...... Yolibeth Escobar ......
(TYPE OR PRINT NAME OF DECLARANT)

▶ _____
(SIGNATURE OF DECLARANT)

DE-174 [New July 1, 1988]    **ALLOWANCE OR REJECTION OF CREDITOR'S CLAIM**
(Probate)      Page two



PRIORITY MAIL
UNITED STATES POSTAL SERVICE ™
www.usps.gov
LABEL 107R OCT 1997

BISHOP GERALD PATTERSON, COURT CLERK
BISHOP DR. EDDIE C. WELBON
BISHOP LILLIE MAE JEFFERSON
BISHOP GRACE JEFFERSON
BISHOP BETTY JOHNSON
BISHOP THEO FRAZIER
BISHOP GREGORY RICHARDSON
PRINCE RAYFORD BULLOCK
SUPREME COURT JUSTICE
MT. ZION TRIBUNAL COURT
714 BLOSSOM WAY
HAYWARD, CALIFORNIA 94541
TEL: 415-504-7813 510-885-1637 FAX: 415-504-7800

PLAINTIFF IN PRO SE

**ORIGINAL
FILED**

FEB 1 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**MHP**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**C 07      0951**

Case No. _____

Request For Declaratory Judgment,
and Injunctive Relief
Demand For Jury Trial

Plaintiff/Petitioners

VS.

CLINTON KILLIAN
ATTORNEY
BOB CONNOR
REV. ARTHUR BURNETT
ELOISE MC DANIELS
FRANKLIN HARRIS JR.
LILLIAN ROBERTS
BANK OF AMERICA
INNOVATIVE BANK
BANK OF THE WEST
THOMAS ORLOFF
ALAMEDA COUNTY DISTRICT
ATTORNEY
THE HON. JUDGE CECILIA
CASTELLANOS, ALAMEDA COUNTY
SUPERIOR COURT DEPT. 18
U.S. ATTORNEY
EDMUND G. BROWN
STATE ATTORNEY GENERAL
REAL PARTIES IN INTEREST
Secretary of State
of California
STEVEN H. BOVARNICK, ESQ. 99361
ATTORNEY AT LAW

)
)
)
)
)
)
Defendants/Respondent )
)

U.S. CONSTITUTION:          FIRST AMENDMENT

1.  First Amendment-Religion and Expression.

2.  Congress shall make no law respecting an establishment of religion, or

Prohibiting the free exercise thereof; or abridging the freedom of speech, or of

The press; or the right of the people peaceably to assemble, and to petition the

Government for redress of grievance.

3.  This court has jurisdiction over this complaint because it arises under

The laws of the United States of America.

JURISDICTION AND VENUE

4.  This is a Civil Rights action seeking a declaratory judgment, injunctive relief

and damages to vindicate and to safeguard rights of freedom of assembly and religion

by virtue of Amendments I, V, IX, VIV of the Constitution of the United States and the

State of California.  This Court has jurisdiction of this action pursuant to Title 28 U.S.C.

§§ 1331, 1343(3), 4 and § 1651, and Title 18 U.S.C.§ 241.  This action is authorized by

Title 42 U.S.C.§1981, 1982, 1983, 1985(3), and 1988.

5.  Venue is proper in the Northern District of California, pursuant to Title 28 U.S.C. §

1391(b), because the claims arose in he District.

PARTIES:

2.

6. The Plaintiff's Bishop Gerald Patterson, King Bishop Dr. Eddie C. Welbon, Bishop Theo Frazier, Bishop Grace Jefferson, Bishop Betty Johnson, Bishop Gregory Richardson Chief Justice Prince Bishop Rayford of the Mt. Zion Spiritual Temple Church Supreme Court Tribunal all or ordained Bishops and is followers of Archbishop King Dr. Eddie C. Welbon", Mt. Zion Spiritual Temple, Inc., is a church organized under the religious corporation laws of The State of California with its principal location at 1488 14th Street, Oakland, California 94610.

7. The Plaintiff's Bishop Gerald Patterson, Bishop King Dr. Eddie C. Welbon, Bishop Grace Jefferson, Bishop Queen Mother Lillie Mae Jefferson, Bishop Theo Frazier, Bishop Gregory Richardson and Prince Rayford Bullock, Chief Justice of the Mt. Zion Spiritual Temple, Inc., Supreme Court is, and all times pertinent herein were citizens of The United States of America and resident of the State of California and residing In Oakland, California, Sacramento, California, San Francisco, California and Hayward, California.

8. Defendant Clinton Killian is a resident of the City of Oakland, he is a Oakland Public Political Figure, Real-Estate Investor and speculator, he is also a weekly columnist And journalist for the Oakland Post Newspaper Group in Oakland, California, and former City Planning Commissioner for the City of Oakland, California, he is also a licensed California Attorney.

9. Defendant John Connor is an investigator for the Alameda County District Attorney's Office in the City of Oakland. He is sued in his official capacity, and at all relevant times, he Has a personal/friendly entanglement with Arthur B. Burnett and Eloise Mc Daniels. He is Not a member of Mt. Zion Spiritual Temple, Inc., nor is he a Bishop of the Church.

3.

10. Defendant Arthur B. Burnett is a resident of Oakland, California. He is personally Entangled with Eloise Mc Daniels. He is a former member of the Mt. Zion Spiritual Temple, Inc., and at all relevant times was not a bishop of the church.

11. Defendant Eloise Mc Daniels is upon Information and belief is employed as a police Officer of the City of Oakland in association with close personal entanglement with Defendant John Connor of the Alameda County District Attorney's Office, and at all relevant Times was not a member of the Mt. Zion Spiritual Temple, Inc., or a Bishop of the Church.

---

1 The planning Commission if the legal entity in the Town of Oakland vested with the power, pursuant to the City of Oakland Ordinance, to Regulate, inter alia, within the limits of the Town of Oakland, the location and use of buildings, structures, and land for trade, industry, Residential or other purposes.

12. Defendant Franklin Harris, Jr. is/was an employee of Clinton Killian, and at all time Relevant times was not a member of Mt. Zion Spiritual Temple, inc., or a Bishop of the Church.

13. Defendant Nicole Hancock is/as an employee of Clinton Killian, and at all relevant Times was not a member of the Mt. Zion Spiritual Temple, Inc., or a Bishop of the Church.

14. Defendant Innovative Bank is a FDIC insured, and Federal Organized "Community Bank" in the Town of Oakland, California, with its principal place of Business in the Town of Oakland, and at relevant times maintained the church's business banking accounts.

15. Defendant Bank of America and Bank of the West Oakland, California is a Bank.

SUMMARY OF ACTION

16. This action is brought pursuant to Title 42 U.S.C. 1981, 1982, 1983, 1985(3), and 1988. Plaintiffs seek damages and preliminary and permanent injunction enjoining defendants and its employees, successors and agents and all persons subject to its direction and

4.

control, from depriving plaintiffs of their constitutional rights as guaranteed by the First fourteen amendments of the United States Constitution.  Plaintiff also seeks declaratory Judgment and Injunctive Relief pursuant to Title 42 U.S.C. § 2201 to determine an actual Controversy between the parties, and reasonable attorney's fees and costs in connection With this suit, pursuant to Title 42 U.S.C.§ 1988.

17. Pendant to the federal claims, this action seeks damages and preliminary and Permanent injunction enjoining defendant and its employees, successors and agents and all persons subject to its direction and control, from depriving plaintiffs of their constitutional and statutory rights, as guaranteed by Article 1,§§ 3, 8, 9 and 11 of the Constitution of the State of California, and by § 52 and 52(b) of the Civil Rights Law Of the State of California, and Government Code § 11135, and reasonable attorney's fees and cost in connection with this suit.

## FACTUAL HISTORY

18. In 1945, the internationally renown religious public figure, the Late Bishop Louis H. Narcisse founded Mt. Zion Spiritual Temple hereinafter "The Church" in Oakland, CA.. The Church is a Internationally hierarchical church consisting of a International Board Of Directors and National Board of Directors and a Corporation Sole.

19. "His Grace" King Dr. Eddie C. Welbon is the successor to the Late "His Grace King Louis H. Narcisse elected April 28th, 2005 as his Successor pursuant to the By-Laws and Constitution of the Church.

20. Plaintiff Bishop Gerald Patterson is a member of the Mt. Zion Spiritual Temple, Inc., and a ruling ECCLESIASTICAL Member of the Bishop's Council of the Mt. Zion Spiritual Temple.

5.

21. It is an essential part of the Plaintiff's way of Life, as dictated by their sincerity held Religious beliefs and dedication to the ministry of the Gospels, to integrate their religious Lives through prayerful assembly, speech, ministry, contemplation and conversion with Others of the same religious persuasion.

22. In accordance with this religious and dedicated way of life and ministry to the Gospel,

King Dr. Eddie C. Welbon has assembled, and gathered together followers of the Late Bishop King Louis H. Narcisse, members of the church, and persons of the same or Religious persuasion for worship, study, prayerful assembly, monarch and spiritual Contemplation.

23. On or about 1957, and in accordance with the Religious Nonprofit Corporation Of the State of California, the Church was incorporated as a religious Nonprofit Corporation Laws of the State of California, the Church as incorporated as a Religious Corporation, Mt. Zion Spiritual Temple, Inc.

24. On or about 1964, and in accordance with the Religious Nonprofit Corporation Laws of the State of California, His Grace King Bishop Louis H. Narcisse was incorporated as a Corporation Sole of the Mt. Zion Spiritual Temple, Inc., a subsidiary and Corporation Sole that had full and absolute control of the Mt. Zion Spiritual temple and Chief Executive Officer of Corporation Sole to manage the business affairs of the Mt. Zion Spiritual Temple, Inc

25. In accordance with the historical, public facts, customarily, policy and by the routine Practices and customs of the Late King Narcisse, and the church, it is a hierarchical Religious institution, with an ecclesiastical head, the "King".

26. King Louis H. Narcisse and the Church integrated into the religious institution's Hierarchy a ruling body of local, national, international renowned and respected

6.

Ecclesiastical House of Bishops which King Louis H. Narcisse served as Chief Bishop,

King and Chief Executive Officer of the Body and President of the Board of Directors

Of the Mt. Zion Spiritual Temple, Inc., and Corporation of the President of the Mt.

Zion Spiritual Temple, Inc., A Corporation Sole.

3 In the Septuagint(The Greek translation of the Old Testament), episkopos is used for overseer in various senses, for Example; Officers(Judges 9:28, Isaiah 60:17), Supervisors of funds(2 Chronicles 34:12, 17), overseers of priests and levites (Nehemiah 11:9, 2 Kings 11:18), and of temple and tabernacle functions(Numbers 4:16) God is called episkopos at Job 20:29, Referring to His Role as Judge, and Christ is an Episkopos in 1 Peter 2:25 (RVS: Shepherd and Guardian of Your Souls). The Council of Jerusalem (Acts 15 1-29) bears witness to a definite hierarchical, Episcopal structure of government in the early Church. St. Peter, the Chief elder(the office of Pope) of the entire church(1 Peter 5:1; cf John 21:15-17), presided and issue The authoritative pronouncements(15:17-11).

4. "A Consultative assembly of clergy and lay people from a diocese", Merriam Webster's Online dictionary

27.  In accordance with the historical customarily policy and routine practices and

Customs of the Late King Louis H. Narcisse and church, the real property of the church

Church was held, possessed, and controlled by and through the benefit of the Laws,

The "King" and the Spiritual Leader's Sole Corporation, Corporation of the President

Of the Mt. Zion Spiritual Temple, Inc.

28.  In 1989, King Louis H. Narcisse died without a successor and a "King", the

The ecclesiastical head of the Church.

29.  Since the death of King Louis H. Narcisse, the church's ruling hierarchical

Ecclesiastical body were the bishops of the church.

30.  In Mt. Zion Spiritual Temple Hierarchy, the Bishops, and Archbishops role

In the church is consistent with the historical role of bishops, and archbishops

In Christianity and the Doctrine of the Holy Bible they have spiritual and administrative
Authority over the church business, and they oversee priests or ministers.  They are

The successors to the twelve apostles of Christ.  Apostolic Succession' refers to the

Overseers – EPISKOPOS- The Office established by the Apostles to be their successors

(but not heir equals!) thereby ensuring the preservation of the Holy Catholic and Orthodox

7.

Faith—The faith which was once delivered unto the saints(Judge 1:3). In the Hierarchy

Of Order they possess powers and superior to those of priests and deacons; in the

Hierarchy of jurisdiction, by Christ's Will, the all agreed they all agreed that the power of

The bishops is twofold: It included the capacity to sanctify(that is, to dispense the

Sacraments,e.g., to confirm and ordain priests) and the authority to govern the faithful
Called also Jurisdiction).

Control of church property, supervising ministry, membership disputes, personal
Religious freedoms and beliefs violates plaintiff's right to freely association, hold
Property for worship and charitable purposes, privacy, freedom from harassment,
and his right to due process and equal protection of the laws, as guaranteed by the
first, ninth, and fourteenth amendment of the United State Constitution.;

5. Enter a declaratory judgment declaring that Judge Castellanos Oral Order on its
Face and as applied, is vague and overbroad in violation of plaintiff's right to due process
Of law, impermissibly entangle the State in matters of personal religious beliefs, exercise\of
religion, in violation of the Establishment Clause of the First Amendment, and violates
plaintiff's right to freely exercise his religion, freely associate with persons of his choosing,
His rights to privacy with the confines of the church, and his and their rights to equal
Protection of the laws, as guaranteed by the First Ninth and Fourteenth Amendments to the
United States Constitution. Judge Castellanos Oral Order took away all Insurance
Protection the church's had by Ruling that Judge Brick Order of June 10th, 2005 did not give
Our Leader King Dr. Eddie C. Authority to act in capacity as Successor and Spiritual Leader
Of the Mt. Zion Spiritual Temple, Inc., and that he had no authority to be operating under
such order and that he had not authority to be acting under the color of the law. Pursuant to
Said order. See attached Order Marked as exhibit "A" and made a part of this instrument.

