**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 9, 2008

CASE TITLE:   QUEEN MOTHER LILLIE MAE JEFFERSON-v-CLINTON KILLIAN
RECEIVED FROM: Western District of Tennessee

CASE NUMBER:   CV 08-00123 JCS

TO COUNSEL OF RECORD:

   The above entitled action has been transferred to this District. All future filings should reflect the above case number.

Sincerely,

RICHARD W. WIEKING, Clerk

*Simone Voltz*

by: Simone Voltz
Case Systems Administrator

o:\mrg\civil\transin.mrg