# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA  94102

**RICHARD W. WIEKING**
   Clerk of the Court                                         (415) 522-2000

January 24, 2008

TO:   Lillie Mae Jefferson
        1488 14th Street
        Oakland, CA  94610

        Re:    Queen Mother Lillie Mae Jefferson v. Clinton Killian
                 Case No. C08-0123 JCS

Dear Counsel:

      This matter has been randomly assigned to a United States Magistrate Judge for all purposes.

      A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case.  All parties are requested to complete **one** of the enclosed forms documenting either consent or declination and to return it to the Court by **February 8, 2008.**

                                              Sincerely,

                                              Richard W. Wieking, Clerk
                                              United States District Court

                                        By: _/s/ Karen L. Hom_____
                                              Karen L. Hom
                                              Courtroom Deputy

Enclosure: Forms

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA  94102

**RICHARD W. WIEKING**
   Clerk of the Court                                                   (415) 522-2000

January 24, 2008

TO:   Rayford Bullock
        1488 14th Steet
        Oakland, CA  94610

        Re:   Queen Mother Lillie Mae Jefferson v. Clinton Killian
                 Case No. C08-0123 JCS

Dear Counsel:

      This matter has been randomly assigned to a United States Magistrate Judge for all purposes.

      A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case.  All parties are requested to complete **one** of the enclosed forms documenting either consent or declination and to return it to the Court by **February 8, 2008.**

                                              Sincerely,

                                              Richard W. Wieking, Clerk
                                              United States District Court

                                 By: _/s/ Karen L. Hom_____
                                              Karen L. Hom
                                              Courtroom Deputy

Enclosure: Forms

## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA  94102

**RICHARD W. WIEKING**
   Clerk of the Court  (415) 522-2000

January 24, 2008

TO:   Willia Canson
        1488 14th Steet
        Oakland, CA  94610

        Re:   Queen Mother Lillie Mae Jefferson v. Clinton Killian
                 Case No. C08-0123 JCS

Dear Counsel:

     This matter has been randomly assigned to a United States Magistrate Judge for all purposes.

     A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case.  All parties are requested to complete **one** of the enclosed forms documenting either consent or declination and to return it to the Court by **February 8, 2008.**

                                   Sincerely,

                                   Richard W. Wieking, Clerk
                                   United States District Court

                            By: _/s/ Karen L. Hom_____
                                   Karen L. Hom
                                   Courtroom Deputy

Enclosure: Forms

## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA  94102

**RICHARD W. WIEKING**
   Clerk of the Court                                                                     (415) 522-2000

January 24, 2008

TO:    Carolyn Cunningham
         2439 Bridgeport Drive
         Memphis, TN  38114

         Re:    Queen Mother Lillie Mae Jefferson v. Clinton Killian
                   Case No. C08-0123 JCS

Dear Counsel:

       This matter has been randomly assigned to a United States Magistrate Judge for all purposes.

       A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case.  All parties are requested to complete **one** of the enclosed forms documenting either consent or declination and to return it to the Court by **February 8, 2008.**

                                             Sincerely,

                                             Richard W. Wieking, Clerk
                                             United States District Court

                                        By: _____
                                             Karen L. Hom
                                             Courtroom Deputy

Enclosure: Forms

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
   Clerk of the Court                                                                       (415) 522-2000

January 24, 2008

TO:    Jackie Williams
          1488 14th Street
          Oakland, CA  94610

          Re:    Queen Mother Lillie Mae Jefferson v. Clinton Killian
                    Case No. C08-0123 JCS

Dear Counsel:

      This matter has been randomly assigned to a United States Magistrate Judge for all purposes.

