Gerald Patterson
1488 14th Street
Oakland, CA 94610

CV08-00123 JCS

---

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

VACANT /nnn/ JCS

RECEIVED
FEB - 4 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NIXIE    945    SC  1    30  02/02/08
         RETURN TO SENDER
         VACANT
         UNABLE TO FORWARD

BC: 9410234699        *0240-014401-30-41

UNITED STATES POSTAGE
$ 00.41⁰
MAILED FROM ZIPCODE 94102
JAN 30 2008