Eddie C. Welbon
1488 14th Street
Oakland, CA 94610

CV08-00123 JCS

[Returned envelope addressed to Eddie C. Welbon from Office of the Clerk, U.S. District Court, Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102. Stamped "RECEIVED FEB - 4 2008 RICHARD W. WIEKING, CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA". USPS marking: "NIXIE 945 DC 1 00 02/02/08 RETURN TO SENDER VACANT UNABLE TO FORWARD".]