Gregory Richardson
1488 14th Street
Oakland, CA 94610

CV08-00123 JCS

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

RECEIVED
FEB - 4 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NIXIE    945  DC 1        00 02/02/08
         RETURN TO SENDER
              VACANT
         UNABLE TO FORWARD

BC: 94102948999        *0240-01402-30-41*