Lillie Mae Jefferson
1488 14th Street
Oakland, CA 94610

CV08-00123 JCS

RECEIVED
FEB - 4 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300