Rayford Bullock
1488 14th Street
Oakland, CA 94610

CV08-00123 JCS

