**United States District Court**
For the Northern District of California

FILED

2008 FEB -5  AM 7:47

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

QUEEN MOTHER LILLIE MAE
JEFFERSON, ET AL.,

                Plaintiff(s),

    v.

CLINTON KILLIAN, ET AL.,

                Defendant(s).
_____/

No. C 08-0123 JCS  CW

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: January 28, 2008

                                      Signature

                                        Counsel for    Pro se
                                        (Plaintiff, Defendant or indicate "pro se")