Willia Canson
1488 14th Street
Oakland, CA 94610

CV08-00123 CW

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED
FEB 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

VACANT/RTS