Lillie Mae Jefferson
1488 14th Street
Oakland, CA 94610

CV08-00123 CW

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FILED
FEB 11 2008
W. WIEKING
DISTRICT COURT
DISTRICT OF CALIFORNIA
OAKLAND

NIXIE   945   DC 1   00 02/09/08
RETURN TO SENDER
VACANT
UNABLE TO FORWARD

BC: 94612521299   *0305-00650-05-38

VACANT