Gregory Richardson
1488 14th Street
Oakland, CA 94610

CV08-00123 CW

UNITED STATES POSTAGE

$ 00.58

02 1A
0004333787
FEB 05 2008
MAILED FROM ZIP CODE 946

PITNEY BOWES

**FILED**

FEB 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

NIXIE          945   DC 1          00  02/09/08

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

BC: 9461252129          *0305-00653-05-30

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300