Eddie C. Welbon
1488 14th Street
Oakland, CA 94610

CV08-00123 CW

[Returned mail envelope from OFFICE OF THE CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, 1301 CLAY ST., SUITE 400S, OAKLAND, CA 94612-5212. Postage $00.58, mailed FEB 05 2008 from ZIP CODE 94612. Stamped FILED FEB 11 2008, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OAKLAND. USPS label: NIXIE 945 DC 1 00 02/09/08 RETURN TO SENDER VACANT UNABLE TO FORWARD. BC: 94612521299 *0305-00654-05-38]