1  Clinton Killian, SB 116501
   THE LAW OFFICE OF CLINTON KILLIAN
2  Leamington Building
   1814 Franklin Street, Suite 805
3  Oakland, CA 94612-3527
   Telephone: (510) 625-8823
4  Facsimile: (510) 625-8829
   clintonkillian@yahoo.com
5
   Attorney for Defendants
6  CLINTON KILLIAN, ARTHUR BURNETT
   and MT. ZION SPIRITUAL TEMPLE, INC.
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12

| LILLIE MAE JEFFERSON, et al | Case No.: C-08-00123 CW |
|---|---|
| Plaintiff, | **NOTICE OF MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED OR A REQUEST FOR JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES UNDER CIVIL L.R. 3-12** |
| v. | |
| CLINTON KILLIAN, et al., | |
| Defendants. | |
| | **Date: April 3, 2008**<br>**Time: 2:00 pm**<br>**Courtroom 2, 4th Floor**<br>**Honorable Claudia Wilken** |

   Defendants CLINTON KILLIAN and MT. ZION SPIRITUAL TEMPLE, INC. hereby

request that the court consider and assign this case to Judge Charles R. Breyer for determination

of related case with *Welbon v. Burnett,* USDC Case No: 07-04248 CRB and *Patterson v.*

*Killian,* USDC Case No: 07-00951 CRB.

---

**1**
**MOTION FOR ADMINISTRATIVE RELIEF**

1  This case has been filed by Plaintiff EDDIE WELBON who has filed 8 federal actions
2  throughout the country.  On December 28, 2007 the Tennessee court referred these matters to
3  Northern California by court order.
4  In the first Northern California case filed by WELBON, *Patterson v. Killian*, **USDC**
5  **Case No: C-07-00951**, Judge Breyer entered an order dismissing the case.  In the latest filing by
6  WELBON, *Welbon v. Burnett,* **USDC Case No: 07-04248 CRB,** Judge Jeffrey S. White issued
7  an order for determination that was granted and accepted by Judge Breyer.  There is currently a
8  motion to dismiss and for sanctions by Defendants and a Case Management Conference
9  scheduled for March 21, 2008 in Judge Breyer's court.
10 It is hereby requested that this case be referred to Judge Breyer so that the final
11 determination of the claims of WELBON can be made by Judge Breyer who now has all the
12 related cases filed by WELBON.
13 RESPECTFULLY SUBMITTED.

Dated:  March 7, 2008                                   _____/S/_____
                                                        CLINTON KILLIAN, Attorney for Defendants

**Jefferson v. Killian, et al.**
<u>**U.S. District Court Northern District of CA San Francisco Division Case No: C08-00123**</u>

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ALAMEDA:

I hereby certify that I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action; my business address is Leamington Building, 1814 Franklin Street, Suite 805, Oakland, California 94612.

On March 7, 2008, I served the foregoing document described as:

**NOTICE OF MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED OR A REQUEST FOR JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES UNDER CIVIL L.R. 3-12**

on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Eddie Welbon<br>1488 14th Street<br>Oakland, CA 94612 | Carolyn Cunningham<br>1488 14th Street<br>Oakland, CA 94612 |
| Gerald Patterson<br>1488 14th Street<br>Oakland, CA 94612 | Gregory Richardson<br>1488 14th Street<br>Oakland, CA 94612 |
| Jackie Williams<br>1488 14th Street<br>Oakland, CA 94612 | Lillie Mae Jefferson<br>1488 14th Street<br>Oakland, CA 94612 |
| William Canson<br>1488 14th Street<br>Oakland, CA 94612 | |

I am familiar with the office's practice for depositing mail, and that correspondence would be deposited in the mail on the same day, and that the document served was placed for deposit in accordance with the office practice with postage thereon fully prepaid to be placed in the United States mail at Oakland, California.

1    I declare under penalty of perjury under the laws of the State of California, that the above
2  is true and correct. Executed on this date in Oakland, California.

3  Dated: March 7, 2008                                              _____/S/_____
4                                                                                        Nicole Hancox