1  Clinton Killian, SB 116501
   THE LAW OFFICE OF CLINTON KILLIAN
2  Leamington Building
   1814 Franklin Street, Suite 805
3  Oakland, CA 94612-3527
   Telephone: (510) 625-8823
4  Facsimile: (510) 625-8829
   clintonkillian@yahoo.com
5
   Attorney for Defendants
6  CLINTON KILLIAN, ARTHUR BURNETT
   and MT. ZION SPIRITUAL TEMPLE, INC.
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12

13 | LILLIE MAE JEFFERSON, et al | Case No.: C-08-00123 CW |
   |                              |                         |
14 |        Plaintiff,            | **NOTICE OF CANCELLATION OF HEARING** |
   | v.                           |                         |
15 |                              | **Date: April 3, 2008** |
   | CLINTON KILLIAN, et al.,     | **Time: 2:00 pm**       |
16 |                              | **Courtroom 2, 4th Floor** |
   |        Defendants.           | **Honorable Claudia Wilken** |
17

18

19     Notice is hereby given that the above referenced hearing is cancelled. The matter

20 shall be heard in Judge Breyer's courtroom.

21     RESPECTFULLY SUBMITTED.

22

23  Dated: March 10, 2008                    _____/S/_____
                                             CLINTON KILLIAN, Attorney for Defendants
24

25

**1
MOTION FOR ADMINISTRATIVE RELIEF**

**Jefferson v. Killian, et al.**
<u>U.S. District Court Northern District of CA San Francisco Division Case No: C08-00123</u>

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ALAMEDA:

I hereby certify that I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action; my business address is Leamington Building, 1814 Franklin Street, Suite 805, Oakland, California 94612.

On March 10, 2008, I served the foregoing document described as:

**NOTICE OF CANCELLATION OF HEARING**

on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Eddie Welbon<br>1488 14th Street<br>Oakland, CA 94612 | Carolyn Cunningham<br>1488 14th Street<br>Oakland, CA 94612 |
| Gerald Patterson<br>1488 14th Street<br>Oakland, CA 94612 | Gregory Richardson<br>1488 14th Street<br>Oakland, CA 94612 |
| Jackie Williams<br>1488 14th Street<br>Oakland, CA 94612 | Lillie Mae Jefferson<br>1488 14th Street<br>Oakland, CA 94612 |
| William Canson<br>1488 14th Street<br>Oakland, CA 94612 | |

I am familiar with the office's practice for depositing mail, and that correspondence would be deposited in the mail on the same day, and that the document served was placed for deposit in accordance with the office practice with postage thereon fully prepaid to be placed in the United States mail at Oakland, California.

1  I declare under penalty of perjury under the laws of the State of California, that the above
2  is true and correct. Executed on this date in Oakland, California.

3
   Dated: March 10, 2008                                _____/S/_____
4                                                       Nicole Hancox