Clinton Killian, SB 116501
THE LAW OFFICE OF CLINTON KILLIAN
Leamington Building
1814 Franklin Street, Suite 805
Oakland, CA 94612-3527
Telephone: (510) 625-8823
Facsimile: (510) 625-8829
clintonkillian@yahoo.com

Attorney for Defendants
CLINTON KILLIAN, ARTHUR BURNETT
and MT. ZION SPIRITUAL TEMPLE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LILLIE MAE JEFFERSON, et al<br><br>Plaintiff,<br><br>v.<br><br>CLINTON KILLIAN, et al.,<br><br>Defendants. | Case No.:  C-08-00123 CRB<br><br>**NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED OR A REQUEST FOR JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES UNDER CIVIL L.R. 3-12**<br><br>Date:  March 21, 2008<br>Time:  9:00 am<br>Courtroom 8, 19th Floor<br>Honorable Charles R. Breyer |

   Defendants CLINTON KILLIAN and MT. ZION SPIRITUAL TEMPLE, INC. hereby request that the court consider and assign this case to Judge Charles R. Breyer for determination of related case with *Welbon v. Burnett,* USDC Case No: 07-04248 CRB and *Patterson v. Killian,* USDC Case No: 07-00951 CRB.

   This case has been filed by Plaintiff EDDIE WELBON who has filed 8 federal actions throughout the country.  On December 28, 2007 the Tennessee court referred these matters to

**1**
**MOTION FOR ADMINISTRATIVE RELIEF**

1  Northern California by court order. The case was then assigned to Judge Claudia Wilken. Under
2  Civil L.R. 3-12 the court can make a judicial determination that the cases are related and refer
3  them to the original judge.
4      In the first Northern California case filed by WELBON, ***Patterson v. Killian***, **USDC**
5  **Case No: C-07-00951**, Judge Breyer entered an order dismissing the case. In the latest filing by
6  WELBON, ***Welbon v. Burnett,*** **USDC Case No: 07-04248 CRB,** Judge Jeffrey S. White issued
7  an order for determination that was granted and accepted by Judge Breyer. There is currently a
8  motion to dismiss and for sanctions by Defendants and a Case Management Conference
9  scheduled for March 21, 2008 in Judge Breyer's court.
10     It is hereby requested that this case be referred to Judge Breyer so that the final
11 determination of the claims of WELBON can be made by Judge Breyer who now has all the
12 related cases filed by WELBON.
13     RESPECTFULLY SUBMITTED.
14
15 Dated: March 10, 2008                      _____/S/_____
                                                       CLINTON KILLIAN, Attorney for Defendants

**Jefferson v. Killian, et al.**
<u>U.S. District Court Northern District of CA San Francisco Division Case No: C08-00123</u>

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ALAMEDA:

I hereby certify that I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action; my business address is Leamington Building, 1814 Franklin Street, Suite 805, Oakland, California 94612.

On March 10, 2008, I served the foregoing document described as:

**NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED OR A REQUEST FOR JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES UNDER CIVIL L.R. 3-12**

on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Eddie Welbon<br>1488 14th Street<br>Oakland, CA 94612 | Carolyn Cunningham<br>1488 14th Street<br>Oakland, CA 94612 |
| Gerald Patterson<br>1488 14th Street<br>Oakland, CA 94612 | Gregory Richardson<br>1488 14th Street<br>Oakland, CA 94612 |
| Jackie Williams<br>1488 14th Street<br>Oakland, CA 94612 | Lillie Mae Jefferson<br>1488 14th Street<br>Oakland, CA 94612 |
| William Canson<br>1488 14th Street<br>Oakland, CA 94612 | |

I am familiar with the office's practice for depositing mail, and that correspondence would be deposited in the mail on the same day, and that the document served was placed for deposit in accordance with the office practice with postage thereon fully prepaid to be placed in the United States mail at Oakland, California.

1  I declare under penalty of perjury under the laws of the State of California, that the above
2  is true and correct.  Executed on this date in Oakland, California.

3

4  Dated:  March 10, 2008                                             _____/S/_____
                                                                                    Nicole Hancox

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25