United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING BISHOP DR. EDDIE C. WELBON, QUEEN MOTHER LILLIE MAE JEFFERSON, et al., | No. C 07-4248 CRB |
|     Plaintiffs, | |
|   v. | |
| ARTHUR BURNETT, et al., | |
|     Defendants. | No. C 07-2992 CRB |
| QUEEN MOTHER LILLIE MAE JEFFERSON, et al., | |
|     Plaintiffs | |
|   v. | |
| CLINTON KILLIAN, et al., | |
|     Defendants | |
| QUEEN MOTHER LILLIE MAE JEFFERSON, et al., | No. C 08-123 CRB |
|     Plaintiffs, | |
|   v. | **JUDGMENT** |
| CLINTON KILLIAN, et al., | |
|     Defendants | |

1   The Court having dismissed the purported federal claims in the above action with
2   prejudice, and having dismissed the state claims, if any, without prejudice, judgment is
3   entered on the federal claims in favor of defendants and against plaintiffs in the above related
4   actions.

**IT IS SO ORDERED.**

Dated: March 24, 2007



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EDDIE C WELBON,

       Plaintiff,

  v.

ARTHUR B BURNETT et al,

       Defendant.

Case Number: CV07-02992 CRB

LILLIE MAE JEFFERSON et al,

       Plaintiff,

  v.

CLINTON KILLIAN et al,

       Defendant.

Case Number CV07-4248 CRB

JEFFERSON et al,

       Plaintiff,

  v.

KILLIAN et al,

       Defendant.

Case Number: CV08-00123 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eddie C. Welbon
2158 19th Ave.
San Francisco, CA 94116

Lillie Mae Jefferson
3400 12th Avenue
Sacramento, CA 95817

Carolyn Cunningham
2439 Bridgeport Drive
Memphis, TN 38114

Eddie C. Welbon
1488 14th Street
Oakland, CA 94610

Gerald Patterson
1488 14th Street
Oakland, CA 94610

Gregory Richardson
1488 14th Street
Oakland, CA 94610

Jackie Williams
1488 14th Street
Oakland, CA 94610

Lillie Mae Jefferson
1488 14th Street
Oakland, CA 94610

Rayford Bullock
1488 14th Street
Oakland, CA 94610

Willia Canson
1488 14th Street
Oakland, CA 94610


Dated: March 24, 2008

                              Richard W. Wieking, Clerk
                              By: Barbara Espinoza, Deputy Clerk