

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BISHOP GERALD PATTERSON,<br><br>    Plaintiff,<br><br>v.<br><br>CLINTON KILLIAN,<br><br>    Defendant.<br>_____/ | No. C 07-00951 CRB<br><br>**ORDER RELATING CASES** |

Pursuant to Northern District of California Civil Local Rule 3-12, the Court finds that Jefferson v. Killian, 08-123 CRB and Jefferson v Killian, 07-2992, are related to the above action, 07-951 CRB and to Welbon v. Burnett, 07-4248 CRB. All four cases are brought by the same plaintiff proceeding pro se, Eddie Welbon, and all arise from his challenge to the leadership of the Mt. Zion Spiritual Temple. Accordingly, 08-123 and 07-2992, shall be reassigned to the undersigned judge.

**IT IS SO ORDERED.**

Dated: March 17, 2008

                                                CHARLES R. BREYER
                                                UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\0951\orderrelatingcases.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JEFFERSON et al,

    Plaintiff,

v.

KILLIAN et al,

    Defendant.
_____/

Case Number: CV08-00123 ~~EW~~ *CRB*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carolyn Cunningham
2439 Bridgeport Drive
Memphis, TN 38114

Eddie C. Welbon
1488 14th Street
Oakland, CA 94610

Gerald Patterson
1488 14th Street
Oakland, CA 94610

Gregory Richardson
1488 14th Street
Oakland, CA 94610

Jackie Williams
1488 14th Street
Oakland, CA 94610

Lillie Mae Jefferson
1488 14th Street
Oakland, CA 94610

Rayford Bullock
1488 14th Street
Oakland, CA 94610

Willia Canson
1488 14th Street
Oakland, CA 94610

Dated: March 17, 2008

                                      Richard W. Wieking, Clerk
                                      By: Barbara Espinoza, Deputy Clerk