Judge Castellanos was given judicial notice that a fraud had taken place by the Cross-
Complainant Lawyer Clinton Killian and Arthur Burnett by forging Lillian Roberts Name
Judge Castellanos Order took away all of our Church Insurance Protection by Ordering that
King Dr. Eddie C. Welbon had no authority to put insurance on church property which
leaves the church properties unprotected and also leaves the bishops and chief
Administrative unprotected and liable to law suits, foreclosures, unauthorized sales of
church's properties and causes the Bishops and policy makers of the Mt. Zion Spiritual
Temple, Inc., and the Corporation of the President and CEO King Dr. Eddie C. Welbon not

to be able to function under a previous Judge's order by overturning his order. Judge
Castellanos invalidated a legal election held pursuant to the By-Laws and Constitution
of the Mt. Zion Spiritual Temple, Inc., and Corporation of the President of the Mt. Zion
Spiritual Temple-A-Corporation Sole Pursuant to California Corporation Code 100000.
The election to choose King Dr. Eddie C. Welbon will be made available to the court under
Separate covers.

8.

e.g., to confirm and ordain priests) and the authority to govern the faithful (called also jurisdiction). [3]

31. For approximately 16 years, the Church had been without a *"King"* or successor to King Narcisse.

32. On 10/02/04 the officers, including Lillian Roberts and Saint Catherine Brown of Mt. Zion of Spiritual Temple, Inc. delegated their authority over Mt. Zion Spiritual Temple, Inc., the Church's California Nonprofit Corporation to King Welbon, to rebuild the temple that was destroyed by a fire of suspicious origin in 2004, which later became subject of a lawsuit for breach of contract in Welbon v. Mt. Zion Spiritual Temple, Inc., (Alameda County Superior Court, RG05-199540) and a counterclaim.

33. On April 28, 2005, a convocation [4] of the ruling body of Bishops of the Church, and its members met at a memorial birthday party in honor of the late King Narcisse, and a special business meeting of Mt. Zion Spiritual Temple, Inc. to announce vacancies, and fill the vacancies by election of the Board of Trustees of the Church's nonprofit corporation, and appoint and name a successor to King Narcisse.

34. On April 28, 2005, Dr. Eddie C. Welbon was named by Bishops and the ote of the Church's membership to succeed "His Grace" King Dr. Louis H. Narcisse.

35. At sometime in 2004, as a result of position of trust and confidence on Oakland's Planning Commission, defendant Killian became aware of several vacant lots in West Oakland owned by the Church as sites for speculative future luxurious condominium development.

36. On or about _____, defendant planning commissioner Killian combined, and conspired with the operating officers of the Church's California Nonprofit Corporation, namely Lillian Roberts, trustee president and Saint Catherine Brown, trustee, to breach its agreement with the King Welbon in a scheme to realize immediate profits from the sale of the Church's West Oakland real properties.

37. On May 15, 2005, former officers of the Church's nonprofit corporation, Lillian Roberts and Saint Catherine Brown, combined and conspired with defendant Clinton Killian to fraudulently sell one of the Church's valuable vacant in West Oakland held under title of the *"King's"* Corporation of the President of Mt. Zion Spiritual Temple to land speculators for city approved luxury condominium development.

---

[3] In the *Septuagint* (the Greek translation of the Old Testament), *episkopos* is used for *overseer* in various senses, for example: *officers* (Judges 9:28, Isaiah 60:17), *supervisors of funds* (2 Chronicles 34:12, 17), *overseers of priests and Levites* (Nehemiah 11:9, 2 Kings 11:18), and of *temple and tabernacle functions* (Numbers 4:16). God is called *episkopos* at Job 20:29, referring to His role as Judge, and Christ is an *episkopos* in 1 Peter 2:25 (RSV: *Shepherd and Guardian of your souls*). The Council of Jerusalem (Acts 15:1-29) bears witness to a definite hierarchical, episcopal structure of government in the early Church. St. Peter, the chief elder (the office of pope) of the entire Church (1 Peter 5:1; cf. John 21:15-17), presided and issued the authoritative pronouncement (15:7-11).

[4] "A consultative assembly of clergy and lay people from a diocese", *Merriam-Webster's Online Dictionary*

8-a.

38. On or about May 31, 2005, defendant Killian combined and conspired with former board president, namely Lillian Roberts, to produce and file a false declaration in the Alameda County Superior that untruly denied the sale of the Church's West Oakland property.

39. In June 2005, King Welbon and Bishops discovered that the former board trustees had in fact fraudulent sold the Church's West Oakland property held under the King's title, and publicly renounced, and rescinded the sale.

40. In June 2005, the buyers (City approved condominium developers) under the fraudulent sale were informed of the unauthorized and fraudulent sale of the Church's property, and immediately suspended and stalled the property development.

41. On June 25, 2005, in Welbon v. Mt. Zion Spiritual Temple, Inc., supra, the Honorable Steven A. Brick of the Alameda County Superior Court denied defendants Killian and Robert's application to restrain King Welbon, and Church officers from representing the Church as its hierarchical head.

42. After June 25, 2005, defendant Killian has unleashed a constant onslaught of malicious, illegal and intentional harass, intimidate, abuse of processes of court in a campaign to interfere, disrupt and violate plaintiffs' constitutional, first amendment rights, freedom to worship, right to assembly, and deny the plaintiffs the full benefit of laws for religious organizations, and the security of property.

43. After June 25, 2005, defendant Killian has conspired with co-defendants Burnett, McDaniels, Harris, and Hancox to maliciously, illegally and intentionally harass, intimidate, abuse the processes of the court to interfere, disrupt, and violate plaintiffs' constitutional rights, first amendment rights, freedom to worship, right to assembly, and deny the plaintiffs the benefit of laws for religious organizations, and the security of property.

44. After June 25, 2005, defendant recruited John Connor, under color of the Alameda County District Attorney's office to combine with the defendants to maliciously, illegally and intentionally harass, intimidate, abuse the legal processes of the court to interfere, disrupt the Church and its hierarchical order, violating plaintiffs' constitutional rights, first amendment rights, freedom to worship, right to assembly, and deny plaintiffs' the full benefit of laws for religious organizations, and the security of property.

45. One of the primary aims of the defendants' combination is to influence the secular courts, the Alameda County Superior Court, to forbiddingly meddle, intertwine, emboss, interweave, and immerse itself into the Church's internal affairs of the Church and hierarchical order to deny plaintiffs' right to use, control, and possession of Church property, and violate plaintiffs' first amendment right to religion, worship, assembly, right to due process, and equal protection of the law so as a means to intentionally disrupt and destroy the hierarchy of the Church, and sell it's valuable charitable real properties under the assumed unlawful authority of defendant Burnett.

46. Another one of the aims of the defendants' is to influence the Alameda County District Attorney's office to meddle, intertwine, emboss, interweave, insert, and immerse itself into the Church's daily operations, and the Church's internal affairs to deny plaintiffs' right to use, control its ministry, finances, and possession of

9.

Church property, violating plaintiffs' first amendment right to religion, worship, assembly, right to due process, and equal protection of the law so as a means to intentionally disrupt the hierarchy of the Church, and sell it's charitable real properties under the assumed unlawful authority of defendant Burnett.

47 : In furtherance of the conspiracy to deny plaintiffs' right to worship, freedom of religion, and deny plaintiffs' the full benefit of laws for religious organizations, and the security of property, the defendants have done the following wrongful acts:

(1) Defendants Killian and filed manufactured fraudulent and false declarations of personal service to conspire to construct, and entered numerous defaults against King Welbon, Prince Ray Bullock, Church secretary and members of the Church, and its affiliated organizations in the Alameda County Superior Court to destroy and disrupt the hierarchical order of the church to deny the worshippers due process, and equal protection of law. [5]

(2) Defendants Killian, Burnett, Harris, and Hancox filed fraudulent and false declarations to conspire in a unlawful detainer action in the Alameda County Superior Court to construct forcible entry/unlawful detainer defaults against King Welbon, and members of the Church to deny them due process, and equal protection of law to illegally evict plaintiff, King Welbon and Church members from the one of the Church's real properties reserved for the "King", popularly known as the "Kings Palace", and takeover the Church facility to deny the Church's its temporary place of worship at 760 Calmar Avenue, Oakland, CA. [6]

(3) Defendant Connor under color and title of the State of California personally visited Prince Ray Bullock, the Church's trustee, secretary and Church tribunal justice, he invaded the privacy of his home, and called him over the Church's telephone to frighten, overawe, intimidate him to abandon his association with the Church and King Welbon, and overawe the Church's secretary in the freedom of assembly, worship, religion, and disrupt Church's daily operations, responsibilities and fiduciary duties. For instance, defendant instructed Prince Bullock to cease further contact with the Alameda County District's Office which involved any illegal and fraudulent activity and conduct of defendants Killian, Burnett, and McDaniels regarding the meddling in the Church's internal affairs, and its charitable property and assets.

(4) On or about July 20, 2005 defendant Burnett filed false charges of civil harassment and had a bogus temporary restraining order issued under state police power against the above stated secretary as a device to maliciously frighten him from Church worship, and property that Alameda County Superior Honorable Leo Dorado dismissed, and cautioned defendant Burnett not to illicitly use the processes of the court to circumvent Judge Brick's June 25, 2005 order denying defendants Killian and his church faction relief against King Welbon and the officers of the court. [7]

(5) On or about January 7, 2007, defendant Killian with a fraudulent, forged false declaration of former trustee and Church member Lillian Roberts to sway the

---

[5] Welbon v. Mt. Zion (RG05-199540) Alameda County Superior Court
[6] Mt. Zion v. Bullock (WG05-224702) Alameda County Superior Court
[7] Burnett v. Bullock (RG05-222271) Alameda County Superior Court

10.

Honorable Cecilia Castellanos of the Alameda County Superior Court to issued an overbroad and vague oral order that (a) Prohibitively meddles, intertwines, and immerses the secular court into the Church's ecclesiastical duties and affairs; (b) Interferes with the Bishops' historical biblical and spiritual convocational ecclesiastical power and authority to oversee and control its ministry, and name "His Grace" King Dr. Eddie C. Welbon as the successor to King Louis H. Narcisse; (c) Invalidate the Church's April 28, 2005 election of trustees in violation of California Corporation Code, § 9218; (d) Arbitrarily toss out a significant number of Church members without respect or delegation to Church Tribunal, the Church's Highest Court. (e) Close, collapse and suspend the "King" ecclesiastical Sole Corporation that holds and controls the Church's assets and property; (f) Close, collapse and suspend all of the Church's affiliated California Corporations; and (g) Close, collapse and suspend all of the Church's bank accounts including the personal confidential banking accounts of King Welbon, **VIRTUALLY PLACING BAYONETS AT THE DOORS OF THE CHURCH, AND SHUTTING DOWN THE CHURCH.** (8) Defendant Killian, an outsider and non-contractual person to the Church's affairs, and defendant Innovative Bank combined one with the other to unlawfully, and illegally publicly expose, invade, and arbitrarily block all of the Church's confidential and private business banking accounts.

## FIRST CAUSE OF ACTION
Free Exercise of Religion

48. The allegations in Paragraphs 1 through 46 of the complaint are incorporated herein by reference the as though pleaded in full.

49. Defendants' actions which bar plaintiffs from meeting for purpose of prayer, worship, and religious expressions, violate plaintiffs' right to freely exercise their religious beliefs, guaranteed by the first and fourteenth amendments to the United States Constitution, and in violation of Article 1 section 4 of the California Constitution.

## SECOND CAUSE OF ACTION
Freedom of Association

50. The allegations in Paragraphs 1 through 46 of the complaint are incorporated herein by reference the as though pleaded in full.

51. Defendants' actions which bar plaintiff Bishop from meeting for purpose of prayer, worship, ministry, association, and religious and spiritual expressions, violate plaintiffs' right to freely associate with persons of their own choosing, guaranteed by the first and fourteenth amendments to the United States Constitution

## THIRD CAUSE OF ACTION
Freedom of Contract and Property

11.

52. The allegations in Paragraphs 1 through 46 of the complaint are incorporated herein by reference the as though pleaded in full.

53. Defendants' actions which bar plaintiff Bishop from the right to use of the Church's property for religious and spiritual purposes.

## FOURTH CAUSE OF ACTION
Privacy

54. The allegations in Paragraphs 1 through 46 of the complaint are incorporated herein by reference the as though pleaded in full.

55. Defendants' actions which bar plaintiffs from meeting for purpose of prayer, worship, and religious expressions, violate plaintiffs' right to freely associate with persons of their own choosing, guaranteed by the first and fourteenth amendments to the United States Constitution

## FIFTH CAUSE OF ACTION
Establishment Clause

56. The allegations in Paragraphs 1 through 46 of the complaint are incorporated herein by reference the as though pleaded in full.

57. Defendants' actions in recruiting defendant Connor under color of law, and state court action as set forth above impermissibly and prohibited entangles the State in determining ecclesiastical matters, supervising ministry, membership disputes, personal religious freedoms and beliefs, in violation of the Establishment Clause of the first amendment to the United States Constitution, made applicable to the states by the fourteenth amendment.

## SIXTH CAUSE OF ACTION
Equal Protection

58. The allegations in Paragraphs 1 through 46 of the complaint are incorporated herein by reference the as though pleaded in full.

59. Defendants' actions which bar plaintiff from assembly for purpose of prayer, worship, and religious expressions, violate plaintiffs' right to freely associate with persons of their own choosing, guaranteed by the first and fourteenth amendments to the United States Constitution regulating meetings and gatherings, in violation of plaintiff's right to equal protection of the laws, guaranteed by the fourteenth amendment to the United States Constitution.

## SEVENTH CAUSE OF ACTION
Declaratory Relief

60. The allegations in Paragraphs 1 through 46 of the complaint are incorporated herein by reference the as though pleaded in full.

61. An actual controversy now exists between the parties and the State of California, in that plaintiff contends that the State and defendants' actions violate his/their

12.

right to freely exercise religion, which is protected by the First Amendment to the United States Constitution and by Article 1, Section 4 of the California Constitution. Plaintiff further contends that defendants violate his/their rights under Government Code section 11135. Plaintiff is informed and believes, and alleges thereon, that the State and defendants, for their part, contend that their actions are authorized by law, and State Police Power, and that they do not violate the constitutional or statutory provisions cited by plaintiff.

## PENDANT JURISDICTION

(Violation of Gov C § 11135

62.  The allegations in Paragraphs 1 through 46 of the complaint are incorporated herein by reference the as though pleaded in full.

63.  The action of defendants as alleged above violates Government Code section 11135, because defendants are depriving plaintiff, solely because of his religion, full access to

(Violation of Unruh Act, Civ. C § 52.1(b))

64.  The allegations in Paragraphs 1 through 46 of the complaint are incorporated herein by reference the as though pleaded in full.

65.  The action of defendants as alleged above violates California Civ. Code, section 52.1, because defendants are interfering with the plaintiffs' right to freely exercise their religious beliefs by intimidation.

WHEREFORE, plaintiff respectfully requests that this Court grant the following relief:

1. Assume jurisdiction over this action, and pendent matters.

2. Enter a temporary restraining order and preliminary, and to permanent injunctions enjoining defendants from harassing plaintiff and Church members, interfering with plaintiff's ecclesiastical duties and responsibilities to the Church, supervision over the Church's ministry, right to exercise religion, use Church property for religious purposes, prayer, worship, religious discussion, spiritual expression, and charity.

3. Enter a temporary restraining order and preliminary, and to permanent injunctions enjoining defendants from enforcing and carrying out an Alameda County Superior Court oral order that is overbroad and vague, and specifically prohibiting defendants from interfering with plaintiff's right to exercise his religious beliefs, his right to freely associate with persons of his choosing, his right to privacy within the confines of the Church, and his right to due process and equal protection of the laws, as guaranteed by the first, ninth, and fourteenth amendment of the United States Constitution.

4. Enter a declaratory judgment declaration that State and defendants actions in determining and interfering with the ecclesiastical matters of the Church, use and

13.

Control of church property, supervising ministry, membership disputes, personal Religious freedoms and beliefs violates plaintiff's right to freely association, hold Property for worship and charitable purposes, privacy, freedom from harassment, and his right to due process and equal protection of the laws, as guaranteed by the first, ninth, and fourteenth amendment of the United State Constitution.;

5. Enter a declaratory judgment declaring that Judge Castellanos Oral Order on its Face and as applied, is vague and overbroad in violation of plaintiff's right to due process Of law, impermissibly entangle the State in matters of personal religious beliefs, exercise of religion, in violation of the Establishment Clause of the First Amendment, and violates plaintiff's right to freely exercise his religion, freely associate with persons of his choosing, His rights to privacy with the confines of the church, and his and their rights to equal Protection of the laws, as guaranteed by the First Ninth and Fourteenth Amendments to the United States Constitution. Judge Castellanos Oral Order took away all Insurance Protection the church's had by Ruling that Judge Brick Order of June 10th, 2005 did not give Our Leader King Dr. Eddie C. Authority to act in capacity as Successor and Spiritual Leader Of the Mt. Zion Spiritual Temple, Inc., and that he had no authority to be operating under such order and that he had not authority to be acting under the color of the law. Pursuant to Said order. See attached Order Marked as exhibit "A" and made a part of this instrument.

Judge Castellanos was given judicial notice that a fraud had taken place by the Cross-Complainant Lawyer Clinton Killian and Arthur Burnett by forging Lillian Roberts Name Judge Castellanos Order took away all of our Church Insurance Protection by Ordering that King Dr. Eddie C. Welbon had no authority to put insurance on church property which leaves the church properties unprotected and also leaves the bishops and chief Administrative unprotected and liable to law suits, foreclosures, unauthorized sales of church's properties and causes the Bishops and policy makers of the Mt. Zion Spiritual Temple, Inc., and the Corporation of the President and CEO King Dr. Eddie C. Welbon not to be able to function under a previous judge's order by overturning his order. Judge Castellanos invalidated a legal election held pursuant to the By-Laws and Constitution of the Mt. Zion Spiritual Temple, Inc., and Corporation of the President of the Mt. Zion Spiritual Temple-A-Corporation Sole Pursuant to California Corporation Code 100000. The election to choose King Dr. Eddie C. Welbon will be made available to the court under Separate covers.

6. Award Plaintiff's compensatory and punitive damages.
7. Award Plaintiff's costs and attorney's fees pursuant to 42 U.S.C.§ 1988.
8. For such further relief as the Court finds proper.

DATED: February 14th, 2007
BISHOP GERALD PATTERSON/CHURCH SUPREME COURT TRIBUNAL CLERK

KING ARCHBISHOP DR. EDDIE C. WELBON, CHIEF SPIRITUAL LEADER/SUCCESSOR/CEO

ARCHBISHOP PRINCE RAYFORD BULLOCK/CHIEF JUSTICE MT. ZION SPIRITUAL TEMPLE, INC., SUPREME COURT /TRIBUNAL

14.

Attention Rosalie

Enclosed is a copy of the last
Appraisal we could find in
the Kings files at that time its
Value was 11,500.00 May 14, 1980.
I'm sorry. I could not locate
the Original sale contract for the
Coat or the ring. I have a copy
Of the certificate for the ring it
Was Valued at     Princess Lillian
895.00 instead        452-3800
Of 1,250.00

Exhibit F

09 21    4 01

RECORDING REQUESTED BY

BOOK 70-09-21 PAGE

401                    70859

OFFICIAL RECORDS
SACRAMENTO COUNTY CALIF.

Sep 21  3 06 PM 1970

COUNTY RECORDER        $2.00

King L. H. Narcisse
629 - South Avenue
Sacramento, CA.  95838

SPACE ABOVE THIS LINE FOR RECORDER'S USE

King L. H. Narcisse
629 - South Avenue
Sacramento, CA.  95838

J. Robert Philpot

## Grant Deed                    D.T.T.

THIS FORM FURNISHED BY TITLE INSURANCE AND TRUST COMPANY

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

I, THELMA B. BABINO, a widow,

hereby GRANT(S) to

KING L. H. NARCISSE, a single man

the following described real property in the        City of Sacramento
County of        Sacramento                , State of California:

Lots 23 and 24 in Block 31 as shown on the official
"Amended Plat of West Del Paso Heights", recorded in
the office of the County Recorder of Sacramento
County December 5, 1911, in Book 12 of Maps, Map
No. 59.

Dated  September 4, 1970                    Thelma B. Babino

STATE OF CALIFORNIA
COUNTY OF  Sacramento      }SS.
On  September 10, 1970, before me, the under-
signed, a Notary Public in and for said State, personally appeared
----- Thelma B. Babino -----

_____ known to me
to be the person _____ whose name ___ is ___ subscribed to the within
instrument and acknowledged that ___ she ___ executed the same.
WITNESS my hand and official seal.

Signature  J. Robert Philpot

J. ROBERT PHILPOT
Name (Typed or Printed)

J. ROBERT PHILPOT
NOTARY PUBLIC - CALIFORNIA
Principal Office in SACRAMENTO County
My Commission Expires April 22, 1974

Title Order No._____    Escrow or Loan No._____

MAIL TAX STATEMENTS AS DIRECTED ABOVE

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL TO

Name CORPORATION OF THE PRESIDENT
OF THE MT. ZION SPIRITUAL TEMPLE
Address c/o Valva Realty Co.
City & 678 14th St.
State Oakland, California

Title Order No. _____ Escrow No. 843915-KT

70-185699

RECORDED AT REQUEST OF
ALAMEDA COUNTY TITLE CO.
AT 10:30 A.M.
SEP 25 1978
OFFICIAL RECORDS OF
ALAMEDA COUNTY, CALIFORNIA
RENE C. DAVIDSON
COUNTY RECORDER

5°°

TAX PAID

---

MAIL TAX STATEMENTS TO

Name
Address Same As Above
City &
State

AP# 7-553-7 & 8

SPACE ABOVE THIS LINE FOR RECORDER'S USE

Documentary transfer tax $...7.7..50.....
☒ Computed on full value of property conveyed, or
☐ Computed on full value less liens and encumbrances
remaining thereon at time of sale.

Signature of declarant or agent determining tax—firm name

CITY OF OAKLAND

## Individual Grant Deed

WESTERN TITLE FORM NO. 104

843915 (1)

FOR VALUE RECEIVED, **RAY W. FRASER and CECILE A. FRASER, his wife**

GRANT____ to CORPORATION OF THE PRESIDENT OF THE MT. ZION SPIRITUAL TEMPLE,
a corporation,

all that real property situate in the          City of Oakland ✓

County of     Alameda                              , State of California, described as follows:

Portion of Lots 21 and 22, in Block 727B, as said lots and block are
shown on the "Map of Tract No. 382 of Whitcher's Official Map, Oakland,
August 1873", filed August 18, 1873, in Book 6 of Maps, at page 4,
in the office of the County Recorder of Alameda County, described
as follows:
Beginning at the intersection of the Western line of Peralta Street with
the Northern line of 14th Street, as said streets are shown on said
map; and running thence along said line of Peralta Street Northerly
53 feet; thence at right angles Westerly 50 feet; thence at right angles
Southerly 53 feet to said line of 14th Street; and thence along the
last named line Easterly 50 feet to the point of beginning.

SEE EXHIBIT "A" ATTACHED HERETO AND
MADE A PART HEREOF FOR THE DESCRIPTION

Dated          August   11,   1978

*Ray W. Fraser*
RAY W. FRASER

*Cecile A. Fraser*
CECILE A. FRASER

City of Oakland Tax $ 188.00

STATE OF CALIFORNIA          }
                    County of     Alameda     } ss.
On August 11, 1978 before me, the undersigned,
a Notary Public, in and for said State, personally appeared
RAY W. FRASER and CECILE/FRASER,
known to me to be the person s. whose name s. are
subscribed to the within instrument, and acknowledged to me that
he I executed the same.

*Harold A. Schneider*
                    Notary Public
Harold A. Schneider

FOR NOTARY SEAL OR STAMP

OFFICIAL SEAL
HAROLD A. SCHNEIDER
NOTARY PUBLIC - CALIFORNIA
COUNTY OF ALAMEDA
My Comm. Expires Nov. 21, 1981

EXHIBIT A

MAIL TAX STATEMENTS AS DIRECTED ABOVE

843915-1    70-185679

Those parcels of land in the City of Oakland, County of Alameda, State of California, described as follows:

PARCEL 1:

Portion of Lots 21 and 22, Block 727B, Map of Tract No. 382 of Whitcher's Official Map, filed August 18, 1873, Map Book 6, page 4, Alameda County Records, described as follows:

Beginning at the intersection of the Western line of Peralta Street with the Northern line of 14th Street, as said streets are shown on said map; thence along said line of Peralta Street Northerly 53 feet; thence at right angles Westerly 50 feet; thence at right angles Southerly 53 feet to said line of 14th Street; and thence along the last named line Easterly 50 feet to the point of beginning.

PARCEL 2:

The western 50 feet of the Eastern 100 feet of Lots 19, 20, 21, and 22, Block 727-B, Map of Tract No. 382 of Whitchers Official Map, filed August 18, 1873, Map Book 6, page 4, Alameda County Records, described as follows:

Beginning at a point on the northern line of 14th Street, distant thereon westerly 50 feet from the western line of Peralta Street, as said streets are shown on said map; thence along said line of 14th Street westerly 50 feet; thence at right angles northerly 105.62 feet to the northern line of said Lot 19; thence at right angles easterly along the last named line 50 feet; and thence at right angles southerly 105.62 feet to the point of beginning.

(Continued)

Recorded at the request of:

_____

When recorded mail to:

MT. ZION SPIRITUAL TEMPLE
c/o Robert E. Hunter, Esq.
345 Franklin Street
San Francisco, Ca 94102

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY, CALIF.

JUN 21 1972

AT    4:30 PM
JACK G. BLUE, County Recorder

72-83510

## QUITCLAIM DEED

LOUIS H. NARCISSE, a single man

hereby does remise, release and QUIT CLAIM unto

CORPORATION OF THE PRESIDENT OF MT. ZION SPIRITUAL TEMPLE, INC.
a California corporation sole

all that real property situated in the City of Oakland, County

of Alameda, State of California, described as follows:

LOTS 3 and 4 in BLOCK "N" as said lots and block are shown
on the map of "EAST PIEDMONT HEIGHTS, OAKLAND, CALIFORNIA,
1907", filed March 19, 1907, in Book 22 of Maps, page 55
in the office of the County Recorder of Alameda County.

DATED:   6/21/72

_____
LOUIS H. NARCISSE

STATE OF CALIFORNIA  )
                     )  ss.
County of ALAMEDA    )

On   6/21/72   before me  R. D. Harrill  _____

_____, personally appeared LOUIS H. NARCISSE, known

to me to be the person whose name is subscribed to the within

instrument and acknowledged to me that he executed the same.

WITNESS my hand and official seal.

R. D. HARRILL
NOTARY PUBLIC - CALIFORNIA
Alameda County
My commission expires Apr. 17, 1976

_____
Notary Public

EXHIBIT B

Case:07-cv-00123-PJH-kv Document 3-3 Filed 02/22/2007 Page 119 of 167

RECORDED at REQUEST OF

RECORDING REQ___ D BY

MAR 1 1 1964

OFFICIAL RECORDS OF
ALAMEDA COUNTY, CALIFORNIA
JACK G. BLUE
COUNTY RECORDER

WHEN RECORDED MAIL TO

Corporation of the President of
Mount Zion Spiritual Temple
2188 14th Street
Oakland, California

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

(Escrow No. __431284__)

By this instrument dated __March 4, 1964__, for a valuable consideration,

GEORGE J. SCHOMAKER, as his separate property,

hereby GRANTS to

CORPORATION OF THE PRESIDENT OF THE MOUNT ZION SPIRITUAL TEMPLE,
a Corporation Sole,

the following described Real Property in the State of California, County of __Alameda__,

City of Oakland and being

DESCRIPTION:

in the State of California, County of Alameda, City of Oakland,
and being:

COMMENCING at a point in the northerly line of West 14th Street,
distant thereon 149 feet westerly from the point of intersection
of said northerly line of said West 14th Street with the westerly
line of Center Street as said West 14th Street and said Center
Street are shown on the map of "Map of Peralta and Center Street
Lands", etc., hereinafter referred to; and running thence wester-
ly along said northerly line of said West 14th Street 80.05 feet
to the point of intersection of said northerly line of said West
14th Street with the easterly line of Peralta Street as said Peralta
Street now exists since the widening thereof by that certain Deed
from the Realty Syndicate, a corporation, to City of Oakland, a
municipal corporation, dated September 13, 1910, recorded October
10, 1910, in the office of the County Recorder of said County of
Alameda, thence northerly along said easterly line of said Peralta
Street 25 feet to the point of intersection of said easterly line
of said Peralta Street with the southeasterly line of Peralta Street
as said Peralta Street is shown on the map of "Map of Peralta and
Center Street Lands", etc., hereinafter referred to; thence northeast-
erly along said southeasterly line of said Peralta Street, 78.15 feet
to the southerly boundary line of lot 23 in block 581, as said lot
23 and said block 581 are shown on the map of "Map of Peralta and
Center Street Lands", etc., hereinafter referred to; thence easterly
along said southerly boundary line of said lot 23 and parallel with
said northerly line of said West 14th Street 60.57 feet; thence
southerly in a direct line to the point of commencement.

BEING portions of Lots 19, 20, 21 and 22 in Block 581, as said lots
and block are shown on the map of "Map of Peralta and Center Street
Lands", etc., filed March 3, 1877, in the office of the County Re-
corder of said County of Alameda.

Being Assessor's Arb No. 5-370-7

AW39887

STATE OF ___

COUNTY OF Alameda ___

subscribed to the within instrument, and acknowledged to me that __he__ executed the same.

NOTARY PUBLIC in and
for said County and State

Notary's Signature __Barbara J. Seaver__

Type or Print Notary's Name __Barbara J. Seaver__

Form No. 348 Revised 12-60

1-431284 ed

RE:1226 IM:119

AW92148

RECORDED at REQUEST of
North American Title Ins. Co.
At 9.30 A.M.

JUN - 9 1964

OFFICIAL RECORDS OF
ALAMEDA COUNTY, CALIFORNIA
JACK G. BLUE
COUNTY RECORDER

RECORDING REQUESTED BY

WHEN RECORDED MAIL TO
"HIS GRACE"
King Louis H. Narcisse
760 Oilmar
Oakland, California

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

(Escrow No. 370930cp)

By this instrument dated _____ June 6, 1964 _____ for a valuable consideration,

LEON H. ROUNTREE and MARGRETT ROUNTREE, his wife

hereby GRANTS to    "HIS GRACE"
King Louis H. Narcisse, a single man

The following described Real Property in the State of California, County of _____ Alameda

City of _____ Oakland,

Lot 10 in Block "N", as said lot and block are shown
on the map of "East Piedmont Heights, Oakland, California,
1907", filed March 19, 1907, in Book 22 of Maps, page 55,
in the office of the County Recorder of Alameda County.

Being Assessor's Arb No. 11 868 29

_Leon H. Rountree_
Leon H. Rountree

_Margrett Rountree_
Margrett Rountree

STATE OF CALIFORNIA
COUNTY OF Alameda

On June 8, 1964 before me, the undersigned, a Notary Public in and for said County
and State, personally appeared Leon H. Rountree and Margrett
Rountree
known to me to be the
person S whose name S are subscribed to the within instrument, and acknowledged to me that they executed the same.

Notary's Signature: _Crawford J. Neals_
CRAWFORD J. NEALS, Notary Public
Type or Print Notary's Name.    My Commission expires March 4th 1968

EXHIBIT

BOOK 68-02 PAGE 699

AMERICAN TITLE COMPANY
OF SACRAMENTO

OFFICIAL RECORDS
SACRAMENTO COUNTY, CALIF.

Feb 9 2 12 PM '68

$2.00

COUNTY RECORDER

9699

WHEN RECORDED,
PLEASE MAIL THIS INSTRUMENT TO

King L. B. Narcisse
628 South Avenue
Sacramento, California

Order No. _____
Escrow No. 204450-KTX
Loan No. A.P.# 251-093-23
253-093-22

SPACE ABOVE THIS LINE FOR RECORDER'S USE

PLACE INTERNAL REVENUE STAMPS IN THIS SPACE

## GRANT DEED

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

TOM MILLER, as his separate property                    , do hereby

GRANT to     KING L. B. NARCISSE, a single man

the real property in the     City of Sacramento          County of Sacramento
State of California, described as:

Lots 2 and 3 in Block 6 of Plat of Del Paso Heights;
according to the official plat thereof, filed in the office of the
Recorder of Sacramento County, California, on February 7, 1911,
in Book 12 of Maps, Map No. 1.

$11.00          $4.40          $4.40          $ .55
FEB 0 9 1968    FEB 0 9 1968    FEB 0 9 1968    FEB 0 9 1968
SACRAMENTO      SACRAMENTO      SACRAMENTO      SACRAMENTO
COUNTY          COUNTY          COUNTY          COUNTY

Dated  February 1, 1968

STATE OF CALIFORNIA
COUNTY OF Sacramento

On  Feb-7  1968                                    Tom Miller
before me, the undersigned, a Notary Public in and for said
State, personally appeared   Tom Miller

known to me to be the person whose name is
subscribed to the within instrument and acknowledged that
he executed the same.

WITNESS my hand and official seal.

Signature

Name (Typed or Printed)

OFFICIAL SEAL
THOMAS W. LORIS
NOTARY PUBLIC CALIFORNIA
PRINCIPAL OFFICE IN
SACRAMENTO COUNTY

My Commission Expires Nov. 3, 1971

MAIL TAX STATEMENTS TO  King L. B. Narcisse
628 South Avenue - Sacramento, California

EXHIBIT F

Case 3:08-cv-02023-CRB Document 13-3 Filed 01/22/2008 Page 40 of 57

# Deed

HENRY ORMOND and BEATRICE M. ORMOND

the first part ies, hereby

Grant to LOUIS E. NARCISSE, a single man

the second part y , all that real property situated in the City of Oakland

County of Alameda State of California described as follows:

LOTS 3 and 4 in Block "K", as said lots and block are shown on the map of "East Piedmont Heights, Oakland, California, 1907", filed March 19, 1907, in book 22 of Maps, page 55, in the office of the County Recorder of Alameda County.

DATED this 20th day of December 1956

*Henry Ormond*

*Beatrice M. Ormond*

STATE OF CALIFORNIA
COUNTY OF Alameda } ss.

December 1956 before me Mabel Vlieu

a Notary Public in and for said County and State, personally appeared

Henry Ormond and Beatrice M. Ormond

known to me to be the person S whose name S subscribed to the within

Instrument and acknowledged to me that they executed the same.

May 19__

Notary Public in and for said County and State, County of Oakland, California

| | |
|---|---|
| | A.I. 132848 |
| | For Use of Recorder Only |
| | RECORDED at REQUEST OF |
| | Oakland Title Insurance Company |
| | At 10:49 A. M. |
| | DEC 24 1956 |
| | BOOK 8240 PAGE 23 |
| | OFFICIAL RECORDS OF |
| | ALAMEDA COUNTY, CALIF. |
| | COUNTY RECORDER |

EXHIBIT A

# Deed

604090

17-199-B

(1)

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

GEORGE L. RICE and MARY L. RICE, his wife,

E-84

hereby

GRANT to    CORPORATION OF THE PRESIDENT OF THE MT. ZION

SPIRITUAL TEMPLE

all that real property situated in the  City of Oakland,    County of Alameda,

State of California, described as follows:

Lot 39 in Block E of East Piedmont Heights, according to the
map thereof, filed March 19, 1907 in the office of the County
Recorder of said Alameda County, and of record in Map Book 22,
page 55.

DATED  November 16th, 1959

George L. Rice

Mary L. Rice
Mary L. Rice

STATE OF CALIFORNIA
COUNTY OF ~~ALAMEDA~~  }  ss.
Los Angeles

On                                    before me, the undersigned
a Notary Public in and for said County and State personally appeared

AQ140596

George L. Rice , and

Mary L. Rice

known to me to be the person S whose name S are subscribed to the
within instrument, and acknowledged to me that the y executed the same.

(SEAL)

Lillian Rachsky
Notary Public in and for said County and State

MY COMMISSION EXPIRES SEPTEMBER 22, 1960

When recorded mail to:

Name  Mt. Zion Spiritual Temple
Address  1488 - 14th St.
City  Oakland    State  Calif.
Appl. No.  604090    No.

FORM 78 NH

FOR RECORDER'S USE ONLY

RECORDED at REQUEST OF
Western Title
Guaranty Company
at 9:30 A.M.

NOV 30 1959
9225  PAGE  423
BOOK
OFFICIAL RECORDS OF
ALAMEDA COUNTY, CALIFORNIA

Thomas W. Fitzsimmons
COUNTY RECORDER

enforcement of a Nonprofit Trust against the Co-Administrators of the Estate of the Estate of Louis H. Narcisse. [1]

2. The trust described herein is not revocable by its bylaws.

3. Mount Zion Spiritual Temple, Inc. was formed in 1948 as a California Nonprofit Public Benefit/Religious Corporation. **IT IS A 501(c) (3) CORPORATION and entitled to protection from the wholesale looting, pillage, and sacking of its charitable by co-administrators Lillian Roberts, and Helen Butler.** [2](See Exhibits A, and B)

4. Mount Zion Spiritual Temple, Inc. also held churches in other counties, and states of the union in a *"Hierarchical Structure"*.[3]

5. CORPORATION OF THE PRESIDENT OF MOUNT ZION SPIRITUAL TEMPLE, INC., a Corporation Sole, was formed in 1957 by the Late "His Grace" King Louis H. Narcisse, Spiritual Leader of Mount Zion Spiritual Temple for the purpose of administering and managing the 501(c) (3) real properties of Mount Zion Spiritual Temple, Inc., pursuant to California Corporation Code, § 10002.

---

[1]Although the Attorney General has the primary responsibility for enforcement of charitable trusts, the courts have recognized that others with sufficient interest in the trust as trustee have right to bring actions for enforcement. [See Holt v. College of Osteopathic Physicians & Surgeons (1964) 61 C2d 750, 754, 40 CR 244]

[2] The Attorney General is empowered to oversee charities as the representative of the public, and of beneficiaries, who, unlike beneficiaries of a private trust, are ordinarily indefinite an therefore unable to enforce the trust on their own behalf [ see Holt v. College of Osteopatic Physicians & Surgeons (1964) 61 C2d 750, 754, 40 CR 244]

[3] The Court has defined a hierarchical church as "a subordinate member of some general church organization in which there are superior ecclesiastical tribunals with a general and ultimate power of control...over the membership of the that general organization." Watson v. Jones (1871) 80 US 679, 722-23.

**6.** CORPORATION OF THE PRESIDENT OF MOUNT ZION SPIRITUAL TEMPLE, INC., a Corporation Sole, formed by "His Grace" King Louis H. Narcisse has perpetual existence, notwithstanding vacancies in the incumbency thereof, and by the death of King Narcisse in 1989.

**7.** The real properties herein in title of CORPORATION OF THE PRESIDENT OF MOUNT ZION SPIRITUAL TEMPLE, INC., a Corporation Sole, was/is in trust on behalf of petitioner, and Mount Zion Spiritual Temple, Inc.

**8.** In 1989, **CORPORATION OF THE PRESIDENT OF MOUNT ZION SPIRITUAL TEMPLE, INC.,** a Corporation Sole, held title to certain real properties in trust on behalf of petitioner, and Mount Zion Spiritual Temple, Inc., but co-administrators Lillian Roberts, and Helen Butler placed themselves in an **OPEN AND NOTORIOUS COMPLICT OF INTEREST** as **CONTROLLING** corporate trustees of Mount Zion Spiritual Temple, Inc., and proceeded to enrich themselves of the charitable assets of the church, by racketeering, by disregarding, ignoring, and circumventing and violating the church's charitable and religious trusts across the United States, by illegally and wrongfully seizing the church's **501(c) (3)** assets in utter and open complicity and collusion with others such as one Rev. Arthur B. Burnett to manifestly "rob" the church.

**9.** On April 28, 2005, frustrated and aggravated dedicated members of Mount Zion Spiritual Temple, Inc. finally gathered together and installed a successor to the Late "His Grace" King Louis H. Narcisse, which effectively filled "the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple" as the co-administrators Lillian Roberts and Helen Butler were fully informed, and well aware of the laws governing a Sole Corporation, and the "Sovereign", and "Statutory" rights, powers and authority bestowed upon "His Grace" King Dr. Eddie C.

Welbon as the successor to King Louis H. Narcisse in regards to the ownership and control of the church's charitable **501(c) (3)** assets. (See Exhibit C, January 22, 1991, Bovarnick's Supplemental Statement of Factual and Legal Contentions Regarding Case Management Conference, Case No. 657863-9

10. Co-administrators Lillian Roberts, and Helen Butler refused, and continue to refuse to turnover church's assets, records, documents or account to the church or successor, and in fact have, clandestinely and without authority of court, placed **ALL** of the remaining **501(c) (3)** real properties held in constructive and legal trust for Corporation of the President of Mt. Zion Spiritual Temple up for immediate sale.

11. and nonprofit corporate assets church assets as set forth below:

**IN THE STATE OF CALIFORNIA:**

744 Calmar, Oakland

This property was purchased by the corporation sole on March 11, 1964. At all times title thereto has been as "Corporation of the President of the Mt. Zion Spiritual Temple, a corporation Sole."

In the Objection by Lillian Roberts to Citation and Petition for Removal filed herein, co-administrator Lillian Roberts claimed that 744 Calmar was not property of the Estate as if it had never been transferred to the Estate, which was a gross untruth, and complete fabrication of facts uttered to the court.

744 Calmar was a charitable asset of Mount Zion Spiritual Temple, Inc., and the co-administrators Roberts and Butler were fully aware of it as set out above, but co-administrators transferred title of 744 Calmar into the estate nevertheless as evidenced by the July 24, 1989 Creditor's Claim of Corporation of the President of Mount Zion Spiritual

-4-

1 Temple, Inc., filed by Joseph L. Russell, Attorney for Mt. Zion Spiritual Temple, Inc. on

2 behalf of former CEO/President of Mount Zion Spiritual Temple, Princess Ann Williams

3 AKA Prince Ann Grant-James (See Exhibit D)

4 In response to the creditor's claim, co-administrator Roberts rejected the claim, and kept title,

5 possession and control of 744 Calmar in the Estate until it was wrongfully liquidated, and

6 disappeared from the Estate and Church. (See Exhibit E)

7 Princess Ann Williams also filed her own creditor's claim for 744 Calmar, and falsely

8 claimed that "His Grace" had "promised to transfer his interest in property located at 744

9 Calmar Avenue" to her "during his lifetime, which was in open violation of the state

10 nonprofit laws, corporate bylaws, and the custom and practice of "His Grace", and Mt. Zion

11 Spiritual Temple. (See Exhibit F )

12 On information and belief, co-administrators Roberts and Butler and Former CEO Princess

13 Ann Williams colluded, combined and wrongfully sold 744 Calmar in 1994, and split the

14 proceeds of the sale among themselves effectively defrauding and robbing the church of its

15 valuable **501(c) (3)** protected property.

16 Whereas soon thereafter, Ann Williams completely abandoned Mt. Zion Spiritual Temple,

17 Inc., took a portion of the money from the sale of 744 Calmar, and disappeared. Co-

18 administrator Roberts assumed her abandoned CEO position, and asserted herself as

19 President and CEO of Mt. Zion Spiritual Temple, Inc., and continued in combination with

20 co-administrator Butler to loot, pillage, and plunder the church's **501(c) (3)** assets.

21 760 Calmar, Oakland, CA

22 This property was purchased by the corporation sole on March 11, 1964. At all times title

23 thereto has been as "Corporation of the President of the Mt. Zion Spiritual Temple, a

-5-

corporation Sole. The Sole corporation property was wrongfully converted and poured over into the Estate of Louis H. Narcisse. The co-administrators were aware that this property should not have included as estate property, but ignored the charitable trust status, and transferred title into the Estate as their continuing pattern of racketeering, and "robbing" the church of its 501(c) (3) valuable assets. [4]

At some relevant time, co-administrators Roberts and Butler manufactured, developed, and designed a subterfuge, hoax and ploy to mask their fraud upon the court, the members of Mt. Zion Spiritual Temple, and the nonprofit laws of the State of California and United States, co-administrators Roberts and Butler unilaterally manufactured an <u>unexecuted</u> stipulated judgment transferring title of 760 Calmar, and the church back to Mount Zion Spiritual Temple, Inc. for certain considerations that co-administrators never performed, and never intended to perform. [5]

Co-administrators Roberts, Butler and Rev. Arthur Burnett are currently conspiring to sell off the church's asset due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple being filled by "His Grace" King Dr. Eddie C. Weblon in a pattern similar to Burnett's illegal transactions in Michigan, set out more fully below.

---

[4]  In fact, Counsel Steven H. Bovarnick, attorneys for the personal representatives formally admitted, and informed the court that said property was charitable assets of the church, and not an asset of the Estate. See January 22, 1991, Bovarnick's Supplemental Statement of Factual and Legal Contentions Regarding Case Management Conference, Case No. 657863-9

[5]  By the admissions set forth in the co-administrator counsel Bovarnick's Supplemental Statement of Factual and Legal Contentions, co-administrators Roberts and Butler were fully aware that their title to 760 Calmar was null and void. They had no legal or justified right, power, or authority to seize 760 Calmar as Estate property for their benefit and control.

1488 14th Street, Oakland

This property was purchased by the corporation sole on March 11, 1964. At all times title

thereto has been as "Corporation of the President of the Mt. Zion Spiritual Temple, a

corporation Sole. The Sole corporation property was wrongfully converted and poured over

into the Estate of Louis H. Narcisse.

Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the

pastor the church, and sell off the church's remaining assets as soon as possible due to the

incumbency of the Corporation of the President of Mt. Zion Spiritual Temple being filled by

"His Grace" King Dr. Eddie C. Weblon in a pattern similar to Burnett's illegal transactions in

Michigan, set out more fully below.

Unimproved Lot on Balfour, Oakland

This property was purchased by the corporation sole on June 9, 1964. At all times title

thereto has been as "Corporation of the President of the Mt. Zion Spiritual Temple, a

corporation Sole. The Sole corporation property was wrongfully converted and poured over

into the Estate of Louis H. Narcisse.

Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the

pastor the church, and sell off the church's remaining assets as soon as possible due to the

incumbency of the Corporation of the President of Mt. Zion Spiritual Temple being filled by

"His Grace" King Dr. Eddie C. Weblon in a pattern similar to Burnett's illegal transactions in

Michigan, set out more fully below.

Unimproved Lots on South Avenue, Sacramento

This property was purchased by King L.H. Narcisse on June 9, 1964. At all times title thereto

has been as "Corporation of the President of the Mt. Zion Spiritual Temple, a corporation

1   Sole. All properties was held in the name of "King" Louis H. Narcisse was acquired on

2   behalf of, and was holding the title in behalf of Mt. Zion Spiritual Temple, Inc., a California

3   Religious Organization, and Corporation of the President of Mt. Zion Spiritual Temple, Inc.,

4   a Sole Corporation as connoted by the title of "King" of Mt. Zion Spiritual Temple, Inc.

5

6   1480 14th Street, Oakland

7   This property was purchased by the corporation sole on September 25, 1978. At all times title

8   thereto has been as "Corporation of the President of the Mt. Zion Spiritual Temple, a

9   corporation Sole.

10

11  This property disappeared from the church's and estate inventory list.

12  1606 16th Street, Oakland

13  This property was purchased by the corporation sole. At all times title thereto has been as

14  "Corporation of the President of the Mt. Zion Spiritual Temple", a corporation Sole.

15  Co-administrators and Saint Catherine Brown, former trustee of the church, illegally and

16

17  knowingly sold the charitable property after a successor to "His Grace" King Louis H.

18  Narcisse was installed. Co-administrator Lillian Roberts was formally informed that such

19  property was held in trust for the church in "perpetual existence" until a new spiritual leader

20  of the church was installed. [6]

21

22  **ASSESSOR'S PARCEL NUMBERS AS FOLLOWS:**

23  018-160-21-00-7

24

25  [6] Counsel Steven H. Bovarnick, attorneys for the personal representatives formally admitted, and nformed the court

26  and Ms. Roberts that the property was held in trust for the church due to "a vacancy in the incumbency of the

27  Corporation of the President of Mt. Zion Spiritual Temple." See January 22, 1991, Bovarnick's Supplemental

28  Statement of Factual and Legal Contentions Regarding Case Management Conference, Case No. 657863-9

This property in the City of Bakersfield, CA was purchased by the corporation sole. At all times title thereto had been as "Corporation of the President of the Mt. Zion Spiritual Temple", a corporation Sole. The Sole corporation property was wrongfully sold by Princess Ann Williams, allegedly chairman of the sole corporation, and Rev. Anthony Reed, allegedly secretary of the sole corporation all in concert and collusion with co administrators.

250-0111-008-0000

This property at 628 Morey Avenue in the City of Sacramento, CA was purchased by the corporation sole. At all times title thereto had been as "Corporation of the President of the Mt. Zion Spiritual Temple", a corporation Sole. All properties was held in the name of "King" Louis H. Narcisse was acquired on behalf of, and was holding the title in behalf of Mt. Zion Spiritual Temple, Inc., a California Religious Organization, and Corporation of the President of Mt. Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of "King" of Mt. Zion Spiritual Temple, Inc.

Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the pastor the church, and sell off the church's remaining 501(c) (3) assets as soon as possible due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple being filled by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal transactions in Michigan, set out more fully below.

250-0150-008-0000

This property at 628 South Avenue in the City of Sacramento, CA was purchased by the corporation sole. At all times title thereto had been as "Corporation of the President of Mt. Zion Spiritual Temple", a corporation Sole. All properties was held in the r "King" Louis H. Narcisse was acquired on behalf of, and was holding the Mt. Zion Spiritual Temple, Inc., a California Religious Organizatio

President of Mt. Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of "King" of Mt. Zion Spiritual Temple, Inc. The words "A Single Man" mean only that he was not married, and it did not mean that it was his personal property.

250-0114-009-0000

This property in the City of Sacramento, CA was purchased by the corporation sole. At all times title thereto had been as "Corporation of the President of the Mt. Zion Spiritual Temple", a corporation Sole. All properties was held in the name of "King" Louis H. Narcisse was acquired on behalf of, and was holding the title in behalf of Mt. Zion Spiritual Temple, Inc., a California Religious Organization, and Corporation of the President of Mt. Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of "King" of Mt. Zion Spiritual Temple, Inc. This property was illegally sold to Keisha Runnels in November 2004.

250-0150-090-0000

This property at 650 South Avenue in the City of Sacramento, CA was purchased by the corporation sole. At all times title thereto had been as "Corporation of the President of the Mt. Zion Spiritual Temple", a corporation Sole. All properties was held in the name of "King" Louis H. Narcisse was acquired on behalf of, and was holding the title in behalf of Mt. Zion Spiritual Temple, Inc., a California Religious Organization, and Corporation of the President of Mt. Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of "King" of Mt. Zion Spiritual Temple, Inc.

Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the pastor the church, and sell off the church's remaining **501(c) (3)** assets as soon as possible due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple

being filed by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal

transactions in Michigan, set out more fully below.

250-0150-010-0000

This property at 700 South Avenue in the City of Sacramento, CA was purchased by the

corporation sole. At all times title thereto had been as "Corporation of the President of the

Mt. Zion Spiritual Temple", a corporation Sole. All properties was held in the name of

"King" Louis H. Narcisse was acquired on behalf of, and was holding the title in behalf of

Mt. Zion Spiritual Temple, Inc., a California Religious Organization, and Corporation of the

President of Mt. Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of

"King" of Mt. Zion Spiritual Temple, Inc.

Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the

pastor the church, and sell off the church's remaining 501(c) (3) assets as soon as possible

due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple

being filed by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal

transactions in Michigan, set out more fully below.

250-0114-013-0000

This property at 0000 South Avenue in the City of Sacramento, CA was purchased by the

corporation sole. At all times title thereto had been as "Corporation of the President of the

Mt. Zion Spiritual Temple", a corporation Sole. All properties was held in the name of

"King" Louis H. Narcisse was acquired on behalf of, and was holding the title in behalf of

Mt. Zion Spiritual Temple, Inc., a California Religious Organization, and Corporation of the

President of Mt. Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of

"King" of Mt. Zion Spiritual Temple, Inc.

-11-

Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the pastor the church, and sell off the church's remaining **501(c) (3)** assets as soon as possible due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple being filled by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal transactions in Michigan, set out more fully below.

250-0114-016-0000

This property at 629 South Avenue in the City of Sacramento, CA was purchased by the corporation sole. At all times title thereto had been as "Corporation of the President of the Mt. Zion Spiritual Temple", a corporation Sole. All properties was held in the name of "King" Louis H. Narcisse was acquired on behalf of, and was holding the title in behalf of Mt. Zion Spiritual Temple, Inc., a California Religious Organization, and Corporation of the President of Mt. Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of "King" of Mt. Zion Spiritual Temple, Inc.

Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the pastor the church, and sell off the church's remaining **501(c) (3)** assets as soon as possible due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple being filled by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal transactions in Michigan, set out more fully below.

250-0114-017-0000

This property at 633 South Avenue in the City of Sacramento, CA was purchased by the corporation sole. All properties was held in the name of "King" Louis H. Narcisse was acquired on behalf of, and was holding the title in behalf of Mt. Zion Spiritual Temple, Inc., a California Religious Organization, and Corporation of the President of Mt. Zion Spiritual

-12-

Temple, Inc., a Sole Corporation as connoted by the title of "King" of Mt. Zion Spiritual Temple, Inc.

Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the pastor the church, and sell off the church's remaining **501(c) (3)** assets as soon as possible due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple being filled by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal transactions in Michigan, set out more fully below.

250-0113-018-0000

This property at 725 South Avenue in the City of Sacramento, CA was purchased by the corporation sole. At all times title thereto had been as "Corporation of the President of the Mt. Zion Spiritual Temple", a corporation Sole. All properties was held in the name of "King" Louis H. Narcisse was acquired on behalf of, and was holding the title in behalf of Mt. Zion Spiritual Temple, Inc., a California Religious Organization, and Corporation of the President of Mt. Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of "King" of Mt. Zion Spiritual Temple, Inc.

Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the pastor the church, and sell off the church's remaining **501(c) (3)** assets as soon as possible due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple being filled by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal transactions in Michigan, set out more fully below.

250-0114-018-0000

This property at 625 South Avenue in the City of Sacramento, CA was purchased by the corporation sole. At all times title thereto had been as "Corporation of the President of the Mt. Zion Spiritual Temple", a corporation Sole.

-13-

Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the pastor the church, and sell off the church's remaining **501(c) (3)** assets as soon as possible due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple being filled by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal transactions in Michigan, set out more fully below.

250-0114-019-0000

This property at 621 South Avenue in the City of Sacramento, CA was purchased by the corporation sole. At all times title thereto had been as "Corporation of the President of the Mt. Zion Spiritual Temple", a corporation Sole. All properties was held in the name of "King" Louis H. Narcisse was acquired on behalf of, and was holding the title in behalf of Mt. Zion Spiritual Temple, Inc., a California Religious Organization, and Corporation of the President of Mt. Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of "King" of Mt. Zion Spiritual Temple, Inc.

Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the pastor the church, and sell off the church's remaining **501(c) (3)** assets as soon as possible due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple being filled by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal transactions in Michigan, set out more fully below.

250-0114-020-0000

This property at 613 South Avenue in the City of Sacramento, CA was purchased by the corporation sole. At all times title thereto had been as "Corporation of the President of the Mt. Zion Spiritual Temple", a corporation Sole. All properties was held in the name of "King" Louis H. Narcisse was acquired on behalf of, and was holding the title in behalf of Mt. Zion Spiritual Temple, Inc., a California Religious Organization, and Corporation of the

President of Mt. Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of "King" of Mt. Zion Spiritual Temple, Inc.

Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the pastor the church, and sell off the church's remaining **501(c) (3)** assets as soon as possible due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple being filled by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal transactions in Michigan, set out more fully below.

250-0114-022-0000

This property at 605 South Avenue in the City of Sacramento, CA was purchased by the corporation sole. At all times title thereto had been as "Corporation of the President of the Mt. Zion Spiritual Temple", a corporation Sole. All properties was held in the name of "King" Louis H. Narcisse was acquired on behalf of, and was holding the title in behalf of Mt. Zion Spiritual Temple, Inc., a California Religious Organization, and Corporation of the President of Mt. Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of "King" of Mt. Zion Spiritual Temple, Inc.

Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the pastor the church, and sell off the church's remaining **501(c) (3)** assets as soon as possible due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple being filled by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal transactions in Michigan, set out more fully below.

250-0093-022-0000

This property at 605 South Avenue in the City of Sacramento, CA was purchased by the corporation sole. At all times title thereto had been as "Corporation of the President of the Mt. Zion Spiritual Temple", a corporation Sole. All properties was held in the name of

"King" Louis H. Narcisse was acquired on behalf of, and was holding the title in behalf of Mt. Zion Spiritual Temple, Inc., a California Religious Organization, and Corporation of the President of Mt. Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of "King" of Mt. Zion Spiritual Temple, Inc.

Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the pastor the church, and sell off the church's remaining **501(c) (3)** assets as soon as possible due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple being filled by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal transactions in Michigan, set out more fully below.

250-0114-023-0000

This property in the City of Sacramento, CA was purchased by the corporation sole. At all times title thereto had been as "Corporation of the President of the Mt. Zion Spiritual Temple", a corporation Sole. All properties was held in the name of "King" Louis H. Narcisse was acquired on behalf of, and was holding the title in behalf of Mt. Zion Spiritual Temple, Inc., a California Religious Organization, and Corporation of the President of Mt. Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of "King" of Mt. Zion Spiritual Temple, Inc.

Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the pastor the church, and sell off the church's remaining **501(c) (3)** assets as soon as possible due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple being filled by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal transactions in Michigan, set out more fully below.

250-0150-035-0000

This property at 681 Hayes Street in the City of Sacramento, CA was purchased by the corporation sole. At all times title thereto had been as "Corporation of the President of the Mt. Zion Spiritual Temple", a corporation Sole. All properties was held in the name of "King" Louis H. Narcisse was acquired on behalf of, and was holding the title in behalf of Mt. Zion Spiritual Temple, Inc., a California Religious Organization, and Corporation of the President of Mt. Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of "King" of Mt. Zion Spiritual Temple, Inc.

Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the pastor the church, and sell off the church's remaining 501(c) (3) assets as soon as possible due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple being filled by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal transactions in Michigan, set out more fully below.

250-0150-036-0000

This property at 667 Hayes Street in the City of Sacramento, CA was purchased by the corporation sole. At all times title thereto had been as "Corporation of the President of the Mt. Zion Spiritual Temple", a corporation Sole. All properties was held in the name of "King" Louis H. Narcisse was acquired on behalf of, and was holding the title in behalf of Mt. Zion Spiritual Temple, Inc., a California Religious Organization, and Corporation of the President of Mt. Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of "King" of Mt. Zion Spiritual Temple, Inc.

Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the pastor the church, and sell off the church's remaining 501(c) (3) assets as soon as possible due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple

being filed by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal transactions in Michigan, set out more fully below.

250-0150-038-0000

This property at 655 Hayes Street in the City of Sacramento, CA was purchased by the corporation sole. At all times title thereto had been as "Corporation of the President of the Mt. Zion Spiritual Temple", a corporation Sole. All properties was held in the name of "King" Louis H. Narcisse was acquired on behalf of, and was holding the title in behalf of Mt. Zion Spiritual Temple, Inc., a California Religious Organization, and Corporation of the President of Mt. Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of "King" of Mt. Zion Spiritual Temple, Inc.

Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the pastor the church, and sell off the church's remaining **501(c) (3)** assets as soon as possible due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple being filed by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal transactions in Michigan, set out more fully below.

**IN THE STATE OF MICHIGAN**

3951 McDougal

This property at 3951 McDougal in the City of Detroit, MI was purchased and title held in KING NARCISSE MT. ZION MICHICAN STATE SPIRITUAL TEMPLE.

2295 W. Chicago

This property at 2295 W. Chicago in the City of Detroit, MI was purchased and title held in KING NARCISSE MT. ZION MICHICAN STATE SPIRITUAL TEMPLE.

2705 Joy Road

This property at 2705 Joy Road in the City of Detroit, MI was purchased and title held in

KING NARCISSE MT. ZION MICHICAN STATE SPIRITUAL TEMPLE.

2254 W. Chicago

This property at 2254 W. Chicago in the City of Detroit, MI was purchased and title held in

KING LOUIS H. NARCISSE.

In 1990, all the above herein properties were all listed as assets of the Louis H. Narcisse in

the Estate of Louis H. Narcisse. Co-administrators Lillian Roberts, and Helen Butler knew

that the above were charitable assets and should not have listed as estate assets. [7]

**REVEREND ARTHUR B. BURNETT IN MICHIGAN**

Misappropriation of 501(c)(3) Property, and Assets

2295 W. Chicago –After the death of Louis H. Narcisse, In 1990 Rev. Burnett combined with

a Willy Ozier and wrongfully transferred title to the above herein property into an entity

(Amazing Grace Temple, Inc.) controlled by them, and misappropriated and "robbed" the

church of its charitable 501(c)(3) property, and asset. [8]

2705 Joy Road- Again, after the death of Louis H. Narcisse, In 1990 Rev. Burnett combined

with a Willy Ozier and wrongfully transferred title to the above herein property into an entity

---

[7] In Fact, in 1995 Charles J. Gerlach, Esq. of Kemp, Klein, Umphrey & Endelman, Suite 600 Columbia Center, 201 West Big Beaver Rd., Troy Michigan **formally** informed co-administrators that after an investigation "…none of these properties should have been listed as estate assets.

[8] There is a Quit Claim Deed for $3000 deeding the property from the "King Narcisse Temple Church" to James R. Willis, and Coby Wills. The Deed was signed by the "Reverend" A.B. Burnett, signing as "Authorized Agent for Church."

-19-

controlled by them, and misappropriated and again "robbed" the church of its charitable 501(c)(3) property, and asset. [9]

Nevertheless Rev. Burnett's criminal conduct in Michigan and theft and looting of church properties, co-administrators have knowingly combined with him to continue to loot, and pillage church property in California.

## REVEREND ARTHUR B. BURNETT IN CALIFORNIA

Misappropriation of Estate Property, Perjury and Insurance Fraud

In Objection by Lillian Roberts to Citation and Petition for Removal filed herein, she attached and incorporated by reference a certain declaration from the same Rev. Arthur B. Burnett AKA Reverend A.B. Burnett, Bishop Arthur B. Burnett, and Arthur Burnett of Michigan.

In that declaration, Mr. Burnett falsely alleged he was a member in good standing of Mt. Zion Spiritual Temple, and a trustee. Rev. Burnett also alleged falsely that petitioner stole two diamond rings, and a mink coat from 760 Calmar.

Rev. Burnett's allegation is interesting in that on April 27, 1989, co-administrator Lillian Roberts claimed and reported stolen and lost the same two diamond rings, and a mink coat to the church's insurance carrier, Unigard Insurance Company. (See Exhibit G)

She claimed that the value of the stolen property at over $11,000. If these items were lost and stolen as alleged in 1989, why would these items be allegedly in possession and control of Rev. Arthur B. Burnett but for an insurance fraud scheme, and evidence of a continuing

---

[9] Again, there is a Quit Claim Deed transferring the property from King Narcisse Michigan State Memorial Temple to Amazing Grace Temple, Inc. The Deed was signed by Arthur Burnett as Pastor and Authorized signer for the King Narcisse Michigan State Memorial Temple.

pattern of a conspiracy between Roberts, Butler and Burnett to "rob" the church, and the

Estate of its valuable assets and property.

Additionally, Mr. Burnett has been found by the instant court to be untrustworthy, unreliable

and the very declaration submitted, and attached to co-administrator Robert's objection in this

case has been determined by the Alameda County Superior Court to be *replete with*

*conflicting testimony"*. (See 9/26/05 Judge Brick's Order Motion to Vacate/Set Aside

Granted, Alameda County Superior Court, <u>Mt. Zion v. Bullock</u>, Case No. WG05-224702)

Furthermore, Mr. Burnett has been found to have manufactured a Civil Domestic Violence

lawsuit against the petitioner by the Honorable Leo Dorado in <u>Burnett v. Bullock</u>, Alameda

Superior Court, Case No. RG05-222271. The matter brought by Rev. Burnett was found by

Judge Dorado to be no more than a ploy, and devise manufactured by him to circumvent the

6/10/05 court ruling of the Honorable Steven A. Brick against Ms. Roberts denying her

application to restrain "His Grace" Dr. King Eddie C. Welbon from exercising his Sovereign

powers as the successor to the Late "His Grace" Dr. King Louis H. Narcisse.

12. Co-administrators Lillian Roberts, Helen Butler have failed and refused, and continue to

fail and refuse to perform the duties and conditions of holding **501(c) (3),** and California

Nonprofit Corporation charitable properties in trust for the public good (Mt. Zion

Spiritual Temple, Inc., a California Religious Corporation, and a Sole Corporation, as set

forth in the laws and regulations of the State of California, and United States.

13. Mount Zion Spiritual Temple, Inc. is a predominately Black congregation, and is entitled

to equal protection of the laws, and the same rights, respects, and protection of the laws

accorded to predominately white congregations in similar situations involving outright

racketeering activities across the United States by parties entrusted with trust properties,

and wholesale larceny, and theft of the charitable assets of Mount Zion Spiritual Temple, Inc, a California Nonprofit Religious Corporations.

14. The beneficiaries of the Mt. Zion Spiritual Temple, Inc. charitable trust are the current members of the church in good stating as registered in the membership rolls as maintained by the secretary of the church.

15. The names and addresses of the persons entitled to notice of this petition are as follows:

    A. State of California, Department of Justice Attorney General Honorable Bill Lockyer 1515 Clay Street Oakland, CA 94612

    B. State of California Department of Justice 1300 I Street, Suite 125 Sacramento, CA 94244-2550 Attn: Karen Denvir, Deputy Attorney General

    C. Mike Cox, Michigan Department of Attorney General, Cadillac Place, 10th Floor, 3030 W. Grand Blvd. Suite 10-200, Detroit, MI 48202

    D. U.S. Attorney General, Alberto Gonzales, U.S. Department of Justice, 455 Golden Gate Avenue, San Francisco, CA 94102

    E. Unigard Insurance Company, Fraud Division, 15805 NE 24th Street, Bellevue, WA 98008-2409

WHEREFORE, petitioner prays for an order:

1. Compelling co-administrators to execute and deliver and turnover to Mt. Zion Spiritual Temple, Inc., and "His Grace" King Dr. Eddie C. Welbon, assets, monies, real and personal property that was in title in, and held in trust of Mt. Zion Spiritual Temple, Inc., that was wrongfully seized by co-administrators Roberts, and Butler;

2. Compelling co-administrators to desist and cease threatening, and colluding to continue to dispose of real and personal property that was in title in, and held in trust of Mt. Zion Spiritual Temple, Inc., and Corporation of the President of Mt. Zion Spiritual Temple, Inc., and interfering in, and blocking the nonprofit business and religious affairs of Mt. Zion Spiritual Temple;

3. An accounting to the U.S. Attorney, Michigan and California Attorney General, members of Mt. Zion Spiritual Temple, Inc., and Corporation of the President of Mt. Zion Spiritual Temple, Inc., and "His Grace" King Dr. Eddie C. Welbon all **501(c) (3)** properties sold, transferred that was in title in, and held in trust of Mt. Zion Spiritual Temple, Inc., and Corporation of the President of Mt. Zion Spiritual Temple;

4. Constructive Trusts established in benefit of Mt. Zion Spiritual Temple, Inc., and Corporation of the President of Mt. Zion Spiritual Temple of all real and personal property of Mt. Zion Spiritual Temple, Inc., and Corporation of the President of Mt. Zion Spiritual Temple wrongfully sold, transferred to third parties by co-administrators Roberts and Butler within the last two (2) to three (3) years.

5. For costs herein, and

6. For such other and further relief as the court may deem proper.

Dated February 9, 2006

By

Petitioner and Secretary of Mt. Zion Spiritual Temple, Inc.

-23-

# Memorial Services

## for

# His Grace

# King Dr. Louis H. Narcisse

Thursday, February 9, 1989 - 7 p.m.

Craig Memorial Tabernacle

14201 Puritan
Detroit, Michigan

*Presiders*
REV. CHARLES ASHLEY CRAIG III
BISHOP LINDSEY CRAIG

*Co-Presiders*
REV. CHARLES B. RANSOM



### Leaning on the Everlasting Arms — 211

Elisha A. Hoffman

Anthony J. Showalter

1. What a fel-low-ship, what a joy di-vine, Lean-ing on the ev-er-last-ing arms; What a bless-ed-ness, what a peace is mine, Leaning on the ev-er-last-ing arms. Lean-ing, lean-ing, Safe and se-cure from all a-larms; Lean-ing, lean-ing, Lean-ing on the ev-er-last-ing arms.

2. O how sweet to walk in this pil-grim way, Lean-ing on the ev-er-last-ing arms; O how bright the path grows from day to day, Leaning on Je-sus, leaning on Je-sus.

3. What have I to dread, what have I to fear, Lean-ing on the ev-er-last-ing arms? I have bless-ed peace with my Lord so near, Leaning on Je-sus, leaning on Je-sus.

*(The King's Favorite Song)*



# "His Grace"



# King L.H. Narcisse

### *"It's Nice To Be Nice"*

APRIL 27, 1921 - FEBRUARY 3, 1989

# The Mt. Zion Story

"For out of Jerusalem shall go forth a remnant and they that escape out of Mt. Zion; the zeal of the Lord shall do this."

Isaiah 37:32

In 1945 "His Grace" King Louis H. Narcisse, D.D., founded the Mt. Zion Spiritual Temple by having a vision and calling a prayer meeting. It did not develop without opposition. City officials snubbed it and residents resented him and the work that started in an humble edifice at 809 Myrtle Street, Oakland, California.

He lived in San Francisco and commuted in the wind and rain to hold his services. Many were the day he had to walk long distances from lack of transportation to tell the people what thus said the Lord.

With no definite sanctuary, services were held for some time in the Oakland Auditorium for a great rental cost. Services were even held at a local church after they had their services and still an unusual price was asked for rental. None of this discouraged this man of God who had then merited the title "His Grace" Louis H. Narcisse. For he held to the promise given by Jesus- "If one is to reign he must suffer."

Mt. Zion went through crucial moments and trying days. It was often like a ship on the stormy seas. There were conspirators, drop-outs, rebellious and disobedient ones but he is a Prophet and the Prophets of old went through this. For whenever one seeks to do good, Satan steps in. He was there in the days of Cain and Abel. He was there in Jesus' days for Peter denied him, Thomas doubted him and Judas betrayed him. "His Grace" knew this so he continued to press on to help God's people and build Mt. Zion on a solid foundation, for the first steps toward building any constructive thing is a sound foundation.

The work began to grow and make progress. Souls were saved, the sick were healed and the hungry were fed. The membership grew and the choir sang and won praise as the best choir in the Bay Area. Members, clients, followers and well wishers alike were blessed Spiritually and materially. Unity was in the camp and everyone was practicing its motto:"IT IS NICE TO BE NICE" but it is real nice to let others know you are nice.

Time went on but notice came that services would have to be held some other place. An old theatre building at 1488-14th Street, Oakland, California became vacant. It had formerly been a fire house. The owner saw fit to rent it to Mt. Zion. Shortly after this in the same auditorium that had asked the great rental fee he was crowned "KING" of the Spiritual Movement because he had proven himself worthy of the title.

Building on the foundation continued and he kept climbing up and spreading the news of Mt. Zion via radio. The first radio broadcast began in 1943 on Radio Station KWBR (The Warner Brothers Station) in Oakland, California.

*(continued)*

The owner of 1488-14th Street decided to sell the property and placed a sign "For Sale". The King, being of God, was blessed to acquire the building and immediately began beautifying it.

Dignitaries came from far and near to see King Narcisse and Mt. Zion. A movie company staff from Germany came and made a film. Editors of national magazines came to write the story. Mt. Zion was at a peak.

Let us pause and go back to the beginning and early days of Mt. Zion. Holy garments could not be worn, blessed articles and Spiritual counsel was looked upon as witchcraft. People tried to make the spiritual way dirty and messy. You were subject to prosecution practicing your spiritual gift. The battle was on. "His Grace" made all of this possible and recognized and respectable. The State of California was convinced of its realness and incorporated this Spiritual Movement.

Many Spiritual churches began to spring up in the open and veils and holy garments became ever so popular. Why? "His Grace" had paved the way for those wanting to walk the Spiritual Way.

High officials now attended functions honoring him. Paul Coates interviewed him as millions watched and marveled as he told the story of Mt. Zion. Mt. Zion was revealed at the Inauguration of the late President John F. Kennedy. President Nixon heard of it while lunching with years before he became president. Mayors of cities gave him the key to their city. Citations of merit and awards were bestowed upon him. Starting in a project he moved to the hills in a Palace to be the Light on the Hill.

King Narcisse headed a Worldwide Crusade which took him throughout these United States and foreign countries such as Spain, France and England.

Temples and properties were listed in Baton Rouge, Louisiana, Phoenix, Ariz., the cities of Oakland, Los Angeles, Bakersfield, Richmond, Pomona, Vallejo, and Sacremento, California; Orlando, Florida, Houston, Texas, and Detroit, Michigan. Radio broadcasts were brought each week from Oakland, California, Vallejo, California, Detroit, Michigan and wherever King Narcisse was from time to time.

The Mother Temple in Oakland, California is its National Headquarters. Its doctrine is Holy and its History is True.

We say to you- "Come to Mt. Zion Spriitual Temple". There is a Prophet among us.

# Obituary

On April 27, 1921, Louis Herbert Narcisse became a physical expression and made his entrance into the world in the city of Grenta, Louisiana.

His father, Jesse Narcisse, met with an untimely death before his birth, but the guiding hand of the almighty provided for Louis. His mother, Mrs. Stella Kelly Narcisse, met and married Mr. Wesley Rogers, who raised Louis and his sisters and brothers as his own. His mother died in November, 1987. Four brothers and sisters and his step-father preceded him in death.

In 1938, he graduated from McDonald High School No. 35 in New Orleans, Louisiana. In 1965, "King" received his Honorary Doctor's of Divinity from Williams College, Berkley, California. King Narcisse furthered his intellectual and religious pursuits through studies over a lifetime throughout the world.

Being a spiritual man of God, King Narcisse combined his learnings and worldwide experiences to form the foundation upon which he built his dynamic religious organization.

The singing talents of Louis Herbert Narcisse were first recognized when he was a teenager in his hometown, New Orleans, La., where he won five radio auditions. He was a soloist at church services. His family were devout Baptists and the boy was baptized at the Mt. Zion Baptist Church, a name he later transferred to his own religious order.

King Narcisse was divinely inspired into the ministry in 1939 and moved to Oakland, California in 1943.

In 1945, while living in the Hunter Housing Project in South San Francisco, he founded the Mt. Zion Spiritual Temple order by having a vision and calling a prayer meeting.

King Narcisse was a known true prophet, years before he acknowledged his call to the ministry.

"His Grace" was coronated King Narcisse in the Oakland Auditorium Arena, September 10, 1955. As a spiritual man, it was one's spiritual side and spiritual values that he was seriously concerned with.

He fed the hungry each Monday and over 20,000 were fed by the Mt. Zion dining rooms each year. He also gave loaves of "Blessed Bread" to the multitudes.

In January 1961, King Narcisse led a 15 car motorcade to the Inauguration of President John F. Kennedy. Before leaving Oakland, California he appeared before a crowd of 400 outside City Hall, many of whom pressed bills and silver into his hand.

"His Grace" also attended the Inauguration of President Jimmy Carter and was invited to a luncheon by Mr. Richard M. Nixon, before he became president.

With his worldwide crusade, "His Grace" travelled extensively throughout the world visiting places, such as Paris, London, Portugal, Lisbon, Spain and Hawaii. His favorite verse from the Psalms "The Lord is my light and my salvation, whom shall I fear? The Lord is the strength of my life, of whom shall I be afraid?" provided him with his armor of protection to fight for God.

King Narcisse lived his motto: "It's nice to be nice and it's real nice to let others know that you are nice." This was evidenced in the outpouring of love and devotion showered on him by all who met him. He was the recipient of many awards, too numerous to list here. He has been recognized by Heads-of-State; government officials; and religious leaders throughout the world. He has received "Keys" to the City; special tributes; and recognition and accolades, abundantly.

King Narcisse's regal and royal bearing was quite consistent with his title "King". When he attended President Kennedy's Inaugural, he was mistaken for an African royal diplomat.

*(continued)*

OBITUARY *(continued)*

"His Grace" was once quoted as saying "It is only by faith that we exist, but we exist... I am doing what God put me here to do." And, indeed, he did what God put him here to do. He established temples in Sacremento, Houston, New Orleans, Orlando, Detroit and the Mother Temple in Oakland, California. At one time, Mt. Zion broadcasted across the nation on six radio stations. His "Moments of Meditation" are still broadcast live on station KEST, San Francisco. At its peak, his membership was reputed to number approximately 200,000 worldwide. He provided spiritual consultations with clients worldwide, many of whom were still in contact with the "King" up to the time of his demise.

King Narcisse has recorded many religious songs; "It's So Nice to be Nice", "Without the Lord", "Jesus, I Can't Forget You", "Two Wings", "Everything in the World belongs to God", "Moving Up a Little Higher", "Lord, I've Tried"; are amongst some of his most well-known recordings. His recording, "Two Wings", was no. 17 in the World Pool of Records. He was once offered a minimum of $8,000.00 to sing in a San Francisco nightclub but turned it down on the theory that young, impressionable minds might follow him into the "gaudy fleshpots, lose their way amidst the bright lights and strong drink, and be unable to follow him out."

"His Grace" extended his works as a community activist and was once honored by the mayor of San Francsico, who took time to discuss urban renewal, race relations, and other minority matters with His Grace. In Detroit, he has worked with the Salvation Army, Mother Waddles, March of Dimes, Urban League, NAACP, Gamma Phi Delta Sorority- Cavaliers Auxiliary. He was also a 33rd Degree Mason.

This great dynamic religious leader will truly be missed by us all. His passing leaves an unfillable void, but the essence and spirituality of the man will live forever!

His Grace, King Louis H. Narcisse, departed this life, for his homegoing to God on Friday, February 3, 1989. He leaves to rejoice in his memory, 1 brother, Earl Batiste of Vellejo, California; 1 sister, Mrs. Helen Butler of Reno, Nevada; 1 adopted son, Rev. Prince Arthur Narcisse of Detroit, MI.; 1 grandson, Louis D. Mars (six years old) of Detroit, MI.; nieces, nephews, several spiritual sons and daughters, a devoted church family and a host of loving friends.



Bejeweled hand of Narcisse is kissed as he greets
flock during his 42nd birthday fete.

*(Excerpts from issue of Ebony Magazine)*



King sits on throne.



"Blessed bread" is passed out by Narcisse to eager follower in Monday morning ritual at one of Mt. Zion properties. He says of ceremony: "It is symbolic of life, food and creation. This is more than just bread, it becomes a spiritual blessing."



Religious majesty, self-styled, exudes from King Louis H. Narcisse as he sits, in royal garb, in the Prayer Garden of his Oakland, Calif. home. Founder and holy potentate of the Mt. Zion Spiritual Temples, Inc., King Louis declares: "I believe I can come here and commune with God. I believe I am closer to Him here than in the temple."



Soft rain soothes Narcisse on trip to shores of Lake Merritt for meditation.



In "Palace" courtyard, Narcisse delivers pep talk to high ranking members of religious order.



# Reflections



## Mt. Zion Spiritual Temple Celebrates Its 42nd Anniversary



## 40th Royal Congress Celebration









## Pallbearers

| | |
|---|---|
| William Ozier | Donald Meadows |
| Henry Kemp | Anthony Turney |
| Bishop Bobbie Boone | Stacey Simone |
| Wellesley Ozier | Oscar Y. Harris |

## Honorary Pallbearers

| | | |
|---|---|---|
| Mayor Coleman A. Young | Rev. Edgar Van | Bishop E. I. Nero |
| Rev. Charles Ashley Craig III | Rev. A. Leonard Posey | Prophet Robert Hamilton |
| Bishop Lindsey Craig | Rev. Fred Morris | Rev. Robert Smith |
| Bishop L. V. Hill | Rev. Eugene Gray | Rev. J. H. Porter |

## Flower Bearers

*Ladies of the Royal Family of the Detroit Temple*

### Funeral Home In Charge

**SWANSON FUNERAL HOME, INC.**
Northwest Chapel
14751 W. McNichols at Lauder
Detroit, Michigan

### Interment

Rolling Hills Cemetery
Richmond, California

## Acknowledgements

*The family of the late King Louis H. Narcisse wishes to acknowledge with sincere appreciation, the many comforting messages, floral tributes and many other expressions of love and kindness shown during this time. A more personal acknowledgement will be made at a later date.*

★ ★ ★

*I wish to thank everyone for being so nice and understanding. You have all been so beautiful during this time. I only hope that someday I can be of help in some way to you. I say to you, as the King always taught me: "It is nice to be nice - but it is real nice to let someone know that you are nice." May God bless and keep you.*

EARL BATISTE, Brother

★ ★ ★

*To my many friends who have expressed their love and concern. I appreciate it from the bottom of my heart. Your many expressions of love has helped to hold me up. For that, I am grateful.*

REV. PRINCE ARTHUR NARCISSE, Son

★ ★ ★

*Thank you for all your love and kindness. Our Grace was known for his expressions of love and kindness towards all, down through the years and we pray God's blessings be bestowed upon each and everyone of you.*

THE ROYAL FAMILY OF THE DETROIT TEMPLE

★ ★ ★

TO DETROIT,

*We, of the Mother Temple of Oakland, California would like to express our deep appreciation for your love and every act of kindness; for only a people bound by pure love could have expressed the thoughtfulness that you did for our great spiritual leader.*

THE ROYAL FAMILY OF THE MOTHER TEMPLE

E & H Printing Co., Inc. 842-5786

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

|  |  |  |
|---|---|---|
| LILLIE MAE JEFFERSON, et al., | X X X |  |
| Plaintiffs, | X X | |
| vs. | X X | No. 07-2128-JPM-dkv |
| CLINTON KILLIAN, et al., | X X | |
| Defendants. | X X | |

---

ORDER TRANSFERRING CASE PURSUANT TO 28 U.S.C. § 1406(a)

---

On February 22, 2007, Plaintiffs Lillie Mae Jefferson, Carolyn C. Cunningham, Jackie Williams, Gregory Richardson, Eddie C. Welbon, Louis H. Narcisse, Gerald Patterson, Rayford Bullock, and Willia Canson filed a pro se complaint pursuant to, inter alia, 42 U.S.C. §§ 1981, 1983, and 1985(3).[1] Plaintiff Welbon paid the civil filing fee. With the sole exception of Plaintiff Cunningham, a resident of Memphis, Tennessee, each of the plaintiffs resides in Oakland, California. The Clerk shall record the defendants as Clinton Killian, a resident of Oakland, California; Bob Connor or John Connor, an investigator for the Alameda County District Attorney's Office in Oakland, California;[2] Arthur B. Burnett, a former member of the Mt. Zion Spiritual Temple who resides in Oakland, California;

---

[1]     The complaint also cited 42 U.S.C. § 1982, which does not exist.

[2]     This defendant's first name is listed as "Bob" on the case caption but as "John" in the body of the complaint. (Docket Entry ("D.E.") 1 at 2, 4.)

Eloise McDaniels, a police officer employed by the City of Oakland, California; Franklin Harris, Jr., an employee of Defendant Killian; Lillian Roberts, who is not identified; the Bank of America; Innovative Bank; Bank of the West; the Oakland Post Newspaper Group and its publisher, Paul Cobb; Thomas Orloff, who is not identified; the Alameda County District Attorney; Alameda County Superior Court Cecelia Castellanos; the United States Attorney; California Attorney General Edmund G. Brown; the California Secretary of State; Steven H. Bovarnick, who is not identified; the Estate of Louis H. Narcisse, and Nicole Hancock, an employee of Defendant Killian.

This lawsuit is one of several commenced by Plaintiffs Jefferson and Welbon in at least five federal district courts around the country. Although the complaint is far from clear, the action appears to concern the control of the Mt. Zion Spiritual Temple (the "Church") in Oakland, California and of various Church assets.[3]

---

[3]     Plaintiffs filed the identical lawsuit in the United States District Court for the Eastern District of California on February 16, 2007. On June 6, 2007, Magistrate Judge Kimberly J. Mueller issued an order transferring the case, <u>sua sponte</u>, to the United States District Court for the Northern District of California. <u>Jefferson, et al. v. Killian, et al.</u>, No. Civ S-07-0323 WBS KJM PS (E.D. Cal.). The case is pending in the Northern District of California as case no. CV 07-02992 PJH.

Plaintiffs filed a similar lawsuit in the Northern District of California on February 14, 2007. On June 5, 2007, District Judge Charles R. Breyer dismissed the federal claims with prejudice for failure to state a claim and as barred by the <u>Rooker-Feldman</u> doctrine. <u>Patterson, et al. v. Killian, et al.</u>, No. C 07-00951 CRB (N.D. Cal.). Plaintiffs did not appeal.

On May 31, 2007, Plaintiffs filed a civil action in the Northern District of California against Defendants Killian and Bovarnick and other parties, which is pending. <u>Hand, et al. v. Brown, et al.</u>, No. C-07-2825 MMC (N.D. Cal.).

On March 12, 2007, Plaintiffs filed a complaint very similar to this one in the District of Colorado. On June 11, 2007, Magistrate Judge Michael E. Hegarty issued an order striking the complaint for failure to comply with Fed. R. Civ. P. 8 and directing Plaintiffs to file an amended complaint that cured numerous enumerated deficiencies by July 9, 2007. On July 19, 2007, Magistrate Judge Hegarty
(continued...)

Twenty-eight U.S.C. § 1391(b) authorizes the commencement of a civil action only in a judicial district

(1) where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred . . . , or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

This claim has no connection with this district apart from the fact that one of the plaintiffs resides in Memphis. None of the defendants reside in this district, none of the acts or omissions giving rise to Plaintiffs' claims are alleged to have occurred in this district, and the complaint does not allege that any defendant is found in this district. Paragraph 5 of the complaint alleges that "[v]enue is proper in the Northern District of California, pursuant to Title 28 U.S.C. § 1391(b), because the claims arose in he [sic] district." (D.E. 1 at 3.)

Twenty-eight U.S.C. § 1406(a) states:

The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.

---

[3]   (...continued)
issued a report and recommendation recommending that the case be dismissed without prejudice for failure to comply with the order issued on June 11, 2007. On October 3, 2007, District Judge Wiley Y. Daniel issued an order adopting the report and recommendation and dismissing the complaint without prejudice. Judgment was entered on October 9, 2007. Jefferson, et al. v. Killian, et al., Civil Action No. 07-cv-005110-WYD-KLM (D. Col.). Plaintiffs did not appeal.

On April 2, 2007, Plaintiffs filed a similar complaint in the United States District Court for the Eastern District of Michigan. On August 7, 2007, District Judge Paul V. Gadola dismissed the case sua sponte for failure to prosecute. Jefferson, et al. v. Killian, et al., Civil Action No. 07-11468 (D. Col.). No judgment has been entered, and Plaintiffs did not appeal or otherwise respond to the dismissal order.

For the reasons stated, this action should have been brought in the United States District Court for the Northern District of California, Oakland Division.[4] Therefore, it is hereby ORDERED, pursuant to 28 U.S.C. § 1406(a), that this case is TRANSFERRED, forthwith, to the Northen District of California, Oakland Division.

IT IS SO ORDERED this 28th day of December, 2007.

s/ JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

---

[4] Ordinarily, the Court would order Plaintiffs to file an amended complaint to cure numerous deficiencies in the initial pleading. However, as the case has no connection to this district, it is the interest of judicial economy to transfer this duplicative complaint to the Northern District of California, for the transferee court to handle as it sees fit.

4



| Intake Clerk: | Receipt Number: | Receipt Date: |
|---|---|---|
| anthony | M106162 | 02/22/2007 |

## United States District Court

Western District of Tennessee

| | |
|---|---|
| Western Division-Memphis | Eastern Division-Jackson |
| 167 N. Main, Room 242 | Room 262, 111 South Avenue |
| Memphis, TN 38103 | Jackson, TN 38301 |
| (901) 495 - 1200 | (731) 421-9200 |

Received From:

EDDIE WELBON

| | | |
|---|---|---|
| **Cash:** | | |
| **Check:** | $350.00 | Check Number: 122 |
| **Credit:** | | |
| **Money Order:** | | |
| **EFT:** | | |
| **Total Amount Owed:** | $350.00 | |
| **Total Amount Paid:** | $350.00 | |
| **Change:** | $.00 | |

### Receipt Details

1   Civil Filing Fee                                    Amount Owed:                          $350.00
    Case Number 2:07CV2128
    JEFFERSON, ET AL vs KILLINA, ET AL.,

Total Lines: 1                      **Total Amount:**              **$350.00**

Thomas M. Gould
*Clerk of Court*

# United States District Court
# Western District of Tennessee

FILED
08 JAN ... P 2: 13

| | |
|---|---|
| **Federal Building**<br>167 North Main Street, Suite 242<br>Memphis, Tennessee 38103 | **Federal Building**<br>111 South Highland, Room 262<br>Jackson, Tennessee 38301 |
| *901-495-1200 (Telephone)*<br>*901-495-1250 (Facsimile)*<br>*Tom_Gould@tnwd.uscourts.gov* | *731-421-9200 (Telephone)*<br>*731-421-9210 (Facsimile)* |

December 31, 2007

CV 08       0123
JCS

United States District Court
Phillip Burton US Courthouse
Internal Box 36060
San Francisco, CA 94102
ATTN: Clerk of Court

 RE:07-2128 Jefferson, et al v.  Killian, et al.

Dear Clerk of Court:

     Enclosed are certified copies of an Order.., entered on the docket on December 28, 2007, and docket entries.

     Please acknowledge receipt of same by copy of this letter.

     As this case has been entered into CM/ECF, an informational page has been attached for you to retrieve the case file electronically.

     If further assistance is needed, please let us know.

                              Sincerely,

                              THOMAS M. GOULD, Clerk

                         BY: *Easley*
                              Deputy Clerk

Encl.                         RECEIVED DOCUMENTS ON _____
                              day of _____, 2006
                              By:_____



CLOSED

# U.S. District Court
## Western District of Tennessee (Memphis)
### CIVIL DOCKET FOR CASE #: 2:07-cv-02128-JPM-dkv
### Internal Use Only

*JCS*

CV 08 0123

| | |
|---|---|
| Jefferson, et al v. Killian, et al., | Date Filed: 02/22/2007 |
| Assigned to: Judge Jon Phipps McCalla | Date Terminated: 12/28/2007 |
| Referred to: Magistrate Judge Diane K. Vescovo | Jury Demand: Plaintiff |
| Cause: 28:2201 Declaratory Judgement | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Queen Mother Lillie Mae Jefferson**
*Queen of the Northern Hemisphere of the Mt. Zion Spiritual Temple, Inc., International and National Board of Directors Member, Chief Executor Officer of the Mt. Zion Gethsemane House of Prayer, Archbishop of the Mother Church Mt. Zion Spiritual Temple, In*

represented by **Lillie Mae Jefferson**
1488 14th Street
Oakland, CA 94610
Fax: ProSe
PRO SE

**Plaintiff**

**Queen Mother Carolyn Cunningham**
*Archbishop-Queen of the Southern Hemisphere-Tennessee, International-National Board of Directors Member of the Headquarters Mother Church Mt. Zion Spiritual Temple, Inc.,*

represented by **Carolyn Cunningham**
2439 Bridgeport Drive
Memphis, TN 38114
Fax: ProSe
PRO SE

**Plaintiff**

**Archbishop Jackie Williams**
*National-International Board of Directors*

represented by **Jackie Williams**
1488 14th Street
Oakland, CA 94610
Fax: ProSe
PRO SE

**Plaintiff**

**Bishop Gregory Richardson**
*International-National Board of Directors Chief Archbishop*

represented by **Gregory Richardson**
1488 14th Street
Oakland, CA 94610
Fax: ProSe
PRO SE



CERTIFIED TRUE COPY
THOMAS M. GOULD, CLERK
BY _____ DEPUTY CLERK

**Plaintiff**

**King Dr. Eddie C. Welbon**
*International Chairman-Successor to*
*the late King Louis H. Narcisse-Elected*
*Supreme Spiritual Leader and Elected*
*King, and Successor to the late King*
*Louis H. Narcisse Founder of the Mt.*
*Zion Spiritual Temple, Inc.*

represented by **Eddie C. Welbon**
1488 14th Street
Oakland, CA 94610
Fax: ProSe
PRO SE

**Plaintiff**

**Archbishop Gerald Patterson**
*Clerk of the Supreme Court of the Mt.*
*Zion Spiritaul Temple, Inc.*

represented by **Gerald Patterson**
1488 14th Street
Oakland, CA 94610
Fax: ProSe
PRO SE

**Plaintiff**

**Archbishop Prince Rayford Bullock**
*Supreme Court-Chief Justice of the Mt.*
*Zion Spiritual Temple, Inc., Supreme*
*Court Tribunal, Inc.*

represented by **Rayford Bullock**
1488 14th Street
Oakland, CA 94610
Fax: ProSe
PRO SE

**Plaintiff**

**Archbishop Willia Canson**
*International-National Board of*
*Directors*

represented by **Willia Canson**
1488 14th Street
Oakland, CA 94610
PRO SE

V.

**Defendant**

**Clinton Killian**
*Attorney*

**Defendant**

**Bob Connor**

**Defendant**

**Rev. Arthur Burnett**

**Defendant**

**Eloise McDaniels**

**Defendant**

**Franklin Harris, Jr.**

**Defendant**

Lillian Roberts

**Defendant**
Bank of America

**Defendant**
Innovative Bank

**Defendant**
Bank of the West

**Defendant**
Oakland Post Newspaper Group
*Mr. Paul Cobb, Publisher*

**Defendant**
Thomas Orloff

**Defendant**
Alameda County District Attorney

**Defendant**
Judge Cecilia Castellanos
*Alameda County Superior Court, Dept.
18*

**Defendant**
U.S. Attorney

**Defendant**
Edmund G. Brown
*State Attorney General*

**Defendant**
California Secretary of State

**Defendant**
Steven H. Bovarnick
*Esq. 99361, Atty at Law*

**Defendant**
Est. Louis H. Narcisse

**Defendant**
Real Parties in Interest

| Date Filed | # | Docket Text |
|------------|---|-------------|
|            |   |             |

| 02/22/2007 | ◐1 | PRO SE COMPLAINT against all defendants (Filing fee $ 350.00 ), filed by Gerald Patterson, Rayford Bullock, Willia Canson, Lillie Mae Jefferson, Carolyn Cunningham, Jackie Williams, Gregory Richardson, Eddie C. Welbon. (Attachments: # 1 Exhibit in Support# 2 Exhibit in Support)(agj, ) (Entered: 02/23/2007) |
|---|---|---|
| 02/22/2007 | ◐2 | Case initiation fee: $ 350.00, receipt number M106162 (agj, ) (Entered: 02/23/2007) |
| 12/28/2007 | ◐3 | ORDER TRANSFERRING CASE PURSUANT TO 28 U.S.C. § 1406 (a). Signed by Judge Jon Phipps McCalla on 12/28/07. (McCalla, Jon) (Entered: 12/28/2007) |
| 12/28/2007 | ◐4 | (Court only) Filed in error. Should have been filed in 07-2669. ORDER TO COMPLY WITH PLRA PROCEDURES; AND ORDER ASSESSING APPELLATE FILING FEE. Signed by Judge Jon Phipps McCalla on 12/28/07. (McCalla, Jon) Modified on 12/28/2007 (cbs, ). (Entered: 12/28/2007) |
| 12/28/2007 | ◐ | (Court only) ***Civil Case Terminated- transferred to ND/CA. Transfer letter with temporary log in and password, certified copy of order and docket sheet mailed (jae, ) (Entered: 12/31/2007) |