      A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case.  All parties are requested to complete **one** of the enclosed forms documenting either consent or declination and to return it to the Court by **February 8, 2008.**

                                            Sincerely,

                                            Richard W. Wieking, Clerk
                                            United States District Court

                                       By: _____
                                              Karen L. Hom
                                              Courtroom Deputy

Enclosure: Forms

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**RICHARD W. WIEKING**
   Clerk of the Court                                                              (415) 522-2000

January 24, 2008

TO:    Gerald Patterson
          1488 14th Steet
          Oakland, CA 94610

          Re:    Queen Mother Lillie Mae Jefferson v. Clinton Killian
                   Case No. C08-0123 JCS

Dear Counsel:

     This matter has been randomly assigned to a United States Magistrate Judge for all purposes.

     A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case. All parties are requested to complete **one** of the enclosed forms documenting either consent or declination and to return it to the Court by **February 8, 2008.**

                                                  Sincerely,

                                                  Richard W. Wieking, Clerk
                                                  United States District Court

                                                  By: _*signature: Karen L. Hom*_____
                                                     Karen L. Hom
                                                     Courtroom Deputy

Enclosure: Forms

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
   Clerk of the Court                                                                          (415) 522-2000

January 24, 2008

TO:   Gregory Richardson
         1488 14th Street
         Oakland, CA  94610

         Re:   Queen Mother Lillie Mae Jefferson v. Clinton Killian
                 Case No. C08-0123 JCS

Dear Counsel:

      This matter has been randomly assigned to a United States Magistrate Judge for all purposes.

      A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case.  All parties are requested to complete **one** of the enclosed forms documenting either consent or declination and to return it to the Court by **February 8, 2008.**

                                                   Sincerely,

                                                 Richard W. Wieking, Clerk
                                                 United States District Court

                                               By: _____
                                                  Karen L. Hom
                                                   Courtroom Deputy

Enclosure: Forms

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
   Clerk of the Court                                                                   (415) 522-2000

January 24, 2008

TO:   Eddie C. Welbon
         1488 14th Steet
         Oakland, CA  94610

         Re:   Queen Mother Lillie Mae Jefferson v. Clinton Killian
                   Case No. C08-0123 JCS

Dear Counsel:

      This matter has been randomly assigned to a United States Magistrate Judge for all purposes.

      A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case.  All parties are requested to complete **one** of the enclosed forms documenting either consent or declination and to return it to the Court by **February 8, 2008.**

                                            Sincerely,

                                            Richard W. Wieking, Clerk
                                            United States District Court

                                        By:_____
                                            Karen L. Hom
                                            Courtroom Deputy

Enclosure: Forms

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUEEN MOTHER LILLIE MAE JEFFERSON, ET AL.,<br><br>Plaintiff(s),<br><br>v.<br><br>CLINTON KILLIAN, ET AL.,<br><br>Defendant(s).<br>_____/ | No.  C 08-0123 JCS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____          _____
                                        Signature

                                        Counsel for _____
                                        (Plaintiff, Defendant or indicate "pro se")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

QUEEN MOTHER LILLIE MAE JOHNSON, ET AL.,

        Plaintiff(s),

    v.

CLINTON KILLIAN, ET AL.,

        Defendant(s).
_____/

No. C 08-0123 JCS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
                **AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____     Signature_____

                                       Counsel for _____
                                       (Plaintiff, Defendant, or indicate "pro se")

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

QUEEN MOTHER LILLIE MAE JEFFERSON et al,

       Plaintiff,

v.

CLINTON KILLIAN et al,

       Defendant.

Case Number: CV08-00123 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carolyn Cunningham
2439 Bridgeport Drive
Memphis, TN 38114

Eddie C. Welbon
1488 14th Street
Oakland, CA 94610

Gerald Patterson
1488 14th Street
Oakland, CA 94610

Gregory Richardson
1488 14th Street
Oakland, CA 94610

Jackie Williams
1488 14th Street
Oakland, CA 94610

Lillie Mae Jefferson
1488 14th Street
Oakland, CA 94610

Rayford Bullock
1488 14th Street

Oakland, CA 94610

Willia Canson
1488 14th Street
Oakland, CA 94610

Dated: January 24, 2008

*Karen L. Hom*

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk